**B1 (Official Form 1)  (04/13)**

| United States Bankruptcy Court<br>District of Colorado | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Romero, Anthony Ray** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Romero, Paula Rachele** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):     **1128** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):     **8011** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3260 Cowhand Drive<br>Colorado Springs, CO**<br>ZIPCODE **80922** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**3260 Cowhand Drive<br>Colorado Springs, CO**<br>ZIPCODE **80922** |
| County of Residence or of the Principal Place of Business:<br>**El Paso** | County of Residence or of the Principal Place of Business:<br>**El Paso** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                            Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Romero, Anthony Ray & Romero, Paula Rachele** |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X **/s/ R. Brian Daniel**                          **5/23/14**<br>   Signature of Attorney for Debtor(s)                          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

   ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

   ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

   ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Romero, Anthony Ray & Romero, Paula Rachele** |

| **Signatures** |
|---|

| **Signature(s) of Debtor (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Anthony Ray Romero**
Signature of Debtor          **Anthony Ray Romero**

X **/s/ Paula Rachele Romero**
Signature of Joint Debtor    **Paula Rachele Romero**

Telephone Number (If not represented by attorney)
**May 23, 2014**
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X **/s/ R. Brian Daniel**
Signature of Attorney for Debtor(s)

**R. Brian Daniel 30047
The Daniel Law Firm
12900 Stroh Ranch Way, Suite 125
Parker, CO  80134-0000
(720) 308-5592  Fax: (877) 530-1855
brian@thedaniellawfirm.com**

**May 23, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

| **Signature of Debtor (Corporation/Partnership)** |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## District of Colorado

IN RE:                                                                    Case No. _____

**Romero, Anthony Ray**                                                   Chapter **7** _____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Anthony Ray Romero*** _____

Date: **May 23, 2014** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 03621-CO-CC-023422546



03621-CO-CC-023422546

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 17, 2014</u>, at <u>11:08</u> o'clock <u>AM EDT</u>, <u>Anthony Romero</u> received from <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>May 17, 2014</u>               By:     <u>/s/Monica Pinzon</u>

                                        Name:   <u>Monica Pinzon</u>

                                        Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## District of Colorado

IN RE:                                                                Case No. _____

**Romero, Paula Rachele** _____   Chapter **7** _____

                         Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: **/s/ Paula Rachele Romero** _____

Date: **May 23, 2014** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 03621-CO-CC-023422549



03621-CO-CC-023422549

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 17, 2014</u>, at <u>11:08</u> o'clock <u>AM EDT</u>, <u>Paula Romero</u> received from <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>May 17, 2014</u>          By:     <u>/s/Monica Pinzon</u>

Name:   <u>Monica Pinzon</u>

Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                    Case No. _____

Romero, Anthony Ray & Romero, Paula Rachele _____   Chapter **7** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

## 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 3,882.18 | 2014 - Debtor YTD income |
| 9,182.34 | 2014 - Spouse YTD income |
| 16,480.18 | 2013 - Debtor income |
| 32,132.30 | 2013 - Spouse income |
| 14,165.03 | 2012 - Debtor income |
| 27,592.92 | 2012 - Spouse income |

## 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    * *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑   *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Cashco Financial Services, Inc. v. Romero Case No. 701125937** | **Collection** | **Lane County Circuit Court - Oregon** | **Judgment Unsatisfied** |
| **Oklahoma Tax Authority v. Romero Docket ITI1000073700** | **Tax Collection** | **Tulsa County Clerk - Oklahoma** | **Unreleased** |
| **Oklahoma Taxinf Authority v. Romero Docket SC200708932** | **Tax Collection** | **Tulsa District Court - Oklahoma** | **Unsatisfied** |
| **Oklahoma Taxing Authority v. Romero Docket ITI0900352400** | **Tax Collection** | **Tulsa County Clerk** | **Unreleased** |
| **Oklahoma Taxing Authority v. Romero Docket ITI0800149700** | **Tax Collection** | **Tulsa County Clerk** | **Unreleased** |
| **Colorado Department of Revenue v. Anthony R. Romero Case No, 2014CV807139** | **Collection** | **El Paso County District Court - Colorado** | **Ongoing** |

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Debt Helper**<br>**1325 N. Congress Ave., #201**<br>**West Palm Beach, FL  33401** | 5/17/2014 | 24.00 |
| **Pre-Filing Debt Management Online Class** | | |
| **The Daniel Law Firm**<br>**12900 Stroh Ranch Way, Suite 125**<br>**Parker, CO  80134** | 5/23/2014 | 900.00 |
| **Legal Fees** | | |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **CHASE Bank**<br>**3750 Bloomington St.**<br>**Colorado Springs, CO  80922** | **Checking 6050** | **12/17/2013 - $1,554.97** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**12. Safe deposit boxes**

None ☑
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑
List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑
If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑
a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **May 23, 2014**                    Signature  ***/s/ Anthony Ray Romero***
                                          of Debtor                                                **Anthony Ray Romero**

Date: **May 23, 2014**                    Signature  ***/s/ Paula Rachele Romero***
                                          of Joint Debtor                                          **Paula Rachele Romero**
                                          (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6 Summary (Official Form 6 - Summary) (12/13)**

### United States Bankruptcy Court
### District of Colorado

IN RE:                                                                    Case No. _____

Romero, Anthony Ray & Romero, Paula Rachele _____   Chapter **7** _____
                              Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 14,693.59 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 14,640.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 1,899.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | $ 382,932.21 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 3,805.50 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 3,479.77 |
| TOTAL | | 52 | $ 14,693.59 | $ 399,471.21 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B 6 Summary (Official Form 6 - Summary) (12/13)**

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                             Case No. _____

Romero, Anthony Ray & Romero, Paula Rachele _____    Chapter **7** _____
Debtor(s)

**STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)**

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 1,899.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 139,147.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **141,046.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | 3,805.50 |
| Average Expenses (from Schedule J, Line 22) | $ | 3,479.77 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 3,836.63 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 5,661.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 1,899.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 382,932.21 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 388,593.21 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07)**

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____  Case No. _____
 _____  Debtor(s)                                                                                        (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | TOTAL | 0.00 |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE  **Romero, Anthony Ray & Romero, Paula Rachele** _____  Case No. _____
Debtor(s) (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHASE Checking<br>CHASE Savings<br>US Bank CHECKING<br>US Bank Checking 2<br>US Bank Savings | J<br>J<br>J<br>J<br>J | 0.21<br>0.10<br>0.27<br>0.01<br>0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | Sofa, Loveseat, Refrigerator, Washer/Dryer, Dishes and Flatware, Small Kitchen Appliances, 2 Bedroom Sets, Used Desk, Dining Room, Set, TV, Stereo and Speakers, Lamps, Bookshelf | J | 2,400.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Family Photos, Various Paperback and Hardback works of Fiction, CDs | J | 500.00 |
| 6.  Wearing apparel. | | Used Men's and Women's Clothing | J | 1,400.00 |
| 7.  Furs and jewelry. | | Men's and Women's watches, wedding rings, various costume jewelry | J | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

**B6B (Official Form 6B) (12/07) - Cont.**

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____  Case No. _____

_____Debtor(s)_____                                                                       _____(If known)_____

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Mercedes C280 Mileage 150000 Poor Condition | J | 414.00 |
| | | 2010 Jeep Patriot Mileage 75,000 Good Condition | J | 8,979.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
                                       Debtor(s)                                         (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

                                                               **TOTAL**    **14,693.59**

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (04/13)**

IN RE  **Romero, Anthony Ray & Romero, Paula Rachele** _____   Case No. _____
        _____
        Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **CHASE Checking** | **CRS §§5-5-105, 13-54-104** | **75%** | **0.21** |
| **CHASE Savings** | **CRS §§5-5-105, 13-54-104** | **75%** | **0.10** |
| **US Bank CHECKING** | **CRS §§5-5-105, 13-54-104** | **75%** | **0.27** |
| **Sofa, Loveseat, Refrigerator, Washer/Dryer, Dishes and Flatware, Small Kitchen Appliances, 2 Bedroom Sets, Used Desk, Dining Room, Set, TV, Stereo and Speakers, Lamps, Bookshelf** | **CRS §13-54-102(1)(e)** | **2,400.00** | **2,400.00** |
| **Family Photos, Various Paperback and Hardback works of Fiction, CDs** | **CRS §13-54-102(1)(c)** | **500.00** | **500.00** |
| **Used Men's and Women's Clothing** | **CRS §13-54-102(1)(a)** | **1,400.00** | **1,400.00** |
| **Men's and Women's watches, wedding rings, various costume jewelry** | **CRS §13-54-102(1)(b)** | **1,000.00** | **1,000.00** |
| **1994 Mercedes C280 Mileage 150000 Poor Condition** | **CRS §13-54-102(1)(j)(l)** | **414.00** | **414.00** |

* _Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                    Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0136** <br><br>**Chase Auto** <br>**Po Box 24696** <br>**Columbus, OH  43224** | | J | **Installment account opened 8/12** <br>**2010 Jeep Patriot** <br>**Mileage 75,000** <br>**Good Condition** <br><br>VALUE $ **8,979.00** | | | | 14,640.00 | 5,661.00 |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| _____ **0** continuation sheets attached | | | Subtotal <br>(Total of this page) | | | | $  **14,640.00** | $  **5,661.00** |
| | | | Total <br>(Use only on last page) | | | | $  **14,640.00** | $  **5,661.00** |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6E (Official Form 6E) (04/13)**

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**              Case No. _____

_____
Debtor(s)                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                    Case No. _____
_____
                          Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1128**<br>**Colorado Department Of Revenue**<br>**1375 Sherman St**<br>**Colorado Springs, CO  80261** | | J | **State Taxes Owed**<br>**File 26872050** | | | | **906.00** | **906.00** | |
| ACCOUNT NO. **1128**<br>**Colorado Department Of Revenue**<br>**1375 Sherman St**<br>**Colorado Springs, CO  80261** | | J | **State Taxes Owed**<br>**File 26872050** | | | | **892.00** | **892.00** | |
| ACCOUNT NO. **1128**<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA  19101-7346** | | J | **Federal Back Taxes Owed** | | | | **1.00** | **1.00** | |
| ACCOUNT NO. **1128**<br>**Oklahoma Tax Commission**<br>**PO Box 26930**<br>**Oklahoma City, OK  73126** | | J | **Back Taxes Owed for 2012 and 2013**<br>**Acct 5191** | | | | **100.00** | **100.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to                    Subtotal ▸  $ **1,899.00** | $ **1,899.00** | $
Schedule of Creditors Holding Unsecured Priority Claims              (Totals of this page)

Total ▸  $ **1,899.00**
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Total ▸                      $ **1,899.00** | $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

IN RE <u>Romero, Anthony Ray & Romero, Paula Rachele</u>        Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4427** **Academy Bank** **320 Kansas Ave.** **Ft. Leavenworth, KS  66027** | | J | **Past Due Amount** | | | | 230.00 |
| ACCOUNT NO. **6652** **Academy Bank** **320 Kansas Ave.** **Ft. Leavenworth, KS  66027** | | J | **Past Due Amount** | | | | 375.85 |
| ACCOUNT NO. **4439** **Accounts Receivable Management** **PO Box 129** **Thorofare, NJ  08086** | | J | **Installment Account** | | | | 53.72 |
| ACCOUNT NO. **4364** **Accounts Receivable Management** **PO Box 129** **Thorofare, NJ  08086** | | J | **Installment Account** | | | | 76.02 |

<u>    35    </u> continuation sheets attached

Subtotal
(Total of this page) $  **735.59**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
<span style="text-align:center">Debtor(s)</span> <span>(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4289** <br> **Accounts Receivable Management <br> PO Box 129 <br> Thorofare, NJ 08086** | | J | **Installment Account** | | | | **395.05** |
| ACCOUNT NO. **4214** <br> **Accounts Receivable Management <br> PO Box 129 <br> Thorofare, NJ 08086** | | J | **Installment Account** | | | | **129.09** |
| ACCOUNT NO. **4139** <br> **Accounts Receivable Management <br> PO Box 129 <br> Thorofare, NJ 08086** | | J | **Installment Account** | | | | **62.56** |
| ACCOUNT NO. **4064** <br> **Accounts Receivable Management <br> PO Box 129 <br> Thorofare, NJ 08086** | | J | **Installment Account** | | | | **106.70** |
| ACCOUNT NO. **3989** <br> **Accounts Receivable Management <br> PO Box 129 <br> Thorofare, NJ 08086** | | J | **Installment Account** | | | | **772.61** |
| ACCOUNT NO. **4589** <br> **Accounts Receivable Management <br> PO Box 129 <br> Thorofare, NJ 08086** | | J | **Installment Account** | | | | **81.18** |
| ACCOUNT NO. **4664** <br> **Accounts Receivable Management <br> PO Box 129 <br> Thorofare, NJ 08086** | | J | **Installment Account** | | | | **42.11** |

Sheet no. _____**1**_____ of _____**35**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,589.30**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4514**<br><br>**Accounts Receivable Management**<br>**PO Box 129**<br>**Thorofare, NJ  08086** | | J | Installment Account | | | | **103.05** |
| ACCOUNT NO. **0111**<br><br>**Acs/wells Fargo**<br>**501 Bleecker St**<br>**Utica, NY  13501** | | W | Installment account opened 3/03<br>STUDENT LOANS | | | | **139,147.00** |
| ACCOUNT NO. **6811**<br><br>**Advanced Care-Endocrinology & Diab**<br>**PO Box 561425**<br>**Denver, CO  80256** | | J | Medical | | | | **131.68** |
| ACCOUNT NO. **6921**<br><br>**Advanced Care-Endocrinology & Diab**<br>**PO Box 561425**<br>**Denver, CO  80256** | | J | Medical | | | | **263.80** |
| ACCOUNT NO. **6958**<br><br>**Advanced Care-Endocrinology & Diab**<br>**PO Box 561425**<br>**Denver, CO  80256** | | J | Medical | | | | **263.80** |
| ACCOUNT NO. **3727**<br><br>**Affliated**<br>**PO Box 790001**<br>**Sunrise Beach, MO  65079** | | J | Collection | | | | **681.00** |
| ACCOUNT NO. **3727**<br><br>**Affliated**<br>**PO Box 790001**<br>**Sunrise Beach, MO  65079** | | J | Collection | | | | **1,960.00** |

Sheet no. _____**2**__ of ____**35**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **142,550.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                      Case No. _____
_____
Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **02n1** <br><br> **Allied Coll** <br> **8550 Balboa Blvd Ste 232** <br> **Northridge, CA  91325** | | W | **Collection for Provida Six Week Body Makeover** | | | | **184.00** |
| ACCOUNT NO. **4098** <br><br> **American Electric Power** <br> **PO Box 1022** <br> **Wixom, MI  48393** | | J | **Utility** | | | | **300.86** |
| ACCOUNT NO. **0980** <br><br> **American Electric Power** <br> **PO Box 2401** <br> **Canton, OH  44701** | | J | **Utility** | | | | **471.94** |
| ACCOUNT NO. **3167** <br><br> **American Profit Recove** <br> **34405 W 12 Mile Rd Ste 3** <br> **Farmington Hills, MI  48331** | | H | **Open account opened 8/12** <br> **Collection for Associates In Gastroenterology** | | | | **60.00** |
| ACCOUNT NO. **963** <br><br> **Amon & Gomez** <br> **2401 West Detroit** <br> **Broken Arrown, OK  74012** | | J | **Past Due Account** | | | | **550.00** |
| ACCOUNT NO. **9918** <br><br> **Arrow Safe & Lock, Inc.** <br> **423 N. Main** <br> **Broken Arrow, OK  74012** | | J | **Past Due Account** | | | | **107.32** |
| ACCOUNT NO. **3466** <br><br> **AT&T** <br> **8014 Bayberry Rd.** <br> **Jacsonville, FL  32256** | | J | **Telecommunication** | | | | **506.00** |

Sheet no. _____**3**_____ of _____**35**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **2,180.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                    Case No. _____
                                Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4524** <br><br>**At&T Credit Management**<br>**PO Box 80701**<br>**Charleston, SC  29416** | | J | **Telecommunication** | | | | **33.00** |
| ACCOUNT NO. **8555** <br><br>**AVB Bank**<br>**302 South Main Street**<br>**Broken Arrow, OK  74013** | | J | **Insrtallment Account** | | | | **589.08** |
| ACCOUNT NO. **0060** <br><br>**Bailey Medical Center**<br>**PO Box 1940**<br>**Melbourne, FL  32902** | | J | **Medical** | | | | **100.00** |
| ACCOUNT NO. **5796** <br><br>**Bank Of America**<br>**6701 S. Memorial Dr.**<br>**Tulsa, OK  74133** | | J | **Past Due Account** | | | | **1,717.46** |
| ACCOUNT NO. **5760** <br><br>**Bank Of America**<br>**Dept. 12421 PO Box 603**<br>**Oaks, PA  19456** | | J | **VISA**<br>**Past Due Account** | | | | **1,136.58** |
| ACCOUNT NO. **8444** <br><br>**Bc Services Inc**<br>**Po Box 1176**<br>**Longmont, CO  80502** | | W | **Open account opened 3/13**<br>**Collection for North Springs Surgical Assoc** | | | | **1,921.00** |
| ACCOUNT NO. **5062** <br><br>**Bc Services Inc**<br>**Po Box 1176**<br>**Longmont, CO  80502** | | H | **Open account opened 5/12**<br>**Collection for Royal Crest Dairy  Inc.** | | | | **165.00** |

Sheet no. _____**4**___ of ___**35**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,662.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
_____ Debtor(s) _____ _____ (If known) _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4101**<br><br>**Bc Services Inc**<br>**Po Box 1176**<br>**Longmont, CO  80502** | | W | **Open account opened 8/13**<br>**Collection for Centura-penrose Hospital** | | | | 80.00 |
| ACCOUNT NO. **1031**<br><br>**Bed, Bath And Beyond**<br>**PO Box 1530, Dept. 010**<br>**Southaven, MS  38671** | | J | **Past Due Account** | | | | 90.34 |
| ACCOUNT NO. **4006**<br><br>**Bill Me Later**<br>**PO Box 105658**<br>**Atlanta, GA  30348-5658** | | J | **Past Due Account** | | | | 515.81 |
| ACCOUNT NO. **2002**<br><br>**Bixby Public Works Authority**<br>**PO Box 70**<br>**Bixby, OK  74008** | | J | **Utility** | | | | 54.84 |
| ACCOUNT NO. **1347**<br><br>**Bright Now Dental**<br>**PO Box 52858**<br>**Irvine, CA  92619** | | J | **Dental** | | | | 412.05 |
| ACCOUNT NO. **3836**<br><br>**Broken Arrow Family Practice Center**<br>**817 South Elm Place**<br>**Broken Arrow, OK  74012** | | J | **Medical** | | | | 120.00 |
| ACCOUNT NO. **2068**<br><br>**Broken Arrow Medical Group, LLC**<br>**2403 N. Laurent**<br>**Victoria, TX  77901** | | J | **Medical** | | | | 150.00 |

Sheet no. _____**5**_____ of _____**35**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,423.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**            Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2068** <br><br> **Broken Arrow Medical Group, LLC** <br>**7100 Commerce Way, Ste. 100** <br>**Brentwood, TN  37027** | | J | Medical | | | | 499.10 |
| ACCOUNT NO. **2068** <br><br> **Broken Arrow Medical Group, LLC** <br>**1501 E. Mockingbird, Ste 425** <br>**Victoria, TX  77904** | | J | Medical | | | | 100.00 |
| ACCOUNT NO. **2068** <br><br> **Broken Arrow Medical Group, LLC** <br>**2403 N. Laurent** <br>**Victoria, TX  77901** | | J | Medical | | | | 623.00 |
| ACCOUNT NO. **8742** <br><br> **BYL Collection Services LLC** <br>**PO Box 5046** <br>**West Chester, PA  19380** | | J | Collection | | | | 615.96 |
| ACCOUNT NO. **7990** <br><br> **Capital One Bank** <br>**Dept 12421 PO Box 603** <br>**Oaks, PA  19456** | | J | VISA <br>**Past Due Account** | | | | 1,403.47 |
| ACCOUNT NO. **590** <br><br> **Cartridge World** <br>**PO Box 470585** <br>**Tulsa, OK  74147** | | J | Past Due Account | | | | 45.58 |
| ACCOUNT NO. **5937** <br><br> **Cashco Financial Services, Inc.** <br>**3420 SE Cesar Chavez Blvd.** <br>**Portland, OR  97201** | | J | **Judgment Lane County Circuit Court - Oregon Case 701125937** | | | | 7,500.00 |

Sheet no. _____**6** of _____**35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **10,787.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**      Case No. _____
<u>    Debtor(s)    </u>        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9376**<br>**Cba Collection Bureau**<br>**25954 Eden Landing Road**<br>**Hayward, CA 94545** | | W | **Open account opened 8/13**<br>**Collection for Ds Waters Of America Inc** | | | | **165.00** |
| ACCOUNT NO. **681R**<br>**CenturyLink**<br>**PO Box 29040**<br>**Phoenix, AZ 85038** | | J | **Past Due Account** | | | | **183.31** |
| ACCOUNT NO. **3681**<br>**CenturyLink**<br>**PO Box 29040**<br>**Pheonix, AZ 85038** | | J | **Past Due Account** | | | | **123.48** |
| ACCOUNT NO. **5569**<br>**Chapman Financial Services**<br>**PO Box 14693**<br>**Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | **36.78** |
| ACCOUNT NO. **4057**<br>**Chapman Financial Services**<br>**PO Box 14693**<br>**Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | **36.78** |
| ACCOUNT NO. **0622**<br>**Chapman Financial Services**<br>**PO Box 14693**<br>**Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | **415.83** |
| ACCOUNT NO.<br>**Chapman Financial Services**<br>**PO Box 14693**<br>**Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | **6.34** |

Sheet no. ____**7**____ of ____**35**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | **967.52**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele     Case No. _____
        Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3017** <br><br> **Chapman Financial Services** <br> **PO Box 14693** <br> **Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | **12.25** |
| ACCOUNT NO. **0492** <br><br> **Chapman Financial Services** <br> **PO Box 14693** <br> **Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | **12.17** |
| ACCOUNT NO. **3434** <br><br> **Chapman Financial Services** <br> **PO Box 14693** <br> **Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | **38.24** |
| ACCOUNT NO. **1654** <br><br> **Chapman Financial Services** <br> **PO Box 14693** <br> **Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | **38.02** |
| ACCOUNT NO. **0644** <br><br> **Chapman Financial Services** <br> **PO Box 14693** <br> **Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | **212.51** |
| ACCOUNT NO. **8285** <br><br> **Chapman Financial Services** <br> **PO Box 14693** <br> **Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | **96.30** |
| ACCOUNT NO. **0644** <br><br> **Chapmanfinsr** <br> **Po Box 14693** <br> **Spokane, WA 99214** | | W | **Collection for Cls Colorado Lab Service Col** | | | | **204.00** |

Sheet no. _____ **8** of _____ **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal ▶    \$    **613.49**
                (Total of this page)

Total ▶
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    \$

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                     Case No. _____
                                         Debtor(s)                                                          (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8285**<br><br>**Chapmanfinsr<br>Po Box 14693<br>Spokane, WA  99214** | | W | **Collection for Cis Colorado Lab Service Col** | | | | 93.00 |
| ACCOUNT NO. **7000**<br><br>**Chase Bank<br>10750 Hammerly Blvd., #200<br>Houston, TX  77043** | | J | **Past Due Account** | | | | 160.34 |
| ACCOUNT NO. **6050**<br><br>**CHASE Bank<br>Dept. OH1-1272<br>PO Box 182223<br>Columbus, OH  43218** | | J | **Installment Account** | | | | 1,554.97 |
| ACCOUNT NO. **mero**<br><br>**Check & Go<br>1055 Bailey Hill Rd. #C<br>Eugene, OR  97402** | | J | **Loan** | | | | 455.00 |
| ACCOUNT NO. **1285**<br><br>**Citi National Bank<br>500 Montgomery Street<br>Lawton, OK  73501** | | J | **Installment Account** | | | | 366.08 |
| ACCOUNT NO. **5024**<br><br>**Coast Professional Inc<br>214 Exp Circle Ste 7<br>West Monroe, LA  71292** | | J | **Open account opened 4/13<br>Collection for Colorado Christian College** | | | | 940.00 |
| ACCOUNT NO. **7461**<br><br>**Collections Acquisition Co.<br>3 Eastern Oval #210<br>Columbus, OH  43219** | | J | **Collection Account** | | | | 90.34 |

Sheet no. _____**9**__ of ___**35**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,659.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1128** <br><br>**Colorado Department Of Revenue** <br>**1375 Sherman Street** <br>**Denver, CO  80261** | | J | **State Back Taxes Owed** <br>**File 26872050** | | | | **1.00** |
| ACCOUNT NO. **7019** <br><br>**Colorado Laboratory Services** <br>**PO Box 3420** <br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **20.00** |
| ACCOUNT NO. **1672** <br><br>**Colorado Laboratory Services** <br>**PO Box 3420** <br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **1,177.00** |
| ACCOUNT NO. **6935** <br><br>**Colorado Laboratory Services** <br>**PO Box 3420** <br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **2,959.00** |
| ACCOUNT NO. **1672** <br><br>**Colorado Laboratory Services** <br>**PO Box 3420** <br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **595.00** |
| ACCOUNT NO. **9621** <br><br>**Colorado Laboratory Services** <br>**PO Box 3420** <br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **970.00** |
| ACCOUNT NO. **1710** <br><br>**Colorado Laboratory Services** <br>**PO Box 3420** <br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **674.00** |

Sheet no. ___**10**___ of ___**35**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **6,396.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE  **Romero, Anthony Ray & Romero, Paula Rachele**                              Case No. _____
Debtor(s)                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **A000**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **25.00** |
| ACCOUNT NO. **5284**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **6.25** |
| ACCOUNT NO. **5227**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **293.63** |
| ACCOUNT NO. **5815**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **163.55** |
| ACCOUNT NO. **7579**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **128.78** |
| ACCOUNT NO. **2279**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **73.54** |
| ACCOUNT NO. **7578**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **35.77** |

Sheet no. ____**11**__ of ____**35**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **726.52**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele                                Case No. _____
_____
                        Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4621**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | 42.02 |
| ACCOUNT NO. **5226**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | 71.54 |
| ACCOUNT NO. **8927**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | 201.62 |
| ACCOUNT NO. **8926**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | 126.78 |
| ACCOUNT NO. **7865**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | 22.00 |
| ACCOUNT NO. **0751**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | 11.00 |
| ACCOUNT NO. **0720**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | 10.00 |

Sheet no. ____**12**__ of ____**35**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $        484.96

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                Case No. _____
_____
                           Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2278** <br><br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | 5.25 |
| ACCOUNT NO. **3696** <br><br>**Colorado Springs Health Partners**<br>**2 South Cascade Ave., Suite 140**<br>**Colorado Springs, CO  80903** | | J | Medical | | | | 20.00 |
| ACCOUNT NO. **2504** <br><br>**Colorado Springs Health Partners**<br>**2 South Cascade Ave., Suite 140**<br>**Colorado Springs, CO  80903** | | J | Medical | | | | 186.10 |
| ACCOUNT NO. **6252** <br><br>**Colorado Springs Health Partners**<br>**2 South Cascade Ave., Suite 140**<br>**Colorado Springs, CO  80903** | | J | Medical | | | | 30.00 |
| ACCOUNT NO. **9273** <br><br>**Colorado Springs Obstetrics And Gynocol**<br>**6705 Rangewood Dr**<br>**Colorado Springs, CO  80918** | | J | Medical | | | | 13.09 |
| ACCOUNT NO. **4364** <br><br>**Communication Technologies Group**<br>**17502 East 78th Street North**<br>**Owasso, OK  74055** | | J | Installment Account | | | | 1.00 |
| ACCOUNT NO. **4434** <br><br>**Communication Technologies Group**<br>**17502 East 78th Street North**<br>**Owasso, OK  74055** | | J | Installment Account | | | | 1.00 |

Sheet no. _____**13**___ of ___**35**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **256.44**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele          Case No. _____
_____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4462**<br><br>**Communication Technologies Group**<br>**17502 East 78th Street North**<br>**Owasso, OK  74055** | | J | **Installment Account** | | | | 1.00 |
| ACCOUNT NO. **C405**<br><br>**Communication Technologies Group**<br>**17502 East 78th Street North**<br>**Owasso, OK  74055** | | J | **Communications Invoicing** | | | | 4,733.55 |
| ACCOUNT NO. **1148**<br><br>**Cottonwood Company**<br>**921 S. 67th**<br>**Springfield, OR  97478** | | J | **Installment Account** | | | | 1,105.00 |
| ACCOUNT NO. **1302**<br><br>**Cr. Brandon Credeur**<br>**4155 E Jewell Ave Ste. 814**<br>**Denver, CO  80222** | | J | **Medical** | | | | 1,314.16 |
| ACCOUNT NO. **6368**<br><br>**Credit One Bank**<br>**PO Box 390846**<br>**Minneapolis, MN  55439** | | J | **Installment Account** | | | | 1,105.00 |
| ACCOUNT NO. **3457**<br><br>**Credit Service Co**<br>**Pob 1120**<br>**Colorado Sprin, CO  80901** | | W | **Open account opened 12/10**<br>**Collection for Mri Specialists Of Tulsa** | | | | 1,559.00 |
| ACCOUNT NO. **5684**<br><br>**Credit Service Co**<br>**Pob 1120**<br>**Colorado Sprin, CO  80901** | | W | **Open account opened 11/13**<br>**Collection for Penrad Imaging** | | | | 109.00 |

Sheet no. _____**14**___ of ___**35**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   **9,926.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele _____ Case No. _____
                                          Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1634** <br> **Credit Systems Inc** <br> **1485 Garden Of Gods Rd** <br> **Colorado Springs, CO  80907** | | W | Open account opened 8/13 <br> Collection for Tan Your Hide | | | | 311.00 |
| ACCOUNT NO. **7695** <br> **Credit Systems Inc** <br> **1485 Garden Of Gods Rd** <br> **Colorado Springs, CO  80907** | | J | Open account opened 7/13 <br> Collection for Alliance Family Dentistry | | | | 177.00 |
| ACCOUNT NO. **1010** <br> **Dept Of Ed/sallie Mae** <br> **11100 Usa Pkwy** <br> **Fishers, IN  46037** | | H | Installment account opened 10/11 | | | | 719.00 |
| ACCOUNT NO. **7490** <br> **DirecTv** <br> **PO Box 78929** <br> **Phoenix, AZ  85062-8626** | | J | Satelite TV | | | | 400.00 |
| ACCOUNT NO. **1090** <br> **Dr. Robert Zoellner** <br> **3 Easton Oval, Ste 210** <br> **Columbus, OH  43219** | | J | Medical | | | | 150.00 |
| ACCOUNT NO. **8137** <br> **EasyTEL** <br> **7335 S. Lewis Ave.** <br> **Tulsa, OK  74136** | | J | Past Due Account | | | | 549.79 |
| ACCOUNT NO. **8661** <br> **El Paso** <br> **1675 Garden Of The Gods Rd.** <br> **Colorado Springs, CO  80907** | | J | Past Due Account | | | | 64.00 |

Sheet no. ____**15**____ of ____**35**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    
(Total of this page)  $ **2,370.79**

Total    
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                Case No. _____
                                   Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3140**<br><br>**Emerge Mastercard<br>Dept. 12421 PO Box 603<br>Oaks, PA 19456** | | J | **Past Due Account** | | | | **2,341.48** |
| ACCOUNT NO. **9621**<br><br>**Emergency Management Assoc. PC<br>PO Box 21820 Dept. 1017<br>Tulsa, OK 74121** | | J | **Medical** | | | | **970.00** |
| ACCOUNT NO. **0716**<br><br>**Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256** | | H | **Open account opened 2/14<br>Collection for Comcast Cable Communications** | | | | **457.00** |
| ACCOUNT NO. **3681**<br><br>**EOS CCA<br>700 Longwater<br>Norwell, MA 02061-2026** | | J | **Past Due Account** | | | | **123.48** |
| ACCOUNT NO. **5616**<br><br>**Equidata<br>724 Thimble Shoals Blvd<br>Newport News, VA 23606** | | W | **Open account opened 6/11<br>Collection for Cox Cable Tulsa** | | | | **243.00** |
| ACCOUNT NO. **8966**<br><br>**Equinox Collection Ser<br>5807 S Garnett Rd Ste L<br>Tulsa, OK 74146** | | W | **Open account opened 1/11<br>Collection for The Platinum Center** | | | | **1,704.00** |
| ACCOUNT NO. **1176**<br><br>**ERSolutions, Inc.<br>800 SW 39th St<br>Renton, WA 98055** | | J | **Medical** | | | | **300.86** |

Sheet no. ____**16**____ of ____**35**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal    $ **6,139.82**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**     Case No. _____
<br>Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9891**<br>**ERSolutions, Inc.**<br>**800 SW 39th St**<br>**Renton, WA  98055** | | J | Medical | | | | 160.34 |
| ACCOUNT NO.<br>**EXIT Realty Corp. USA**<br>**2345 Argentia Rd., Ste. 200**<br>**Mississauga, ON** | | J | Installment Account | | | | 1,095.00 |
| ACCOUNT NO.<br>**Extreme Fitness**<br>**11021 S. Memorial Dr.**<br>**Tulsa, OK  74133** | | J | Installment Account | | | | 4,354.00 |
| ACCOUNT NO.<br>**Face and Body Medical Aesthetics**<br>**9906 Riverside Dr.**<br>**Tulsa, OK  74137** | | J | Installment Account | | | | 199.50 |
| ACCOUNT NO. **8488**<br>**Farmers Insurance Group**<br>**Two Wells Avenue**<br>**Newton, MA  02459** | | J | Installment Account | | | | 252.66 |
| ACCOUNT NO. **0786**<br>**Fireside Auto Finance**<br>**PO Box 9080**<br>**Plaesanton, CA  94566** | | J | AUTO LOAN<br>VECHICLE RETURNED in 2000 | | | | 12,615.65 |
| ACCOUNT NO. **5532**<br>**First National Collection Bureau, Inc**<br>**PO Box 51660**<br>**Sparks, NV  89435** | | J | Installment Account | | | | 440.79 |

Sheet no. ____**17**____ of ____**35**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **19,117.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE Romero, Anthony Ray & Romero, Paula Rachele                         Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7060**<br>**First Premier Bank**<br>**PO Box 1259**<br>**Oaks, PA  19456** | | J | Revolving account opened 8/07 | | | | **504.00** |
| ACCOUNT NO. **106**<br>**Fitness Together**<br>**1212 E. Kenosha**<br>**Broken Arrow, OK  74012** | | J | Installment Account | | | | **1,186.40** |
| ACCOUNT NO. **P269**<br>**Frost- Arnett Company**<br>**PO Box 19888**<br>**Nashville, TN  37219** | | J | Installment Account | | | | **359.35** |
| ACCOUNT NO. **6893**<br>**GC Services LP**<br>**6330 Gulton**<br>**Houston, TX  77081** | | J | Installment Account | | | | **185.47** |
| ACCOUNT NO. **5047**<br>**GC Services LP**<br>**6330 Gulton**<br>**Houston, TX  77081** | | J | Installment Account | | | | **1,705.62** |
| ACCOUNT NO. **5421**<br>**Geico Indemnity Company**<br>**One Geico Center**<br>**Macon, GA  31296** | | J | Installment Account | | | | **190.44** |
| ACCOUNT NO. **2272**<br>**Grace Living Center**<br>**711 N. 5th**<br>**Jenks, OK  74037** | | J | Installment Accunt | | | | **5,685.00** |

Sheet no. _____**18** of _____**35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **9,816.28**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                                          Case No. _____
_____
                              Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6009**<br><br>**Guide One Insurance**<br>**1111 Ashworth Road**<br>**West Des Moines, IA  50265** | | J | **Installment Account** | | | | 177.57 |
| ACCOUNT NO.<br><br>**Hearing Life USA, Inc.**<br>**10324 E. 21st Street**<br>**Tulsa, OK  74129** | | J | **Installment Account** | | | | 300.00 |
| ACCOUNT NO. **5669**<br><br>**Home Ventures, Inc.**<br>**8516-J East 101st Street**<br>**Tulsa, OK  74133** | | J | **Unpaid Office Rent for failed Real Estate Business Office Space** | | | | 52,997.75 |
| ACCOUNT NO. **8776**<br><br>**Integrity Solution**<br>**PO Box 1870**<br>**St. Charles, MO  63302** | | J | **Installment Account** | | | | 230.00 |
| ACCOUNT NO. **2154**<br><br>**Integrity Solution**<br>**PO Box 1870**<br>**St. Charles, MO  63302** | | J | **Installment Account** | | | | 375.85 |
| ACCOUNT NO. **1128**<br><br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA  19101-7346** | | J | **Federal Back Tazes owed** | | | | 1.00 |
| ACCOUNT NO. **5003**<br><br>**Jeffcapsys**<br>**16 Mcleland Rd**<br>**Saint Cloud, MN  56303** | | W | **Collection for Tribute Mastercard** | | | | 643.00 |

Sheet no. _____**19**___ of ____**35**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **54,725.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele      Case No. _____
<u>Debtor(s)</u>            <u>(If known)</u>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **106** <br><br> **K-Mart 03238** <br> **11601 Roosevelt Blvd.** <br> **St. Petersburg, FL  33716** | | J | Installment Account | | | | 1,307.43 |
| ACCOUNT NO. **5880** <br><br> **Keller Williams Realty** <br> **4745 E. 91st St., Ste. 100** <br> **Tulsa, OK  74137** | | J | Installment Account | | | | 99.70 |
| ACCOUNT NO. **1710** <br><br> **Lab Medicine of Greater Tulsa** <br> **2738 E. 51st St., Ste. 240** <br> **Tulsa, OK  74105** | | J | Installment Account | | | | 674.00 |
| ACCOUNT NO. <br><br> **Legacy Sales and Leasing** <br> **12150 East 96th St. North, Ste 200** <br> **Owasso, OK  74005** | | J | Installment Account | | | | 3,437.00 |
| ACCOUNT NO. **4012** <br><br> **Liberty Mutual** <br> **Two Wells Avenue** <br> **Newton, MA  02459** | | J | Inatallment Account | | | | 36.00 |
| ACCOUNT NO. **7539** <br><br> **LTD Financial** <br> **7322 Southwest Freway Suite 1600** <br> **Houston, TX  77074-2053** | | J | Installment Account | | | | 1,554.97 |
| ACCOUNT NO. **A000** <br><br> **Luis Gorospe, MD** <br> **PO Box 35567** <br> **Tulsa, OK  74153** | | J | Medical | | | | 25.00 |

Sheet no. ____**20**___ of ___**35**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,134.10**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                     Case No. _____
                                   Debtor(s)                                                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1832**<br><br>**Marvin Krueger, CPA**<br>**10707 East 76th Street South**<br>**Tulsa, OK  74133** | | J | **Professional Fees** | | | | **312.63** |
| ACCOUNT NO. **MB60**<br><br>**Marykay**<br>**PO Box 799048**<br>**Dallas, TX  75379-9048** | | J | **Installment Account** | | | | **193.23** |
| ACCOUNT NO.<br><br>**Mazzios Pizza**<br>**PO Box 470585**<br>**Tulsa, OK  74147** | | J | **Good Purchased** | | | | **51.86** |
| ACCOUNT NO.<br><br>**Mazzios Pizza**<br>**PO Box 470585**<br>**Tulsa, OK  74147** | | J | **Goods Purchased** | | | | **35.00** |
| ACCOUNT NO. **0694**<br><br>**Medicredit Corp**<br>**3620 I 70 Dr Se Ste C**<br>**Columbia, MO  65201** | | W | **Open account opened 7/13**<br>**Collection for Advanced Care In Endocrinology** | | | | **132.00** |
| ACCOUNT NO. **2721**<br><br>**Medicredit Corp**<br>**3620 I 70 Dr Se Ste C**<br>**Columbia, MO  65201** | | W | **Open account opened 10/13**<br>**Collection for Advanced Care In Endocrinology** | | | | **131.00** |
| ACCOUNT NO. **0697**<br><br>**Medicredit Corp**<br>**3620 I 70 Dr Se Ste C**<br>**Columbia, MO  65201** | | W | **Open account opened 7/13**<br>**Collection for Advanced Care In Endocrinology** | | | | **131.00** |

Sheet no. _____**21**__ of __**35**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal                      
(Total of this page) \$      **986.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) \$

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0091** <br> **Medicredit Inc.** <br> **PO Box 411187** <br> **St. Louis, MO  63141** | | J | Medical | | | | 60.00 |
| ACCOUNT NO. **8518** <br> **Medicredit Inc.** <br> **PO Box 411187** <br> **St. Louis, MO  63141** | | J | Medical | | | | 423.80 |
| ACCOUNT NO. **0578** <br> **Memorial Health Services** <br> **PO Box 460** <br> **Colorado Springs, CO  80901** | | J | Medical | | | | 7.00 |
| ACCOUNT NO. **9389** <br> **MetroPath** <br> **PO Box 780** <br> **Longmont, CO  80502** | | J | Installment Account | | | | 33.25 |
| ACCOUNT NO. **5041** <br> **Michael S. Toole, DDS** <br> **3223n E. 31st St., Ste 108** <br> **Tulsa, OK  74105** | | J | Dental | | | | 186.10 |
| ACCOUNT NO. **8526** <br> **Midland Credit Management** <br> **PO Box 790001** <br> **Sunrise Beach, MO  65079** | | J | Installment Account | | | | 1,846.00 |
| ACCOUNT NO. **9555** <br> **Midland Credit Management** <br> **PO Box 790001** <br> **Sunrise Beach, MO  65079** | | J | Installment Account | | | | 1,136.58 |

Sheet no. _____**22**___ of _____**35**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,692.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  **Romero, Anthony Ray & Romero, Paula Rachele**  Case No. _____
_____
Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8384**<br>**Midland Credit Management**<br>**PO Box 790001**<br>**Sunrise Beach, MO  65079** | | J | Installment Account | | | | 1,403.47 |
| ACCOUNT NO. **3140**<br>**Midland Credit Management**<br>**PO Box 790001**<br>**Sunrise Beach, MO  65079** | | J | Installment Account | | | | 2,341.48 |
| ACCOUNT NO. **6201**<br>**Midwestern Loan**<br>**7745 E 21st St**<br>**Tulsa, OK  74129** | | H | Installment account opened 8/10 | | | | 1,360.00 |
| ACCOUNT NO. **0174**<br>**Misok LLC**<br>**5930 E. 31st St., Ste. 800**<br>**Tulsa, OK  74135** | | J | Installment Account | | | | 30.00 |
| ACCOUNT NO. **0003**<br>**ML Graphics**<br>**10456 South 86th E. Ave.**<br>**Tulsa, OK  74133** | | J | Services Rendered | | | | 75.00 |
| ACCOUNT NO. **0004**<br>**ML Graphics**<br>**10456 South 86th E. Ave.**<br>**Tulsa, OK  74133** | | J | Services Rendered | | | | 25.00 |
| ACCOUNT NO. **0005**<br>**ML Graphics**<br>**10456 South 86th E. Ave.**<br>**Tulsa, OK  74133** | | J | Services Rendered | | | | 110.00 |

Sheet no. ____**23**__ of ____**35**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **5,344.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**     Case No. _____
         Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7012**<br>**MRO**<br>**PO Box 61507**<br>**King Of Prussia, PA  19406** | | J | Installment Account | | | | 63.27 |
| ACCOUNT NO. **1674**<br>**Municipal Enforcement Division**<br>**11063 S. Memorial Dr., Suite 460**<br>**Tulsa, OK  74133** | | J | Citation | | | | 110.47 |
| ACCOUNT NO.<br>**National Recovery Service**<br>**13401 S. Mur-Len Rd**<br>**Olathe, KS  66062** | | J | Collection Account | | | | 45.00 |
| ACCOUNT NO. **8225**<br>**Northland Group, Inc.**<br>**PO Box 390846**<br>**Minneapolis, MN  55439** | | J | Installment Account | | | | 940.69 |
| ACCOUNT NO.<br>**Oak Brook Financial**<br>**10200 SW Eastridge St. Ste. 201**<br>**Portland, OR  97225** | | J | Installment Account | | | | 1,678.72 |
| ACCOUNT NO. **0730**<br>**Obstetrics and Gynecology**<br>**3230 E. Woodman Rd. #100**<br>**Colorado Springs, CO  80918** | | J | Medical | | | | 123.38 |
| ACCOUNT NO. **6252**<br>**Oklahoma Heart Hospital**<br>**9228 South Mingo Rd., Ste. 200**<br>**Tulsa, OK  74133** | | J | Medical | | | | 30.00 |

Sheet no. ____**24**____ of ____**35**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,991.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Romero, Anthony Ray & Romero, Paula Rachele_____  Case No. _____
                               Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1128**<br><br>**Oklahoma Tax Commission**<br>**PO Box 26930**<br>**Oklahoma City, OK  73126** | | J | **Back Taxes Owed for 2010 and 2011**<br>**Acct 5191** | | | | **40.30** |
| ACCOUNT NO. **5109**<br><br>**Oregon Medical Laboratories**<br>**PO Box 55457**<br>**Portland, OR  97238** | | J | **Medical** | | | | **90.00** |
| ACCOUNT NO. **218**<br><br>**Peacehealth Medical OR**<br>**2892 Crescent Ave.**<br>**Eugene, OR  97408** | | J | **Medical** | | | | **177.00** |
| ACCOUNT NO. **2393**<br><br>**Peak Vista Community Health Centers**<br>**340 Printers Parkway**<br>**Colorado Springs, CO  80910-3195** | | J | **Medical** | | | | **45.00** |
| ACCOUNT NO. **5053**<br><br>**Penrose Hospital**<br>**Dept 1634**<br>**Denver, CO  80271** | | J | **Medical** | | | | **30.00** |
| ACCOUNT NO. **7489**<br><br>**Penrose Hospital**<br>**Dept 1634**<br>**Denver, CO  80271** | | J | **Medical** | | | | **30.00** |
| ACCOUNT NO. **2050**<br><br>**Penrose Hospital**<br>**Dept 1634**<br>**Denver, CO  80271** | | J | **Medical** | | | | **155.00** |

Sheet no. ____**25**___ of ____**35**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **567.30**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Romero, Anthony Ray & Romero, Paula Rachele      Case No. _____
       Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0085**<br><br>**Penrose St. Francis Medical Ctr.**<br>**PO Box 7206**<br>**Columbia, MO  65205** | | J | Medical | | | | 60.00 |
| ACCOUNT NO. **4479**<br><br>**Penrose St. Francis Medical Ctr.**<br>**PO Box 711634**<br>**Denver, CO  80271** | | J | Medical | | | | 80.00 |
| ACCOUNT NO. **1549**<br><br>**Pep Boys**<br>**11601 Roosevelt Blvd.**<br>**St. Petersburg, FL  33716** | | J | Installment Account | | | | 616.66 |
| ACCOUNT NO. **0228**<br><br>**Preferred Homecare**<br>**PO Box 40700**<br>**Mesa, AZ  85274-0700** | | J | Medical | | | | 350.17 |
| ACCOUNT NO. **0984**<br><br>**Premier Bankcard**<br>**Dept 21377 PO Box 1259**<br>**Oaks, PA  19456** | | J | Installment Account | | | | 440.79 |
| ACCOUNT NO. **4888**<br><br>**Premier Orthopedic**<br>**3920 N. Union Blvd., Suite 330**<br>**Colorado Springs, CO  80907** | | J | Medical | | | | 972.53 |
| ACCOUNT NO. **3380**<br><br>**Providian National Bank**<br>**Dept. 12421 PO Box 603**<br>**Oaks, PA  19456** | | J | MasterCard | | | | 2,413.08 |

Sheet no. ___**26**___ of ___**35**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,933.23**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE Romero, Anthony Ray & Romero, Paula Rachele _____  Case No. _____
<br>_____Debtor(s)_____ _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0987**<br>**Qualia Collection Services<br>PO Box 4699<br>Petaluma, CA 94955** | | J | **Installment Account** | | | | **329.13** |
| ACCOUNT NO. **7045**<br>**Quest Diagnostics<br>PO Box 740131<br>Cincinnati, OH 45274** | | J | **Medical** | | | | **5.10** |
| ACCOUNT NO.<br>**Qwest<br>404 Brock Drive, PO Box 3427<br>Bloomington, IL 61702** | | J | **Telecommunications** | | | | **450.00** |
| ACCOUNT NO. **2008**<br>**Rebecca Norton<br>7691 South Fulton Ave.<br>Tulsa, OK 74136** | | J | **Installment Account** | | | | **150.00** |
| ACCOUNT NO. **8459**<br>**Receivables Performanc<br>20816 44th Ave Wes<br>Lynnwood, WA 98036** | | H | **Open account opened 10/13<br>Collection for Dish** | | | | **122.00** |
| ACCOUNT NO. **5193**<br>**Regent Bank<br>PO Box 432<br>Nowata, OK 74048** | | J | **Personal Loan** | | | | **24,143.47** |
| ACCOUNT NO. **0096**<br>**Rentoncoll<br>Po Box 272<br>Renton, WA 98057** | | W | **Collection for Diagnos Techs Inc** | | | | **203.00** |

Sheet no. ____**27**____ of ____**35**____ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $ **25,402.70**

Total
<br>(Use only on last page of the completed Schedule F. Report also on
<br>the Summary of Schedules, and if applicable, on the Statistical
<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**   Case No. _____
_____   _____
Debtor(s)   (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3390** <br> **Resurgent Capital Services** <br> **PO Box 19034** <br> **Greenville, SC  29602** | | J | Installment Account | | | | 647.79 |
| ACCOUNT NO. **0987** <br> **Rosetta Stone Ltd** <br> **13350 Dallas Pkwy** <br> **Dallas, TX  75240** | | J | Installment Account | | | | 329.13 |
| ACCOUNT NO. **0304** <br> **SAFCO** <br> **PO Box 864610** <br> **Orlando, FL  32886** | | J | Past Due Account | | | | 7,020.16 |
| ACCOUNT NO. **9158** <br> **Saint Francis System** <br> **6161 South Yale Ave.** <br> **Tulsa, OK  74136** | | J | Medical | | | | 15,720.05 |
| ACCOUNT NO. **7830** <br> **Salute Visa Gold** <br> **16 McLeland Road** <br> **St. Cloud, MN  56303** | | J | VISA | | | | 559.23 |
| ACCOUNT NO. **6069** <br> **Sam's Club 6342** <br> **5251 Westheimer** <br> **Houston, TX  77056** | | J | Installment Account | | | | 800.50 |
| ACCOUNT NO. <br> **Sam's Club 6342** <br> **5251 Westheimer** <br> **Houston, TX  77056** | | J | Installment Account | | | | 240.88 |

Sheet no. ____**28**____ of ____**35**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **25,317.74**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                    Case No. _____
_____
Debtor(s)                                                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sam's Club 6342<br>5251 Westheimer<br>Houston, TX  77056** | | J | Installment Account | | | | 72.05 |
| ACCOUNT NO. **5105**<br>**Sam's Club 8263<br>5251 Westheimer<br>Houston, TX  77056** | | J | Installment Account | | | | 282.96 |
| ACCOUNT NO. **1077**<br>**Sams Club<br>PO Box 823<br>Fort Mill, SC  29716** | | J | Past Due Account | | | | 208.20 |
| ACCOUNT NO. **441B**<br>**Security Check LLC<br>3 Easton Oval, Ste 210<br>Columbus, OH  43219** | | J | Loan | | | | 150.00 |
| ACCOUNT NO. **9998**<br>**Smile Brands Finance, Inc<br>PO Box 841950<br>Dallas, TX** | | J | Installment Account | | | | 1,322.52 |
| ACCOUNT NO.<br>**Sound and Spirit Club<br>2491 Paxton St.<br>Harrisburg, PA  17111** | | J | Installment Account | | | | 45.00 |
| ACCOUNT NO. **5866**<br>**Southcrest Medical Group<br>Dept. 431 PO Box 3500<br>Claremore, OK  74018** | | J | Medical | | | | 60.00 |

Sheet no. ____**29**____ of ____**35**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,140.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele _____ Case No. _____
          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5890**<br><br>**Southcrest Medical Group**<br>**Dept. 431 PO Box 3500**<br>**Claremore, OK  74018** | | J | **Medical** | | | | **313.00** |
| ACCOUNT NO. **2801**<br><br>**Southwest Pathology Inc. Clinicals**<br>**PO Box 441508**<br>**Houston, TX  77244** | | J | **Medical** | | | | **183.00** |
| ACCOUNT NO. **2254**<br><br>**Spartan Storage**<br>**12113 South Memorial Drive**<br>**Tulsa, OK** | | J | **Storage Fees** | | | | **590.00** |
| ACCOUNT NO. **2220**<br><br>**Springfield Utilities**<br>**16 McLeland Road**<br>**St. Cloud, MN  56303** | | J | **Utilities Due** | | | | **451.00** |
| ACCOUNT NO. **0482**<br><br>**Springs Waste Systems**<br>**1990 Reliable Circle**<br>**Colorado Springs, CO  80906** | | J | **Utilities Due** | | | | **162.50** |
| ACCOUNT NO. **4735**<br><br>**Sprint**<br>**PO Box 1017**<br>**Hawthorne, NY  10532** | | J | **Past Due Phone Bills** | | | | **319.08** |
| ACCOUNT NO. **6516**<br><br>**Sprint**<br>**PO Box 54977**<br>**Los Angeles, CA  90054** | | J | **Past Due Phone Bills** | | | | **1,705.62** |

Sheet no. _____**30**___ of _____**35**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,724.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                    Case No. _____
_____
       Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1112**<br>**St. Francis Medical Center**<br>**2 South Cascade Ave., Suite 140**<br>**Colorado Springs, CO  80903** | | J | Medical | | | | **105.00** |
| ACCOUNT NO. **1032**<br>**St. John's Physicians, Inc.**<br>**Dept. 334 PO Box 21228**<br>**Tulsa, OK  74021** | | J | Medical | | | | **348.00** |
| ACCOUNT NO. **ER01**<br>**Standley Systems**<br>**PO Box 460**<br>**Chicksha, OK  73023** | | J | Medical | | | | **1,023.37** |
| ACCOUNT NO. **7987**<br>**T-Mobile**<br>**PO Box 3427**<br>**Bloomington, IL  61702** | | J | Phone | | | | **108.31** |
| ACCOUNT NO. **5120**<br>**TnT Security Services, LLC Tulsa**<br>**5147 South Harvard, Ste 101**<br>**Tulsa, OK  74135** | | J | Security Service | | | | **519.74** |
| ACCOUNT NO. **3071**<br>**Total Gym Fitness LLC**<br>**PO Box 101928**<br>**Birmingham, AL  35210** | | J | Installment Account | | | | **615.96** |
| ACCOUNT NO. **1643**<br>**Transit Advertising, Inc.**<br>**PO Box 14081**<br>**Tulsa, OK  74159** | | J | Installment Account | | | | **672.00** |

Sheet no. ____**31**____ of ____**35**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **3,392.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele                    Case No. _____
                               Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7932**<br><br>**TRS Recovery Services**<br>**PO Box 4857**<br>**Houston, TX  77210** | | J | Collection Account | | | | **201.86** |
| ACCOUNT NO. **7393**<br><br>**TRS Recovery Services**<br>**PO Box 4857**<br>**Houston, TX  77210** | | J | Collection Account | | | | **360.44** |
| ACCOUNT NO. **3845**<br><br>**TRS Recovery Services**<br>**PO Box 4857**<br>**Houston, TX  77210** | | J | Collection Account | | | | **80.47** |
| ACCOUNT NO. **5682**<br><br>**TRS Recovery Services**<br>**PO Box 4857**<br>**Houston, TX  77210** | | J | Collection Account | | | | **109.99** |
| ACCOUNT NO. **6069**<br><br>**TRS Recovery Services**<br>**PO Box 4857**<br>**Houston, TX  77210** | | J | Collection Account | | | | **800.50** |
| ACCOUNT NO. **1266**<br><br>**Tulsa Adjustment Burea**<br>**1754 Itica Sq.**<br>**Tulsa, OK  74114** | | H | Unknown account opened 6/11<br>Collection for Radiology Consultants | | | | **26.00** |
| ACCOUNT NO. **rans**<br><br>**Tulsa Nursing Center**<br>**10912 E. 14th St.**<br>**Tulsa, OK  74128** | | J | Medical | | | | **6,516.00** |

Sheet no. ____**32**____ of ____**35**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,095.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele _____ Case No. _____
                             Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1161** <br><br> **Tulsa Transit Authority** <br> **PO Box 52488** <br> **Tulsa, OK  74152** | | J | Past Due Account | | | | 2,800.00 |
| ACCOUNT NO. **3298** <br><br> **Tulsa Utilities** <br> **PO Box 16755** <br> **Austin, TX  78761** | | J | Utilities | | | | 197.73 |
| ACCOUNT NO. **1116** <br><br> **Unknown Creditor** <br> **PO Box 3427** <br> **Bloomington, IL  61702** | | J | Past Due Amount | | | | 254.00 |
| ACCOUNT NO. **5146** <br><br> **Unknown Creditor** <br> **PO Box 3427** <br> **Bloomington, IL  61702** | | J | Past Due Amount | | | | 352.00 |
| ACCOUNT NO. **4602** <br><br> **Utica Park Clinic** <br> **BOK Dept. 1100** <br> **Tulsa, OK  74182** | | J | Past Due Account | | | | 30.00 |
| ACCOUNT NO. **0000** <br><br> **Verizon Wireless** <br> **PO Box 12421** <br> **Oaks, PA  19456** | | J | Phone | | | | 1,845.89 |
| ACCOUNT NO. **1078** <br><br> **Wal-Mart 1597** <br> **PO Box 9163** <br> **Midvale, UT  84047** | | J | Past Due Amount | | | | 201.86 |

Sheet no. ____**33**____ of ____**35**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
         (Total of this page) $ **5,681.48**

                           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                    Case No. _____

_____
            Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Wal-Mart 3295** <br> **5251 Westheimer** <br> **Houston, TX  77056** | | J | **Past Due Invoice** | | | | **360.44** |
| ACCOUNT NO. **585** <br> **Wal-Mart 472** <br> **5251 Westheimer** <br> **Houston, TX  77056** | | J | **Past Due Invoice** | | | | **80.47** |
| ACCOUNT NO. **593** <br> **Wal-Mart 472** <br> **5251 Westheimer** <br> **Houston, TX  77056** | | J | **Past Due Invoice** | | | | **109.99** |
| ACCOUNT NO. **594** <br> **Wal-Mart 472** <br> **5251 Westheimer** <br> **Houston, TX  77056** | | J | **Past Due Invoice** | | | | **693.33** |
| ACCOUNT NO. **596** <br> **Wal-Mart 894** <br> **5251 Westheimer** <br> **Houston, TX  77056** | | J | **Past Due Invoice** | | | | **149.86** |
| ACCOUNT NO. **2489** <br> **Warren Clinic, Inc.** <br> **6600 S. Yale Ave. Ste 1400** <br> **Tulsa, OK  74136** | | J | **Medical** | | | | **30.00** |
| ACCOUNT NO. **5079** <br> **Warren Clinic, Inc.** <br> **6600 S. Yale Ave. Ste 1400** <br> **Tulsa, OK  74136** | | J | **Medical** | | | | **812.00** |

Sheet no. ____**34**____ of ____**35**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,236.09**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Romero, Anthony Ray & Romero, Paula Rachele _____ Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1011**<br><br>**Whole Foods Tulsa 10304**<br>**PO Box 201387**<br>**Denver, CO  80220** | | J | Past Due Invoice | | | | **355.64** |
| ACCOUNT NO. **8376**<br><br>**Windstream Communications**<br>**610 Waltham Way**<br>**Sparks, NV  89434** | | J | Installment Account | | | | **806.45** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**35**___ of ___**35**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,162.09**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **382,932.21**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07)**

**IN RE** Romero, Anthony Ray & Romero, Paula Rachele      Case No. _____

                       Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

**IN RE** Romero, Anthony Ray & Romero, Paula Rachele      Case No. _____

                                           Debtor(s)                                                          (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Anthony Ray Romero** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Paula Rachele Romero** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

United States Bankruptcy Court for the: District of Colorado

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | | **Auth. Specialist** |
| **Employer's name** | **Target Corporation** | **Hangar Inc.** |
| **Employer's address** | **1000 Nicollet Mall**<br>Number   Street | **10910 Domain Drive Suite 300**<br>Number   Street |
| | **Minneapolis, MN  55440-9401**<br>City   State   ZIP Code | **Austin, TX  78758**<br>City   State   ZIP Code |
| **How long employed there?** | **3 years** | **1 years and 6 months** |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2. List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **1,481.96** | $ **2,775.63** |
| **3. Estimate and list monthly overtime pay.** | 3. | + $ **1.02** | + $ **48.75** |
| **4. Calculate gross income.** Add line 2 + line 3. | 4. | $ **1,482.98** | $ **2,824.38** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1  **Anthony Ray Romero**

First Name    Middle Name    Last Name    Case number *(if known)*

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .................................................................. | 4. | $ __1,482.98__ | $ __2,824.38__ |

**5. List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ __104.39__ | $ __224.74__ |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ __0.00__ | $ __0.00__ |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ __0.00__ | $ __0.00__ |
| 5d. | Required repayments of retirement fund loans | 5d. | $ __0.00__ | $ __0.00__ |
| 5e. | Insurance | 5e. | $ __0.00__ | $ __0.00__ |
| 5f. | Domestic support obligations | 5f. | $ __0.00__ | $ __0.00__ |
| 5g. | Union dues | 5g. | $ __0.00__ | $ __0.00__ |
| 5h. | Other deductions. Specify: __See Schedule Attached__ | 5h. | + $ __118.47__ | + $ __54.26__ |

| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ __222.86__ | $ __279.00__ |
|---|---|---|---|---|

| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ __1,260.12__ | $ __2,545.38__ |
|---|---|---|---|---|

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ __0.00__ | $ __0.00__ |
| 8b. | **Interest and dividends** | 8b. | $ __0.00__ | $ __0.00__ |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ __0.00__ | $ __0.00__ |
| 8d. | **Unemployment compensation** | 8d. | $ __0.00__ | $ __0.00__ |
| 8e. | **Social Security** | 8e. | $ __0.00__ | $ __0.00__ |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ __0.00__ | $ __0.00__ |
| 8g. | **Pension or retirement income** | 8g. | $ __0.00__ | $ __0.00__ |
| 8h. | **Other monthly income.** Specify: _____ | 8h. | + $ __0.00__ | + $ __0.00__ |

| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ __0.00__ | $ __0.00__ |
|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ __1,260.12__ + $ __2,545.38__ = $ __3,805.50__ |
|---|---|---|---|

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ __0.00__

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies    12.    $ __3,805.50__

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:    **None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| **Dental** | **18.63** | **14.43** |
| **Medical** | **93.47** | **34.00** |
| **Vision** | **6.37** | **5.83** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    __Anthony Ray Romero_____
            First Name      Middle Name       Last Name

Debtor 2    __Paula Rachele Romero_____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Colorado

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
  expenses as of the following date:

  _____
  MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
  maintains a separate household

Official Form 6J

# Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No.  Go to line 2.
    ☑ Yes. **Does Debtor 2 live in a separate household?**

        ☑ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**          ☐ No

    Do not list Debtor 1 and          ☑ Yes. Fill out this information for
    Debtor 2.                              each dependent.........................

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | | ☐ No  ☑ Yes |
| _____ | | ☐ No  ☐ Yes |
| _____ | | ☐ No  ☐ Yes |
| _____ | | ☐ No  ☐ Yes |
| _____ | | ☐ No  ☐ Yes |

3.  **Do your expenses include
    expenses of people other than
    yourself and your dependents?**      ☑ No
                                         ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and
    any rent for the ground or lot.                                                    4.   $ ___1,100.00___

    **If not included in line 4:**

    4a.   Real estate taxes                                                            4a.  $ ___0.00___

    4b.   Property, homeowner's, or renter's insurance                                 4b.  $ ___158.75___

    4c.   Home maintenance, repair, and upkeep expenses                                4c.  $ ___30.00___

    4d.   Homeowner's association or condominium dues                                   4d.  $ ___0.00___

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1   **Anthony Ray Romero**

First Name      Middle Name         Last Name

Case number *(if known)*_____

|  | | | Your expenses |
|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.    $_____ **0.00**

6. **Utilities:**

   6a.   Electricity, heat, natural gas    6a.   $_____ **385.00**

   6b.   Water, sewer, garbage collection    6b.   $_____ **65.00**

   6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.   $_____ **260.00**

   6d.   Other. Specify: **Trash, Cable, Internet**    6d.   $_____ **140.00**

7. **Food and housekeeping supplies**    7.   $_____ **420.00**

8. **Childcare and children's education costs**    8.   $_____ **0.00**

9. **Clothing, laundry, and dry cleaning**    9.   $_____ **20.00**

10. **Personal care products and services**    10.   $_____ **25.00**

11. **Medical and dental expenses**    11.   $_____ **25.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.   $_____ **250.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.   $_____ **25.00**

14. **Charitable contributions and religious donations**    14.   $_____ **75.00**

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance    15a.   $_____ **0.00**

   15b.   Health insurance    15b.   $_____ **0.00**

   15c.   Vehicle insurance    15c.   $_____ **124.25**

   15d.   Other insurance. Specify:_____    15d.   $_____ **0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify:_____    16.   $_____ **0.00**

17. **Installment or lease payments:**

   17a.   Car payments for Vehicle 1    17a.   $_____ **376.77**

   17b.   Car payments for Vehicle 2    17b.   $_____ **0.00**

   17c.   Other. Specify:_____    17c.   $_____ **0.00**

   17d.   Other. Specify:_____    17d.   $_____ **0.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).**    18.   $_____ **0.00**

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19.   $_____ **0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

   20a.   Mortgages on other property    20a.   $_____ **0.00**

   20b.   Real estate taxes    20b.   $_____ **0.00**

   20c.   Property, homeowner's, or renter's insurance    20c.   $_____ **0.00**

   20d.   Maintenance, repair, and upkeep expenses    20d.   $_____ **0.00**

   20e.   Homeowner's association or condominium dues    20e.   $_____ **0.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **Anthony Ray Romero**

First Name    Middle Name    Last Name      Case number (*if known*)_____

| | | |
|---|---|---|
| 21. **Other**. Specify: _____ | 21. | +$ _____ 0.00 |
| 22. **Your monthly expenses.** Add lines 4 through 21.<br>The result is your monthly expenses. | 22. | $ _____ 3,479.77 |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. | 23a. | $ _____ 3,805.50 |
| 23b. Copy your monthly expenses from line 22 above. | 23b. | – $ _____ 3,479.77 |
| 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income*. | 23c. | $ _____ 325.73 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    **None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Romero, Anthony Ray & Romero, Paula Rachele                    Case No. _____

_____
Debtor(s)                                                                                                        (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 54 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 23, 2014** _____        Signature: **/s/ Anthony Ray Romero**
_____
                                                                     **Anthony Ray Romero**                                                        Debtor

Date: **May 23, 2014** _____        Signature: **/s/ Paula Rachele Romero**
_____
                                                                     **Paula Rachele Romero**                                               (Joint Debtor, if any)
                                                                                         [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer            Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

_____
                                                                                         (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (11/12)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $46 administrative fee: Total fee $1213)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
### District of Colorado

IN RE:                                                    Case No. _____

**Romero, Anthony Ray & Romero, Paula Rachele** _____    Chapter **7** _____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____    Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                    the Social Security number of the officer,
                                                            principal, responsible person, or partner of
_____    the bankruptcy petition preparer.)
                                                            (Required by 11 U.S.C. § 110.)
X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Romero, Anthony Ray & Romero, Paula Rachele** _____    X **/s/ Anthony Ray Romero**                **5/23/2014**
Printed Name(s) of Debtor(s)                                        Signature of Debtor                              Date

Case No. (if known) _____    X **/s/ Paula Rachele Romero**                **5/23/2014**
                                                            Signature of Joint Debtor (if any)                Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (04/13)**

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises**

☑ **The presumption does not arise**

☐ **The presumption is temporarily inapplicable.**

In re: **Romero, Anthony Ray & Romero, Paula Rachele**
_____
Debtor(s)

Case Number: _____
(If known)

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|

| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
|---|---|
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>     a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>        OR<br><br>     b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (04/13)**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION |
|---|

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br> b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br> c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** <br> d. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
|---|---|---|---|

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A** <br> **Debtor's** <br> **Income** | **Column B** <br> **Spouse's** <br> **Income** |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $      1,482.98 | $      2,353.65 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** <table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** <table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $ _____</td><td>Spouse $ _____</td></tr></table> | $ | $ |

**B22A (Official Form 22A) (Chapter 7) (04/13)**

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | $ | |
| | b. | $ | |
| | Total and enter on Line 10 | $ | $ |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $  1,482.98 | $  2,353.65 |
|---|---|---|---|

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $  3,836.63 |
|---|---|---|

### Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $  46,039.56 |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: **Colorado**                  b. Enter debtor's household size: __**3**__ | $  72,180.00 |
| 15 | **Application of Section707(b)(7).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

## Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. | $ |
| | b. | $ |
| | c. | $ |
| | Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (04/13)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |
|---|---|---|

| **Persons under 65 years of age** | | | **Persons 65 years of age or older** | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | | a2. | Allowance per person | |
| b1. | Number of persons | | b2. | Number of persons | |
| c1. | Subtotal | | c2. | Subtotal | |

$

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court)(the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |
|---|---|---|

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

$

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0   ☐ 1   ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

B22A (Official Form 22A) (Chapter 7) (04/13)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs, Second Car</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |

**B22A (Official Form 22A) (Chapter 7) (04/13)**

| | | |
|---|---|---|
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |
| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | |
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>a. Health Insurance $<br>b. Disability Insurance $<br>c. Health Savings Account $<br><br>Total and enter on Line 34<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (04/13)

| Subpart C: Deductions for Debt Payment | |
|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |

| 42 | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|---|
| | a. | | | $ | ☐ yes  ☐ no | |
| | b. | | | $ | ☐ yes  ☐ no | |
| | c. | | | $ | ☐ yes  ☐ no | |
| | | | Total: Add lines a, b and c. | | | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| 43 | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|---|
| | a. | | | $ | |
| | b. | | | $ | |
| | c. | | | $ | |
| | | | Total: Add lines a, b and c. | | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| 45 | a. | Projected average monthly chapter 13 plan payment. | $ | |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X | |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| Subpart D: Total Deductions from Income | |
|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (04/13)**

| | Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. <br><br>☐ **The amount on Line 51 is less than $7,475*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. <br><br>☐ **The amount set forth on Line 51 is more than $12,475*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. <br><br>☐ **The amount on Line 51 is at least $7,475*, but not more than $12,475*.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. <br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. <br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| | Part VII. ADDITIONAL EXPENSE CLAIMS | |
|---|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

| | Part VIII. VERIFICATION | |
|---|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br><br>Date: **May 23, 2014**       Signature: **/s/ Anthony Ray Romero** <br><span style="margin-left:14em">(Debtor)</span> <br><br>Date: **May 23, 2014**       Signature: **/s/ Paula Rachele Romero** <br><span style="margin-left:14em">(Joint Debtor, if any)</span> | |

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                          Case No. _____

**Romero, Anthony Ray & Romero, Paula Rachele** _____   Chapter **7** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **May 23, 2014** _____   Signature: */s/ Anthony Ray Romero* _____
                                                   **Anthony Ray Romero**                                    Debtor


Date: **May 23, 2014** _____   Signature: */s/ Paula Rachele Romero* _____
                                                   **Paula Rachele Romero**                         Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Academy Bank
320 Kansas Ave.
Ft. Leavenworth, KS   66027


Accounts Receivable Management
PO Box 129
Thorofare, NJ   08086


Acs/wells Fargo
501 Bleecker St
Utica, NY   13501


Advanced Care-Endocrinology & Diab
PO Box 561425
Denver, CO   80256


Affliated
PO Box 790001
Sunrise Beach, MO   65079


Allied Coll
8550 Balboa Blvd Ste 232
Northridge, CA   91325


American Electric Power
PO Box 1022
Wixom, MI   48393


American Electric Power
PO Box 2401
Canton, OH   44701

American Profit Recove
34405 W 12 Mile Rd Ste 3
Farmington Hills, MI  48331


Amon & Gomez
2401 West Detroit
Broken Arrown, OK  74012


Arrow Safe & Lock, Inc.
423 N. Main
Broken Arrow, OK  74012


AT&T
8014 Bayberry Rd.
Jacsonville, FL  32256


At&T Credit Management
PO Box 80701
Charleston, SC  29416


AVB Bank
302 South Main Street
Broken Arrow, OK  74013


Bailey Medical Center
PO Box 1940
Melbourne, FL  32902


Bank Of America
6701 S. Memorial Dr.
Tulsa, OK  74133

Bank Of America
Dept. 12421 PO Box 603
Oaks, PA  19456


Bc Services Inc
Po Box 1176
Longmont, CO  80502


Bed, Bath And Beyond
PO Box 1530, Dept. 010
Southaven, MS  38671


Bill Me Later
PO Box 105658
Atlanta, GA  30348-5658


Bixby Public Works Authority
PO Box 70
Bixby, OK  74008


Bright Now Dental
PO Box 52858
Irvine, CA  92619


Broken Arrow Family Practice Center
817 South Elm Place
Broken Arrow, OK  74012


Broken Arrow Medical Group, LLC
2403 N. Laurent
Victoria, TX  77901

Broken Arrow Medical Group, LLC
7100 Commerce Way, Ste. 100
Brentwood, TN   37027


Broken Arrow Medical Group, LLC
1501 E. Mockingbird, Ste 425
Victoria, TX   77904


BYL Collection Services LLC
PO Box 5046
West Chester, PA   19380


Capital One Bank
Dept 12421 PO Box 603
Oaks, PA   19456


Cartridge World
PO Box 470585
Tulsa, OK   74147


Cashco Financial Services, Inc.
3420 SE Cesar Chavez Blvd.
Portland, OR   97201


Cba Collection Bureau
25954 Eden Landing Road
Hayward, CA   94545


CenturyLink
PO Box 29040
Phoenix, AZ   85038

CenturyLink
PO Box 29040
Pheonix, AZ  85038


Chapman Financial Services
PO Box 14693
Spokane, WA  99214-0693


Chapmanfinsr
Po Box 14693
Spokane, WA  99214


Chase Auto
Po Box 24696
Columbus, OH  43224


Chase Bank
10750 Hammerly Blvd., #200
Houston, TX  77043


CHASE Bank
Dept. OH1-1272
PO Box 182223
Columbus, OH  43218


Check & Go
1055 Bailey Hill Rd. #C
Eugene, OR  97402


Citi National Bank
500 Montgomery Street
Lawton, OK  73501

Coast Professional Inc
214 Exp Circle Ste 7
West Monroe, LA  71292


Collections Acquisition Co.
3 Eastern Oval #210
Columbus, OH  43219


Colorado Department Of Revenue
1375 Sherman St
Colorado Springs, CO  80261


Colorado Department Of Revenue
1375 Sherman Street
Denver, CO  80261


Colorado Laboratory Services
PO Box 3420
Spokane, WA  99220-6000


Colorado Springs Health Partners
2 South Cascade Ave., Suite 140
Colorado Springs, CO  80903


Colorado Springs Obstetrics And Gynocol
6705 Rangewood Dr
Colorado Springs, CO  80918


Communication Technologies Group
17502 East 78th Street North
Owasso, OK  74055

Cottonwood Company
921 S. 67th
Springfield, OR  97478


Cr. Brandon Credeur
4155 E Jewell Ave Ste. 814
Denver, CO  80222


Credit One Bank
PO Box 390846
Minneapolis, MN  55439


Credit Service Co
Pob 1120
Colorado Sprin, CO  80901


Credit Systems Inc
1485 Garden Of Gods Rd
Colorado Springs, CO  80907


Dept Of Ed/sallie Mae
11100 Usa Pkwy
Fishers, IN  46037


DirecTv
PO Box 78929
Phoenix, AZ  85062-8626


Dr. Robert Zoellner
3 Easton Oval, Ste 210
Columbus, OH  43219

EasyTEL
7335 S. Lewis Ave.
Tulsa, OK  74136


El Paso
1675 Garden Of The Gods Rd.
Colorado Springs, CO  80907


Emerge Mastercard
Dept. 12421 PO Box 603
Oaks, PA  19456


Emergency Management Assoc. PC
PO Box 21820 Dept. 1017
Tulsa, OK  74121


Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL  32256


EOS CCA
700 Longwater
Norwell, MA  02061-2026


Equidata
724 Thimble Shoals Blvd
Newport News, VA  23606


Equinox Collection Ser
5807 S Garnett Rd Ste L
Tulsa, OK  74146

ERSolutions, Inc.
800 SW 39th St
Renton, WA   98055


EXIT Realty Corp. USA
2345 Argentia Rd., Ste. 200
Mississauga, ON


Extreme Fitness
11021 S. Memorial Dr.
Tulsa, OK   74133


Face and Body Medical Aesthetics
9906 Riverside Dr.
Tulsa, OK   74137


Farmers Insurance Group
Two Wells Avenue
Newton, MA   02459


Fireside Auto Finance
PO Box 9080
Plaesanton, CA   94566


First National Collection Bureau, Inc
PO Box 51660
Sparks, NV   89435


First Premier Bank
PO Box 1259
Oaks, PA   19456

```
Fitness Together
1212 E. Kenosha
Broken Arrow, OK   74012


Frost- Arnett Company
PO Box 19888
Nashville, TN   37219


GC Services LP
6330 Gulton
Houston, TX   77081


Geico Indemnity Company
One Geico Center
Macon, GA   31296


Grace Living Center
711 N. 5th
Jenks, OK   74037


Guide One Insurance
1111 Ashworth Road
West Des Moines, IA   50265


Hearing Life USA, Inc.
10324 E. 21st Street
Tulsa, OK   74129


Home Ventures, Inc.
8516-J East 101st Street
Tulsa, OK   74133
```

Integrity Solution
PO Box 1870
St. Charles, MO  63302


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Jeffcapsys
16 Mcleland Rd
Saint Cloud, MN  56303


K-Mart 03238
11601 Roosevelt Blvd.
St. Petersburg, FL  33716


Keller Williams Realty
4745 E. 91st St., Ste. 100
Tulsa, OK  74137


Lab Medicine of Greater Tulsa
2738 E. 51st St., Ste. 240
Tulsa, OK  74105


Legacy Sales and Leasing
12150 East 96th St. North, Ste 200
Owasso, OK  74005


Liberty Mutual
Two Wells Avenue
Newton, MA  02459

LTD Financial
7322 Southwest Freway Suite 1600
Houston, TX   77074-2053


Luis Gorospe, MD
PO Box 35567
Tulsa, OK   74153


Marvin Krueger, CPA
10707 East 76th Street South
Tulsa, OK   74133


Marykay
PO Box 799048
Dallas, TX   75379-9048


Mazzios Pizza
PO Box 470585
Tulsa, OK   74147


Medicredit Corp
3620 I 70 Dr Se Ste C
Columbia, MO   65201


Medicredit Inc.
PO Box 411187
St. Louis, MO   63141


Memorial Health Services
PO Box 460
Colorado Springs, CO   80901

MetroPath
PO Box 780
Longmont, CO  80502


Michael S. Toole, DDS
3223n E. 31st St., Ste 108
Tulsa, OK  74105


Midland Credit Management
PO Box 790001
Sunrise Beach, MO  65079


Midwestern Loan
7745 E 21st St
Tulsa, OK  74129


Misok LLC
5930 E. 31st St., Ste. 800
Tulsa, OK  74135


ML Graphics
10456 South 86th E. Ave.
Tulsa, OK  74133


MRO
PO Box 61507
King Of Prussia, PA  19406


Municipal Enforcement Division
11063 S. Memorial Dr., Suite 460
Tulsa, OK  74133

National Recovery Service
13401 S. Mur-Len Rd
Olathe, KS  66062


Northland Group, Inc.
PO Box 390846
Minneapolis, MN  55439


Oak Brook Financial
10200 SW Eastridge St. Ste. 201
Portland, OR  97225


Obstetrics and Gynecology
3230 E. Woodman Rd. #100
Colorado Springs, CO  80918


Oklahoma Heart Hospital
9228 South Mingo Rd., Ste. 200
Tulsa, OK  74133


Oklahoma Tax Commission
PO Box 26930
Oklahoma City, OK  73126


Oregon Medical Laboratories
PO Box 55457
Portland, OR  97238


Peacehealth Medical OR
2892 Crescent Ave.
Eugene, OR  97408

Peak Vista Community Health Centers
340 Printers Parkway
Colorado Springs, CO  80910-3195


Penrose Hospital
Dept 1634
Denver, CO  80271


Penrose St. Francis Medical Ctr.
PO Box 7206
Columbia, MO  65205


Penrose St. Francis Medical Ctr.
PO Box 711634
Denver, CO  80271


Pep Boys
11601 Roosevelt Blvd.
St. Petersburg, FL  33716


Preferred Homecare
PO Box 40700
Mesa, AZ  85274-0700


Premier Bankcard
Dept 21377 PO Box 1259
Oaks, PA  19456


Premier Orthopedic
3920 N. Union Blvd., Suite 330
Colorado Springs, CO  80907

Providian National Bank
Dept. 12421 PO Box 603
Oaks, PA  19456


Qualia Collection Services
PO Box 4699
Petaluma, CA  94955


Quest Diagnostics
PO Box 740131
Cincinnati, OH  45274


Qwest
404 Brock Drive, PO Box 3427
Bloomington, IL  61702


Rebecca Norton
7691 South Fulton Ave.
Tulsa, OK  74136


Receivables Performanc
20816 44th Ave Wes
Lynnwood, WA  98036


Regent Bank
PO Box 432
Nowata, OK  74048


Rentoncoll
Po Box 272
Renton, WA  98057

Resurgent Capital Services
PO Box 19034
Greenville, SC  29602


Rosetta Stone Ltd
13350 Dallas Pkwy
Dallas, TX  75240


SAFCO
PO Box 864610
Orlando, FL  32886


Saint Francis System
6161 South Yale Ave.
Tulsa, OK  74136


Salute Visa Gold
16 McLeland Road
St. Cloud, MN  56303


Sam's Club 6342
5251 Westheimer
Houston, TX  77056


Sam's Club 8263
5251 Westheimer
Houston, TX  77056


Sams Club
PO Box 823
Fort Mill, SC  29716

Security Check LLC
3 Easton Oval, Ste 210
Columbus, OH  43219


Sound and Spirit Club
2491 Paxton St.
Harrisburg, PA  17111


Southcrest Medical Group
Dept. 431 PO Box 3500
Claremore, OK  74018


Southwest Pathology Inc. Clinicals
PO Box 441508
Houston, TX  77244


Springfield Utilities
16 McLeland Road
St. Cloud, MN  56303


Springs Waste Systems
1990 Reliable Circle
Colorado Springs, CO  80906


Sprint
PO Box 1017
Hawthorne, NY  10532


Sprint
PO Box 54977
Los Angeles, CA  90054

St. Francis Medical Center
2 South Cascade Ave., Suite 140
Colorado Springs, CO  80903


St. John's Physicians, Inc.
Dept. 334 PO Box 21228
Tulsa, OK  74021


Standley Systems
PO Box 460
Chicksha, OK  73023


T-Mobile
PO Box 3427
Bloomington, IL  61702


TnT Security Services, LLC Tulsa
5147 South Harvard, Ste 101
Tulsa, OK  74135


Total Gym Fitness LLC
PO Box 101928
Birmingham, AL  35210


Transit Advertising, Inc.
PO Box 14081
Tulsa, OK  74159


TRS Recovery Services
PO Box 4857
Houston, TX  77210

Tulsa Adjustment Burea
1754 Itica Sq.
Tulsa, OK  74114


Tulsa Nursing Center
10912 E. 14th St.
Tulsa, OK  74128


Tulsa Transit Authority
PO Box 52488
Tulsa, OK  74152


Tulsa Utilities
PO Box 16755
Austin, TX  78761


Unknown Creditor
PO Box 3427
Bloomington, IL  61702


Utica Park Clinic
BOK Dept. 1100
Tulsa, OK  74182


Verizon Wireless
PO Box 12421
Oaks, PA  19456


Wal-Mart 1597
PO Box 9163
Midvale, UT  84047

```
Wal-Mart 3295
5251 Westheimer
Houston, TX  77056


Wal-Mart 472
5251 Westheimer
Houston, TX  77056


Wal-Mart 894
5251 Westheimer
Houston, TX  77056


Warren Clinic, Inc.
6600 S. Yale Ave. Ste 1400
Tulsa, OK  74136


Whole Foods Tulsa 10304
PO Box 201387
Denver, CO  80220


Windstream Communications
610 Waltham Way
Sparks, NV  89434
```

TARGET

| Employees Name | ANTHONY R ROMERO | | | | | | | THSR # | 800 / 397 / 7889 | |
| Employee Number | 0058434812 | | 401k% After Tax | 0.00 | FED Exemptions | MARRIED | 9 + S0 | | |
| | | | 401k% Before Tax | 0.00 | STATE Exemptions | MARRIED | 9 + S0 | | |
| Total Hours YTD | | 1737.34 | PH Available | 6.6 | PERIOD BEG | 10/13/2013 | DEPOSIT # 0044972443 | | 584.39 |
| Current TotalHours Worked | | 79.780 | Vac Available | 37.8 | PERIOD END | 10/26/2013 | CHECK # | | |
| Avg Hrs for mth ending | 10/02/13 | 39.74 | Sick Remaining | 0.0 | CHECK DATE | 11/01/2013 | TOTAL NET PAY | | 584.39 |

## HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | CURRENT EARNINGS | YEAR-TO-DATE HOURS | YEAR-TO-DATE EARNINGS |
|---|---|---|---|---|---|---|---|
| SHF $1.00 | 10/13 | 10/26 | 1.000 | 6.09 | 6.09 | 17.20 | 17.20 |
| REGULAR | 10/13 | 10/26 | 8.540 | 79.78 | 681.32 | 1667.69 | 14,043.86 |
| HOLIDAY | | | | | | 7.50 | 61.88 |
| PERS HOL | | | | | | 13.37 | 113.02 |
| HOL PREM | | | | | | 24.03 | 304.26 |
| VACATION | | | | | | 23.55 | 199.67 |
| OVERTIME | | | | | | 1.20 | 14.91 |

## TAXES

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FED WITHHOLDNG | | |
| FED MED/EE | 9.17 | 202.06 |
| FED OASDI/EE | 39.23 | 864.00 |
| CO WITHHOLDNG | | |

## TOTAL EARNINGS AND TAXABLE BASES

| DESCRIPTION | CURRENT EARNINGS | YEAR-TO-DATE EARNINGS |
|---|---|---|
| Gross Wages | 687.41 | 14,754.80 |
| Net Pay | 584.39 | 12,869.44 |
| FICA-OASDI | 632.79 | 13,935.50 |
| FICA-MEDICARE | 632.79 | 13,935.50 |
| Federal | 632.79 | 13,935.50 |
| State | 632.79 | 13,935.50 |

## BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| DENTAL | 8.54 | 128.10 |
| MEDICAL | 43.14 | 647.10 |
| EYEWEAR | 2.94 | 44.10 |

## AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|

## Net Pay Distribution

| Payment Type | Acct Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT | CHECKING | 507680986 | 584.39 |

TARGET CORPORATION, 1000 NICOLLET MALL (TPN-13D)
PO BOX 9401 MINNEAPOLIS MN 55440-9401

**TARGET**

| | | | | | |
|---|---|---|---|---|---|
| Employees Name | ANTHONY R ROMERO | | | TMSC 1-800-394-1885 | |
| Employee Number | 0058434812 | 401k% After Tax | 0.00 FED Exemptions | MARRIED 9 + $0 | |
| | | 401k % Before Tax | 0.00 STATE Exemptions | MARRIED 9 + $0 | |
| Total Hours YTD | 1816.81 | PH Available | 7.2 PERIOD BEG | 10/27/2013 DEPOSIT # 0045224886 | 576.31 |
| Current TotalHours Worked | 79.470 | Vac Available | 39.3 PERIOD END | 11/09/2013 CHECK # | |
| Avg Hrs for mth ending | 10/30/13 39.68 | Sick Remaining | 0.0 CHECK DATE | 11/15/2013 TOTAL NET PAY | 576.31 |

## HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | CURRENT EARNINGS | YEAR-TO-DATE HOURS | YEAR-TO-DATE EARNINGS |
|---|---|---|---|---|---|---|---|
| REGULAR | 10/27 | 11/09 | 8.540 | 79.47 | 678.67 | 1747.16 | 14,722.53 |
| SHF $1.00 | | | | | | 17.20 | 17.20 |
| HOLIDAY | | | | | | 7.50 | 61.88 |
| PERS HOL | | | | | | 13.37 | 113.02 |
| HOL PREM | | | | | | 24.03 | 304.26 |
| VACATION | | | | | | 23.55 | 199.67 |
| OVERTIME | | | | | | 1.20 | 14.91 |

## TAXES

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FED WITHHOLDNG | | |
| FED MED/EE | 9.05 | 211.11 |
| FED OASDI/EE | 38.69 | 902.69 |
| CO WITHHOLDNG | | |

### TOTAL EARNINGS AND TAXABLE BASES

| DESCRIPTION | CURRENT EARNINGS | YEAR-TO-DATE EARNINGS |
|---|---|---|
| Gross Wages | 678.67 | 15,433.47 |
| Net Pay | 576.31 | 13,445.75 |
| FICA-OASDI | 624.05 | 14,559.55 |
| FICA-MEDICARE | 624.05 | 14,559.55 |
| Federal | 624.05 | 14,559.55 |
| State | 624.05 | 14,559.55 |

## BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| DENTAL | 8.54 | 136.64 |
| MEDICAL | 43.14 | 690.24 |
| EYEWEAR | 2.94 | 47.04 |

## AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| | | |

### Net Pay Distribution

| Payment Type | Acct Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT | CHECKING | 507680986 | 576.31 |

TARGET CORPORATION,1000 NICOLLET MALL (TPN-13D)
PO BOX 9401 MINNEAPOLIS MN 55440-9401

| Employees Name | | | | 401k% After Tax | 0.00 | FED Exemptions | MARRIED | 9 + S0 | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Number | 0058434812 | | | 401k% Before Tax | 0.00 | STATE Exemptions | MARRIED | 9 + S0 | |
| Total Hours YTD | | 1896.33 | | PH Available | 7.8 | PERIOD BEG | 11/10/2013 | DEPOSIT # 0045480693 | 576.71 |
| Current Total Hours Worked | | 23.750 | | Vac Available | 25.1 | PERIOD END | 11/23/2013 | CHECK # | |
| Avg Hrs for mth ending | 10/30/13 | 39.68 | | Sick Remaining | 0.0 | CHECK DATE | 11/29/2013 | TOTAL NET PAY | 576.71 |

## HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | EARNINGS | YEAR-TO-DATE HOURS | EARNINGS |
|---|---|---|---|---|---|---|---|
| REGULAR | 11/10 | 11/23 | 8.540 | 23.75 | 202.83 | 1770.91 | 14,925.36 |
| FUNERAL | 11/10 | 11/23 | 8.540 | 40.00 | 341.60 | 40.00 | 341.60 |
| VACATION | 11/10 | 11/23 | 8.540 | 15.77 | 134.68 | 39.32 | 334.35 |
| SHF $1.00 | | | | | | 17.20 | 17.20 |
| HOLIDAY | | | | | | 7.50 | 61.88 |
| PERS HOL | | | | | | 13.37 | 113.02 |
| HOL PREM | | | | | | 24.03 | 304.26 |
| OVERTIME | | | | | | 1.20 | 14.91 |

## TAXES

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FED WITHHOLDNG | | |
| FED MED/EE | 9.06 | 220.17 |
| FED OASDI/EE | 38.72 | 941.41 |
| CO WITHHOLDNG | | |

## TOTAL EARNINGS AND TAXABLE BASES

| DESCRIPTION | CURRENT EARNINGS | YEAR-TO-DATE EARNINGS |
|---|---|---|
| Gross Wages | 679.11 | 16,112.58 |
| Net Pay | 576.71 | 14,022.46 |
| FICA-OASDI | 624.49 | 15,184.04 |
| FICA-MEDICARE | 624.49 | 15,184.04 |
| Federal | 624.49 | 15,184.04 |
| State | 624.49 | 15,184.04 |

## BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| DENTAL | 8.54 | 145.18 |
| MEDICAL | 43.14 | 733.38 |
| EYEWEAR | 2.94 | 49.98 |

## AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|

## Net Pay Distribution

| Payment Type | Acct Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT | CHECKING | 507680986 | 576.71 |

TARGET CORPORATION,1000 NICOLLET MALL (TPN-13D)
PO BOX 9401,MINNEAPOLIS,MN 55440-9401

**TARGE**

| Employees Name | ANTHONY R ROMERO | | | | |
|---|---|---|---|---|---|
| Employee Number | 005843481 2 | | | | |

TMSC   1-800-394-1885

| | | 0.00 FED Exemptions | MARRIED | 9 + $0 | |
|---|---|---|---|---|---|

| Total Hours YTD | 1984.16 | 0.00 STATE Exemptions | MARRIED | 9 + $0 |
| Current TotalHours Worked | 79.830 | 8.5 PERIOD BEG | 11/24/2013 | DEPOSIT # 0045744644 | 644. |
| Avg Hrs for mth ending | 12/04/13 39.55 Sick Remaining | 26.7 PERIOD END | 12/07/2013 | CHECK # |
| | | 0.0 CHECK DATE | 12/13/2013 | TOTAL NET PAY | 644. 1 |

401K% After Tax
401K% Before Tax
PH Available
Vac Available

## HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | EARNINGS | YEAR-TO-DATE HOURS | EARNINGS |
|---|---|---|---|---|---|---|---|
| HOLIDAY | 11/24 | 12/07 | 8.540 | 8.00 | 68.32 | 15.50 | 130.20 |
| REGULAR | 11/24 | 12/07 | 8.540 | 79.83 | 681.75 | 1850.74 | 15,607.11 |
| HOL $SHIF | 11/24 | 12/07 | | 2.00 | 2.00 | 2.00 |
| SHF $1.00 | | | | | | | 17.20 |
| FUNERAL | | | | | 17.20 | 341.60 |
| PERS HOL | | | | | 40.00 | 113.02 |
| HOL PREM | | | | | 13.37 | 304.26 |
| VACATION | | | | | 24.03 | 334.35 |
| OVERTIME | | | | | 39.32 | 14.91 |
| | | | | | 1.20 | |

## TAXES

| DESCRIPTION | CURRENT | YEAR TO DAT |
|---|---|---|
| FED WITHHOLDNG | | 230.3 |
| FED MED/EE | 10.11 | |
| FED OASDI/EE | 43.24 | 984.4 |
| CO WITHHOLDNG | | |

## TOTAL EARNINGS AND TAXABLE BASE

| DESCRIPTION | CURRENT EARNINGS | YEAR-TO-DAT EARNINGS |
|---|---|---|
| Gross Wages | 752.07 | 16,864.8 |
| Net Pay | 644.10 | 14,666.5 |
| FICA-OASDI | 697.45 | 15,881.4 |
| FICA-Medicare | 697.45 | 15,881.4 |
| Federal | 697.45 | 15,881.4 |
| State | 697.45 | 15,881.4 |

## BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| DENTAL | 8.54 | 153.72 |
| MEDICAL | 43.14 | 776.52 |
| EYEWEAR | 2.94 | 52.92 |

## AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT |
|---|---|

## Net Pay Distribution

| Payment Type | Acct Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT | CHECKING | 507680986 | 644.10 |

TARGET CORPORATION,1000 NICOLLET MALL (TPN-13D)
PO BOX 9401,MINNEAPOLIS,MN 55440-9401

**TARGET**

| Employees Name | ANTHONY R ROMERO | | TMSC  1-800-394-1885 |
|---|---|---|---|
| Employee Number | 0058434812 | | MARRIED    9 + $0 |

| | | 0.00 FED Exemptions | MARRIED    9 + $0 |
|---|---|---|---|
| Total Hours YTD | 2060.66 | 0.00 STATE Exemptions | 12/08/2013  DEPOSIT # 0046005625 |
| Current Total Hours Worked | 63.500 | 3.1 PERIOD BEG | 12/21/2013  CHECK # |
| Avg Hrs for mth ending | 12/04/13 39.55 Sick Remaining | 21.2 PERIOD END | 12/27/2013  TOTAL NET PAY         552.89 |
| | | 0.0 CHECK DATE | |

### HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | CURRENT EARNINGS | YEAR TO DATE HOURS | YEAR TO DATE EARNINGS |
|---|---|---|---|---|---|---|---|
| PERS HOL | 12/08 | 12/21 | 8.540 | 6.00 | 51.24 | 19.37 | 164.26 |
| REGULAR | 12/08 | 12/21 | 8.540 | 63.50 | 542.29 | 1914.24 | 16,149.40 |
| VACATION | 12/08 | 12/21 | 8.540 | 7.00 | 59.78 | 46.32 | 394.13 |
| HOL $SHIF | | | | | | | 2.00 |
| SHF $1.00 | | | | | | 17.20 | 17.20 |
| FUNERAL | | | | | | 40.00 | 341.60 |
| HOLIDAY | | | | | | 15.50 | 130.20 |
| HOL PREM | | | | | | 24.03 | 304.26 |
| OVERTIME | | | | | | 1.20 | 14.91 |

### BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| DENTAL | 8.54 | 162.26 |
| MEDICAL | 43.14 | 819.66 |
| EYEWEAR | 2.94 | 55.86 |

| | | 401K% After Tax |        552.8 |
|---|---|---|---|
| | | 401K% Before Tax | |
| | | PH Available | |
| | | Vac Available | |
| | | Sick Remaining |        552.89 |

### TAXES

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FED WITHHOLDNG | | |
| FED MED/EE | 8.68 | 238.9 |
| FED OASDI/EE | 37.12 | 1,021.7 |
| CO WITHHOLDNG | | |

### TOTAL EARNINGS AND TAXABLE BASES

| DESCRIPTION | CURRENT EARNINGS | YEAR TO DATE EARNINGS |
|---|---|---|
| Gross Wages | 653.31 | 17,517.9 |
| Net Pay | 552.89 | 15,219.4 |
| FICA-OASDI | 598.69 | 16,480.1 |
| FICA-MEDICARE | 598.69 | 16,480.1 |
| Federal | 598.69 | 16,480.1 |
| State | 598.69 | 16,480.1 |

### AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT |
|---|---|

### Net Pay Distribution

| Payment Type | Acct Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT | CHECKING | 507680986 | 552.89 |

TARGET CORPORATION,1000 NICOLLET MALL  (TPN-13D)
PO BOX 9401,MINNEAPOLIS MN 55440-9401

**TARGET**

| Employee's Name | ANTHONY R ROMERO | | | | | TMSC | 1-800-394-1885 | | |
| Employee Number | 0058434812 | | | | | MARRIED | 9 + $0 | | |
| | | | | 0.00 FED Exemptions | | MARRIED | 9 + $0 | | |
| | | | | 0.00 STATE Exemptions | | | | | |
| Total Hours YTD | 87.13 | 40%% After Tax | | 3.7 PERIOD BEG | | 12/22/2013 DEPOSIT # 0046282784 | | | 670.8: |
| Current Total Hours Worked | 79.130 | 40%% Before Tax | | 22.9 PERIOD END | | 01/04/2014 CHECK # | | | |
| Avg Hrs for mth ending | 01/01/14 39.62 | PH Available / Vac Available / Sick Remaining | | 0.0 CHECK DATE | | 01/10/2014 TOTAL NET PAY | | | 670.83 |

### HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | EARNINGS | YEAR TO DATE HOURS | EARNINGS |
|---|---|---|---|---|---|---|---|
| SHF $1.00 | 12/22 | 01/04 | 1.000 | 3.08 | 3.08 | 8.54 | 3.08 |
| HOLIDAY | 12/22 | 01/04 | 8.540 | 8.00 | 68.32 | 43.14 | 68.32 |
| HOL PREM | 12/22 | 01/04 | 12.810 | 7.93 | 101.58 | 2.94 | 101.58 |
| REGULAR | 12/22 | 01/04 | 8.540 | 71.20 | 608.04 | 71.20 | 608.04 |

### TAXES

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FED WITHHOLDNG | | |
| FED MED/EE | 10.53 | 10.5: |
| FED OASDI/EE | 45.04 | 45.0 |
| CO WITHHOLDNG | | |

### TOTAL EARNINGS AND TAXABLE BASES

| DESCRIPTION | CURRENT EARNINGS | YEAR-TO-DATE EARNINGS |
|---|---|---|
| Gross Wages | 781.02 | 781.0: |
| Net Pay | 670.83 | 670.8: |
| FICA-OASDI | 726.40 | 726.4 |
| FICA-MEDICARE | 726.40 | 726.4 |
| Federal | 726.40 | 726.4 |
| State | 726.40 | 726.4 |

### BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| DENTAL | 8.54 | 8.54 |
| MEDICAL | 43.14 | 43.14 |
| EYEWEAR | 2.94 | 2.94 |

### AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT |
|---|---|
| | |

### Net Pay Distribution

| Payment Type | Acct Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT CHECKING | | 507680986 | 670.83 |

TARGET CORPORATION, 1000 NICOLLET MALL (TPN-13D)
P.O. BOX 9401, MINNEAPOLIS, MN 55440-9401

| Employees Name | ANTHONY R ROMERO | | | | TMSC 1-800-394-1885 | | |
|---|---|---|---|---|---|---|---|
| Employee Number | 0058434812 | 401k% After Tax | 0.00 | FED Exemptions | MARRIED | 9 + $0 | |
| | | 401k % Before Tax | 0.00 | STATE Exemptions | MARRIED | 9 + $0 | |
| Total Hours YTD | 165.58 | PH Available | 4.3 | PERIOD BEG | 01/05/2014 | DEPOSIT # 0046548094 | |
| Current TotalHours Worked | 78.450 | Vac Available | 24.4 | PERIOD END | 01/18/2014 | CHECK # | |
| Avg Hrs for mth ending | 01/01/14 39.62 | Sick Remaining | 0.0 | CHECK DATE | 01/24/2014 | TOTAL NET PAY | 57 |

## HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | CURRENT EARNINGS | YEAR-TO-DATE HOURS | YEAR-TO-DATE EARNINGS |
|---|---|---|---|---|---|---|---|
| SHF $1.00 | 01/05 | 01/18 | 1.000 | 3.08 | 3.08 | 6.16 | 6.16 |
| REGULAR | 01/05 | 01/18 | 8.540 | 78.45 | 669.96 | 149.65 | 1,278.00 |
| HOLIDAY | | | | | | 8.00 | 68.32 |
| HOL PREM | | | | | | 7.93 | 101.58 |

## TAXES

| DESCRIPTION | CURRENT | YEAR T |
|---|---|---|
| FED WITHHOLDNG | | |
| FED MED/EE | 8.97 | |
| FED OASDI/EE | 38.34 | |
| CO WITHHOLDNG | | |

### TOTAL EARNINGS AND TAXABLE B

| DESCRIPTION | CURRENT EARNINGS | YEAR-TO EARN |
|---|---|---|
| Gross Wages | 673.04 | 1,4 |
| Net Pay | 571.11 | 1,2 |
| FICA-OASDI | 618.42 | 1,3 |
| FICA-MEDICARE | 618.42 | 1,3 |
| Federal | 618.42 | 1,3 |
| State | 618.42 | 1,3 |

## BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| DENTAL | 8.54 | 17.08 |
| MEDICAL | 43.14 | 86.28 |
| EYEWEAR | 2.94 | 5.88 |

## AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR T |
|---|---|---|

## Net Pay Distribution

| Payment Type | Acct Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT | CHECKING | 507680986 | 571.11 |

TARGET CORPORATION,1000 NICOLLET MALL (TPN-13D)
PO BOX 9401.MINNEAPOLIS.MN 55440-9401

**TARGET.**

| Employees Name | ANTHONY R ROMERO | | | | | TMSC | 1-800-394-1885 |
| Employee Number | 0058434812 | | 401(k) After Tax | | | MARRIED | 9 + $0 |
| | | | 401(k) Before Tax | | | MARRIED | 9 + $0 |
| Total Hours YTD | 243.79 | | PH Available | | 0.00 FED Exemptions | | |
| Current Total/Hours Worked | 70.210 | | Vac Available | | 0.00 STATE Exemptions | 01/19/2014 | DEPOSIT # 0046806314- | 566.38 |
| Avg Hrs for mth ending | 01/29/14 39.73 | Sick Remaining | | | 4.9 PERIOD BEG | 02/01/2014 | CHECK # | |
| | | | | | 17.9 PERIOD END | 02/07/2014 | TOTAL NET PAY | 566.38 |
| | | | | | 0.0 CHECK DATE | | | |

## HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | EARNINGS | YEAR-TO-DATE HOURS | EARNINGS |
|---|---|---|---|---|---|---|---|
| REGULAR | 01/19 | 02/01 | 8.540 | 70.21 | 599.59 | 219.86 | 1,877.59 |
| VACATION | 01/19 | 02/01 | 8.540 | 8.00 | 68.32 | 8.00 | 68.32 |
| SHF $1.00 | | | | | | 6.16 | 6.16 |
| HOLIDAY | | | | | | 8.00 | 68.32 |
| HOL PREM | | | | | | 7.93 | 101.58 |

## TAXES

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FED WITHHOLDING | | |
| FED MED/EE | 8.89 | 28.39 |
| FED OASDI/EE | 38.02 | 121.40 |
| CO WITHHOLDNG | | |

## TOTAL EARNINGS AND TAXABLE BASES

| DESCRIPTION | CURRENT EARNINGS | YEAR-TO-DATE EARNINGS |
|---|---|---|
| Gross Wages | 667.91 | 2,121.97 |
| Net Pay | 566.38 | 1,808.32 |
| FICA-OASDI | 613.29 | 1,958.11 |
| FICA-MEDICARE | 613.29 | 1,958.11 |
| Federal | 613.29 | 1,958.11 |
| State | 613.29 | 1,958.11 |

## BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| DENTAL | 8.54 | 25.62 |
| MEDICAL | 43.14 | 129.42 |
| EYEWEAR | 2.94 | 8.82 |

## AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|

## Net Pay Distribution

| Payment Type | Acct Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT | CHECKING | 10368242628 | 50.00 |
| | CHECKING | 507680986 | 516.38 |

**TARGE**

| Employee Name | ANTHONY R ROMERO | | | | TMSC  1-800-394-1885 |
|---|---|---|---|---|---|
| Employee Number | 0058434812 | | | | MARRIED    9 + $0 |

|  |  | 401K% After Tax | 0.00 FED Exemptions | | MARRIED    9 + $0 |
|---|---|---|---|---|---|
| Total Hours YTD | | 401k % Before Tax | 0.00 STATE Exemptions | | 02/02/2014 DEPOSIT# 0047088058 |
| Current TotalHours Worked | 320.48 | PH Available | 5.5 PERIOD BEG | | 02/15/2014 CHECK# |
| Avg Hrs for mth ending | 76.690 | Vac Available | 19.4 PERIOD END | | 02/21/2014 TOTAL NET PAY    554.39 |
| | 01/29/14 39.73 Sick Remaining | | 0.0 CHECK DATE | | |

### HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | CURRENT EARNINGS | YEAR TO DATE HOURS | YEAR TO DATE EARNINGS |
|---|---|---|---|---|---|---|---|
| REGULAR | 02/02 | 02/15 | 8.540 | 76.69 | 654.94 | 296.55 | 2,532.53 |
| SHF $1.00 | | | | | | 6.16 | 6.16 |
| HOLIDAY | | | | | | 8.00 | 68.32 |
| HOL PREM | | | | | | 7.93 | 101.58 |
| VACATION | | | | | | 8.00 | 68.32 |

### TAXES

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FED WITHHOLDING | | |
| FED MED/EE | 8.71 | 37.1 |
| FED OASDI/EE | 37.22 | 158.6 |
| CO WITHHOLDNG | | |

### TOTAL EARNINGS AND TAXABLE BASE

| DESCRIPTION | CURRENT EARNINGS | YEAR-TO-DATE EARNINGS |
|---|---|---|
| Gross Wages | 654.94 | 2,776.9 |
| Net Pay | 554.39 | 2,362.7 |
| FICA-OASDI | 600.32 | 2,558.4 |
| FICA-MEDICARE | 600.32 | 2,558.4 |
| Federal | 600.32 | 2,558.4 |
| State | 600.32 | 2,558.4 |

### BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR-TO-DATE |
|---|---|---|
| DENTAL | 8.54 | 34.16 |
| MEDICAL | 43.14 | 172.56 |
| EYEWEAR | 2.94 | 11.76 |

### AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT |
|---|---|

### Net Pay Distribution

| Payment Type | Acct Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT | CHECKING | 103682542628 | 50.00 |
| | CHECKING | 103682542586 | 504.39 |

TARGET CORPORATION,1000 NICOLLET MALL  (TPN-13D)
PO BOX 9401 MINNEAPOLIS MN 55440-9401

# TARGET

| Employee's Name | ANTHONY R ROMERO | | | TMSC | 1-800-394-1885 | |
| Employee Number | 005843481 2 | | | MARRIED | 9 + $0 | |
| | | | 0.00 FED Exemptions | MARRIED | 9 + $0 | |
| | | | 0.00 STATE Exemptions | 02/16/2014 PERIOD BEG | DEPOSIT # 004734173B | 568.03 |
| Total Hours YTD | 398.90 | | 6.1 PH Available | 03/01/2014 PERIOD END | CHECK # | |
| Current TotalHours Worked | 78.420 | | 20.9 Vac Available | 03/07/2014 CHECK DATE | TOTAL NET PAY | 568.03 |
| Avg Hrs for mth ending | 02/26/14 39.73 Sick Remaining | | | | | |

| | | | 401k½ After Tax | | |
| | | | 401k ⅚ Before Tax | | |

## HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | EARNINGS | YEAR TO DATE HOURS | EARNINGS |
|---|---|---|---|---|---|---|---|
| REGULAR | 02/16 | 03/01 | 8.540 | 78.42 | 669.71 | 374.97 | 3,202.24 |
| SHF $1.00 | | | | | | 6.16 | 6.16 |
| HOLIDAY | | | | | | 8.00 | 68.32 |
| HOL PREM | | | | | | 7.93 | 101.58 |
| VACATION | | | | | | 8.00 | 68.32 |

## TAXES

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FED WITHHOLDNG | | |
| FED MED//EE | 8.92 | 46.02 |
| FED OASDI/EE | 38.14 | 196.76 |
| CO WITHHOLDNG | | |

## TOTAL EARNINGS AND TAXABLE BASES

| DESCRIPTION | CURRENT EARNINGS | YEAR TO DATE EARNINGS |
|---|---|---|
| Gross Wages | 669.71 | 3,446.62 |
| Net Pay | 568.03 | 2,930.74 |
| FICA OASDI | 615.09 | 3,173.52 |
| FICA MEDICARE | 615.09 | 3,173.52 |
| Federal | 615.09 | 3,173.52 |
| State | 615.09 | 3,173.52 |

## BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| DENTAL | 8.54 | 42.70 |
| MEDICAL | 43.14 | 215.70 |
| EYEWEAR | 2.94 | 14.70 |

## AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|

## Net Pay Distribution

| Payment Type | Acct Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT | CHECKING | 103682542628 | 50.00 |
| | CHECKING | 103682542586 | 518.03 |

TARGET CORPORATION, 1000 NICOLLET MALL (TPN-13D)
PO BOX 9401 MINNEAPOLIS MN 55440-9401

# TARGET.

| Employees Name | ANTHONY R ROMERO | 0.00 FED Exemptions | TMSC   1-800-394-1885 |
|---|---|---|---|
| Employee Number | 0058434812 | 0.00 STATE Exemptions | MARRIED        9 + $0 |
| | | 401K% After Tax | MARRIED        9 + $0 |
| | | 401K% Before Tax | |
| Total Hours YTD | 478.33 | PH Available | 03/02/2014  DEPOSIT # 0047581435 |
| Current TotalHours Worked | 79.430 | Vac Available | 03/15/2014  CHECK # |
| Avg Hrs for mth ending | 02/26/14  39.73  Sick Remaining | 0.0 CHECK DATE | 03/21/2014  TOTAL NET PAY |

576.00

576.00

## HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | CURRENT EARNINGS | YEAR TO DATE HOURS | YEAR TO DATE EARNINGS |
|---|---|---|---|---|---|---|---|
| REGULAR | 03/02 | 03/15 | 8.540 | 79.43 | 678.33 | 454.40 | 3,880.57 |
| SHF 51.00 | | | | | | 6.16 | 6.16 |
| HOLIDAY | | | | | | 8.00 | 68.32 |
| HOL PREM | | | | | | 7.93 | 101.58 |
| VACATION | | | | | | 8.00 | 68.32 |

## TAXES

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FED WITHHOLDNG | | |
| FED MED/EE | 9.04 | 55.06 |
| FED OASDI/EE | 38.67 | 235.43 |
| CO WITHHOLDNG | | |

## TOTAL EARNINGS AND TAXABLE BASES

| DESCRIPTION | CURRENT EARNINGS | YEAR TO DATE EARNINGS |
|---|---|---|
| Gross Wages | 678.33 | 4,124.95 |
| Net Pay | 576.00 | 3,506.74 |
| FICA OASDI | 623.71 | 3,797.2 |
| FICA-MEDICARE | 623.71 | 3,797. |
| Federal | 623.71 | 3,797. |
| State | 623.71 | 3,797.2 |

## BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| DENTAL | 8.54 | 51.24 |
| MEDICAL | 43.14 | 258.84 |
| EYEWEAR | 2.94 | 17.64 |

## AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT |
|---|---|

## Net Pay Distribution

| Payment Type | Acct Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT | CHECKING | 103682542628 | 50.00 |
| | CHECKING | 103682542586 | 526.00 |

TARGET CORPORATION, 1000 NICOLLET MALL
PO BOX 9315, MINNEAPOLIS, MN 55440-9401

**TARGET.**

| | | | | | |
|---|---|---|---|---|---|
| Employees Name | ANTHONY R ROMERO | | | TMSC   1-800-394-1885 | |
| Employee Number | 0058434812 | 401k% After Tax | 0.00 | FED Exemptions   MARRIED   9 + $0 | |
| | | 401k % Before Tax | 0.00 | STATE Exemptions   MARRIED   9 + $0 | |
| Total Hours YTD | 553.65 | PH Available | 7.3 | PERIOD BEG   03/16/2014 | DEPOSIT# 0047824860   546.43 |
| Current TotalHours Worked | 75.320 | Vac Available | 23.9 | PERIOD END   03/29/2014 | CHECK # |
| Avg Hrs for mth ending | 02/26/14 39.73 | Sick Remaining | 0.0 | CHECK DATE   04/04/2014 | TOTAL NET PAY   546.43 |

## HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | CURRENT EARNINGS | YEAR-TO-DATE HOURS | YEAR-TO-DATE EARNINGS |
|---|---|---|---|---|---|---|---|
| SHF $1.00 | 03/16 | 03/29 | 1.000 | 3.08 | 3.08 | 9.24 | 9.24 |
| REGULAR | 03/16 | 03/29 | 8.540 | 75.32 | 643.23 | 529.72 | 4,523.80 |
| HOLIDAY | | | | | | 8.00 | 68.32 |
| HOL PREM | | | | | | 7.93 | 101.58 |
| VACATION | | | | | | 8.00 | 68.32 |

## TAXES

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FED WITHHOLDNG | | |
| FED MED/EE | 8.58 | 63.64 |
| FED OASDI/EE | 36.68 | 272.11 |
| CO WITHHOLDNG | | |

## TOTAL EARNINGS AND TAXABLE BASES

| DESCRIPTION | CURRENT EARNINGS | YEAR-TO-DATE EARNINGS |
|---|---|---|
| Gross Wages | 646.31 | 4,771.26 |
| Net Pay | 546.43 | 4,053.04 |
| FICA-OASDI | 591.69 | 4,388.92 |
| FICA-MEDICARE | 591.69 | 4,388.92 |
| Federal | 591.69 | 4,388.92 |
| State | 591.69 | 4,388.92 |

## BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| DENTAL | 8.54 | 59.78 |
| MEDICAL | 43.14 | 301.98 |
| EYEWEAR | 2.94 | 20.58 |

## AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|

### Net Pay Distribution

| Payment Type | Acct Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT | CHECKING | 103682542628 | 50.00 |
| | CHECKING | 103682542586 | 496.43 |

TARGET CORPORATION,1000 NICOLLET MALL
PO BOX 9315,MINNEAPOLIS,MN 55440-9401

**TARGET.**

| Employees Name | ANTHONY R ROMERO | | | | TMSC   1-800-394-1885 | | |
|---|---|---|---|---|---|---|---|
| Employee Number | 0058434812 | 401k% After Tax | 0.00 | FED Exemptions | MARRIED | 9 + $0 | |
| | | 401k % Before Tax | 0.00 | STATE Exemptions | MARRIED | 9 + $0 | |
| Total Hours YTD | 632.81 | PH Available | 7.9 | PERIOD BEG | 03/30/2014 | DEPOSIT # 0048138627 | 563.20 |
| Current TotalHours Worked | 79.160 | Vac Available | 25.4 | PERIOD END | 04/12/2014 | CHECK # | |
| Avg Hrs for mth ending | 04/02/14 39.70 | Sick Remaining | 0.0 | CHECK DATE | 04/18/2014 | TOTAL NET PAY | 563.20 |

### HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | EARNINGS | YEAR-TO-DATE HOURS | EARNINGS |
|---|---|---|---|---|---|---|---|
| REGULAR | 03/30 | 04/12 | 8.540 | 79.16 | 676.03 | 608.88 | 5,199.83 |
| SHF $1.00 | | | | | | 9.24 | 9.24 |
| HOLIDAY | | | | | | 8.00 | 68.32 |
| HOL PREM | | | | | | 7.93 | 101.58 |
| VACATION | | | | | | 8.00 | 68.32 |

### TAXES

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FED WITHHOLDNG | | |
| FED MED/EE | 9.00 | 72.64 |
| FED OASDI/EE | 38.48 | 310.59 |
| CO WITHHOLDNG | | |

### TOTAL EARNINGS AND TAXABLE BASES

| DESCRIPTION | CURRENT EARNINGS | YEAR-TO-DATE EARNINGS |
|---|---|---|
| Gross Wages | 676.03 | 5,447.29 |
| Net Pay | 563.20 | 4,616.37 |
| FICA-OASDI | 620.65 | 5,009.57 |
| FICA-MEDICARE | 620.65 | 5,009.57 |
| Federal | 620.65 | 5,009.57 |
| State | 620.65 | 5,009.57 |

### BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| DENTAL | 9.30 | 69.08 |
| MEDICAL | 43.14 | 345.12 |
| EYEWEAR | 2.94 | 23.52 |

### AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| LEGAL | 9.97 | 9.97 |

### Net Pay Distribution

| Payment Type | Acct Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT | CHECKING | 103682542628 | 50.00 |
| | CHECKING | 103682542586 | 513.20 |

TARGET CORPORATION, 1000 NICOLLET MALL
PO BOX 9315, MINNEAPOLIS MN 55440-9401

**✳ Hanger**
*Empowering Human Potential*

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|-----|------|-------|-------|-----------|-----|
| HP2 | 202042 | 304000 | C41 | 0000442933 | 1 |

**Earnings   Statement**

**ADP®**

HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

| Period Beginning: | 10/12/2013 |
|---|---|
| Period Ending: | 10/25/2013 |
| Pay Date: | 11/01/2013 |

00000002494
**PAULA  R ROMERO**
**3260  COWHAND  DR**
**COLORADO  SPRINGS CO 80922**

| Taxable Marital Status: | Married |
|---|---|
| Exemptions/Allowances: | |
| Federal: | 9 |
| CO: | 9 |

Social Security Number:  XXX-XX-8011

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 15.0000 | 64.00 | 960.00 | 24,960.00 |
| Overtime -1.5X | 22.5000 | 8.00 | 180.00 | 180.00 |
| Float Holiday | 15.0000 | 16.00 | 240.00 | 240.00 |
| Hgr Hlth Cr | | | 5.00 | 105.00 |
| Holiday Pay | | | | 960.00 |
| Sick Pay | | | | 240.00 |
| **Gross Pay** | | | **$1,385.00** | 26,685.00 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | -84.20 | | 1,619.46 |
| | Medicare Tax | -19.69 | | 378.74 |
| | Denver Income Tax | | | 57.50 |
| | **Other** | | | |
| | Checking 1 | -1,254.06 | | 22,976.71 |
| | Dental Coverage | -7.21* | | 151.41 |
| | Hidedhlthpln | -16.93* | | 352.23 |
| | Vision | -2.91* | | 61.11 |
| | **Net Pay** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hsa Match Ytd | | 490.00 |
| Hsa Mtc Biwkly | | 10.00 |
| Employee Id | | 0118769 |
| Float Bal | | 0.00 |
| Sick Bal | | 42.32 |
| Vac Bal | | 83.16 |

*  Excluded from federal taxable wages

Your federal taxable wages this period are
$1,357.95

© 2000 ADP  Inc

**✳ Hanger**
*Empowering Human Potential*

HANGER , INC .
10910 DOMAIN DRIVE
SUITE 300
AUSTIN , TX  78758

| Advice number: | 00000442933 |
|---|---|
| Pay date: | 11/01/2013 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PAULA  R ROMERO** | xxxxx0986 | xxxx  xxxx | $1,254.06 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|-----|------|-------|-------|-----------|-----|
| HP2 | 202042 | 304000 | C41 | 0000462712 | 1 |

## ✳ Hanger
*Empowering Human Potential*

HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

### Earnings    Statement

**ADP**

Period Beginning:    10/26/2013
Period Ending:       11/08/2013
Pay Date:            11/15/2013

00000002326
**PAULA R ROMERO**
**3260 COWHAND DR**
**COLORADO SPRINGS CO 80922**

Taxable Marital Status:    Married
Exemptions/Allowances:
Federal:    9
CO:         9

Social Security Number:   XXX-XX-8011

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular Pay | 15.0000 | 80.00 | 1,200.00 | 26,160.00 |
| Overtime -1.5X | 22.5000 | 5.00 | 112.50 | 292.50 |
| Hgr Hlth Cr | | | | 110.00 |
| Float Holiday | | 5.00 | | 240.00 |
| Holiday Pay | | | | 960.00 |
| Sick Pay | | | | 240.00 |
| **Gross Pay** | | | **$1,317.50** | 28,002.50 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Hsa Match Ytd | | 500.00 |
| Hsa Mtc Biwkly | | 10.00 |
| Employee Id | | 0118769 |
| Float Bal | | 0.00 |
| Sick Bal | | 44.48 |
| Vac Bal | | 86.24 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Social Security Tax | -80.00 | 1,699.46 |
| | Medicare Tax | -18.72 | 397.46 |
| | Denver Income Tax | -5.75 | 63.25 |
| | **Other** | | |
| | Checking 1 | -1,185.98 | 24,162.69 |
| | Dental Coverage | -7.21* | 158.62 |
| | Hidedhlthpln | -16.93* | 369.16 |
| | Vision | -2.91* | 64.02 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,290.45

© 2000 ADP, Inc.

## ✳ Hanger
*Empowering Human Potential*

HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX  78758

Advice number:    **00000462712**
Pay date:         11/15/2013

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **PAULA R ROMERO** | xxxxx0986 | xxxx xxxx | $1,185.98 |

### NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|-----|------|-------|-------|-----------|-----|
| HP2 | 202042 | 304000 | C41 | 0000482699 | 1 |

## ✳ Hanger.
*Empowering Human Potential*

**Earnings   Statement**

ADP

HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

| Period Beginning: | 11/09/2013 |
|---|---|
| Period Ending: | 11/22/2013 |
| Pay Date: | 11/29/2013 |

| Taxable Marital Status: | Married |
|---|---|
| Exemptions/Allowances: | |
| Federal: | 9 |
| CO: | 9 |

00000002310
**PAULA  R ROMERO**
**3260  COWHAND  DR**
**COLORADO  SPRINGS  CO  80922**

Social Security Number:  XXX-XX-8011

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular  Pay | 15.0000 | 12.50 | 187.50 | 26,347.50 |
| Bereavement | 15.0000 | 24.00 | 360.00 | 360.00 |
| Sick  Pay | 15.0000 | 43.50 | 652.50 | 892.50 |
| Overtime - 1.5X | | | | 292.50 |
| Float  Holiday | | | | 240.00 |
| Hgr  Hlth  Cr | | | | 110.00 |
| Holiday  Pay | | | | 960.00 |
| **Gross Pay** | | | **$1,200.00** | 29,202.50 |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Hsa  Match  Ytd | | 500.00 |
| Employee  Id | | 0118769 |
| Float  Bal | | 0.00 |
| Sick  Bal | | 3.14 |
| Vac  Bal | | 89.32 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social  Security  Tax | -74.40 | 1,773.86 |
| | Medicare  Tax | -17.40 | 414.86 |
| | Denver  Income  Tax | | 63.25 |
| | **Other** | | |
| | Checking  1 | -1,108.20 | 25,270.89 |
| | Dental  Coverage | | 158.62 |
| | Hidedhlthpln | | 369.16 |
| | Vision | | 64.02 |
| | **Net Pay** | | **$0.00** |

Your federal taxable wages this period are
$1,200.00

© 2000 ADP, Inc

## ✳ Hanger.
*Empowering Human Potential*

HANGER , INC .
10910  DOMAIN  DRIVE
SUITE  300
AUSTIN , TX   78758

| **Advice number:** | 00000482699 |
|---|---|
| Pay  date: | 11/29/2013 |

THIS IS NOT A CHECK

Deposited  to the account  of
**PAULA  R ROMERO**

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxx0986 | xxxx  xxxx | $1,108.20 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|-----|------|-------|-------|-----------|-----|
| HP2 | 202042 | 304000 | C41 | 0000502705 | 1 |

**✱ Hanger**
*Empowering Human Potential*

**Earnings   Statement**

**ADP**

HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

Period  Beginning:     11/23/2013
Period  Ending:        12/06/2013
Pay  Date:             12/13/2013

00000002320

**PAULA  R  ROMERO**
**3260  COWHAND  DR**
**COLORADO  SPRINGS  CO  80922**

Taxable  Marital  Status:    Married
Exemptions/Allowances:
Federal:            9
CO:                 9

Social  Security  Number:   XXX-XX-8011

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular  Pay | 15.0000 | 56.00 | 840.00 | 27,187.50 |
| Hgr  Hlth  Cr | | | | 115.00 |
| Holiday  Pay | 15.0000 | 16.00 | 240.00 | 1,200.00 |
| Vacation  Pay | 15.0000 | 8.00 | 120.00 | 120.00 |
| Overtime - 1.5X | | | | 292.50 |
| Bereavement | | | | 360.00 |
| Float  Holiday | | | | 240.00 |
| Sick  Pay | | | | 892.50 |
| **Gross Pay** | | | **$1,205.00** | 30,407.50 |

| Other  Benefits  and **Information** | this  period | total  to date |
|---|---|---|
| Hsa  Match  Ytd | | 510.00 |
| Hsa  Mtc  Biwkly | | 10.00 |
| Employee  Id | | 0118769 |
| Float  Bal | | 0.00 |
| Sick  Bal | | 5.30 |
| Vac  Bal | | 84.40 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social  Security  Tax | -73.04 | 1,846.90 |
| | Medicare  Tax | -17.08 | 431.94 |
| | Denver  Income  Tax | -5.75 | 69.00 |
| | **Other** | | |
| | Checking  1 | -1,082.08 | 26,352.97 |
| | Dental  Coverage | -7.21* | 165.83 |
| | Hidedhlthpln | -16.93* | 386.09 |
| | Vision | -2.91* | 66.93 |
| | **Net Pay** | | **$0.00** |

* **Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$1,177.95

© 2000 ADP, Inc.

**✱ Hanger**
*Empowering Human Potential*

HANGER , INC .
10910 DOMAIN DRIVE
SUITE 300
AUSTIN , TX  78758

Advice  number:       00000502705
Pay  date:            12/13/2013

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **PAULA  R  ROMERO** | xxxxx0986 | xxxx  xxxx | $1,082.08 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|-----|------|-------|-------|-----------|-----|
| HP2 | 202042 | 304000 | C41 | 0000522706 | 1 |

## ✳ Hanger
*Empowering Human Potential*

HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

### Earnings   Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 12/07/2013 |
| Period Ending: | 12/20/2013 |
| Pay Date: | 12/27/2013 |

00000002331
PAULA R ROMERO
3260 COWHAND DR
COLORADO SPRINGS CO 80922

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:        9
CO:             9

Social Security Number:   XXX-XX-8011

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular Pay | 15.0000 | 64.00 | 960.00 | 28,147.50 |
| Hgr Hlth Cr | | | 5.00 | 120.00 |
| Vacation Pay | 15.0000 | 16.00 | 240.00 | 360.00 |
| Overtime - 1.5X | | | | 292.50 |
| Bereavement | | | | 360.00 |
| Float Holiday | | | | 240.00 |
| Holiday Pay | | | | 1,200.00 |
| Sick Pay | | | | 892.50 |
| **Gross Pay** | | | **$1,205.00** | 31,612.50 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Hsa Match Ytd | | 520.00 |
| Hsa Mtc Biwkly | | 10.00 |
| Employee Id | | 0118769 |
| Float Bal | | 0.00 |
| Sick Bal | | 7.30 |
| Vac Bal | | 71.48 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -73.03 | 1,919.93 |
| | Medicare Tax | -17.08 | 449.02 |
| | Denver Income Tax | | 69.00 |
| | **Other** | | |
| | Checking 1 | -1,087.84 | 27,440.81 |
| | Dental Coverage | -7.21* | 173.04 |
| | Hidedhlthpln | -16.93* | 403.02 |
| | Vision | -2.91* | 69.84 |
| | **Net Pay** | | **$0.00** |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,177.95

© 2000 ADP, Inc.

---



## ✳ Hanger
*Empowering Human Potential*   HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

| | |
|---|---|
| **Advice number:** | **00000522706** |
| Pay date: | 12/27/2013 |

Deposited to the account of
**PAULA R ROMERO**

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxx0986 | xxxx xxxx | $1,087.84 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|-----|------|-------|-------|-----------|-----|
| HP2 | 202042 | 304000 | C41 | 0000022973 | 1 |

## Earnings   Statement

**✳ Hanger**
*Empowering Human Potential*
HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

**ADP**

| | |
|---|---|
| Period Beginning: | 12/21/2013 |
| Period Ending: | 01/03/2014 |
| Pay Date: | 01/10/2014 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:              9
  CO:                   9

00000002531
**PAULA  R  ROMERO**
**3260  COWHAND  DR**
**COLORADO  SPRINGS  CO  80922**

Social Security Number:   XXX-XX-8011

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular Pay | 15.0000 | 52.50 | 787.50 | 787.50 |
| Commissions | | | 500.00 | 500.00 |
| Hgr Hlth Cr | | | 5.00 | 5.00 |
| Holiday Pay | 15.0000 | 16.00 | 240.00 | 240.00 |
| Vacation Pay | 15.0000 | 31.50 | 472.50 | 472.50 |
| **Gross Pay** | | | **$2,005.00** | 2,005.00 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Hsa Match Ytd | | 10.00 |
| Hsa Mtc Biwkly | | 10.00 |
| Employee Id | | 0118769 |
| Float Bal | | 16.00 |
| Sick Bal | | 9.46 |
| Vac Bal | | 43.06 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -28.57 | 28.57 |
| | Social Security Tax | -122.63 | 122.63 |
| | Medicare Tax | -28.68 | 28.68 |
| | CO State Income Tax | -14.00 | 14.00 |
| | Denver Income Tax | -5.75 | 5.75 |
| | **Other** | | |
| | Dental Coverage | -7.21* | 7.21 |
| | Hidedhlthpln | -16.93* | 16.93 |
| | Vision | -2.91* | 2.91 |
| | **Net Pay** | **$1,778.32** | |
| | Checking 1 | -1,778.32 | 1,778.32 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,977.95

© 2000 ADP, Inc.

---

**✳ Hanger**
*Empowering Human Potential*
HANGER , INC .
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX  78758

Advice number:     **00000022973**
Pay date:          01/10/2014

THIS IS NOT A CHECK

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---------------------------------|-----------------|--------------|--------|
| **PAULA  R ROMERO** | xxxxx0986 | xxxx xxxx | $1,778.32 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|-----|------|-------|-------|-----------|-----|
| HP2 | 202042 | 304000 | C41 | 0000042772 | 1 |

## ❋ Hanger™
*Empowering Human Potential*

HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 9
CO: 9

Social Security Number: XXX-XX-8011

## Earnings Statement



Period Beginning: 01/04/2014
Period Ending: 01/17/2014
Pay Date: 01/24/2014

00000002385
**PAULA R ROMERO**
**3260 COWHAND DR**
**COLORADO SPRINGS CO 80922**

### Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular Pay | 15.0000 | 80.00 | 1,200.00 | 1,987.50 |
| Hgr Hlth Cr | | | 5.00 | 10.00 |
| Wellness Cr | | | 75.00 | 75.00 |
| Commissions | | | | 500.00 |
| Holiday Pay | | | | 240.00 |
| Vacation Pay | | | | 472.50 |
| **Gross Pay** | | | **$1,280.00** | 3,285.00 |

### Deductions

| | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -77.69 | 200.32 |
| Medicare Tax | | -18.17 | 46.85 |
| Federal Income Tax | | | 28.57 |
| CO State Income Tax | | | 14.00 |
| Denver Income Tax | | | 5.75 |
| **Other** | | | |
| Dental Coverage | | -7.21* | 14.42 |
| Hidedhlthpln | | -16.93* | 33.86 |
| Vision | | -2.91* | 5.82 |
| **Net Pay** | | **$1,157.09** | |
| Checking 1 | | -1,157.09 | 2,935.41 |
| **Net Check** | | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,252.95

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hsa Match Ytd | | 20.00 |
| Hsa Mtc Biwkly | | 10.00 |
| Employee Id | | 0118769 |
| Float Bal | | 16.00 |
| Sick Bal | | 11.62 |
| Vac Bal | | 46.14 |

### Important Notes
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT
DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

G 2XXI ADP INC

---

## ❋ Hanger™
*Empowering Human Potential*

HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

Advice number: 00000042772
Pay date: 01/24/2014

Deposited to the account of
**PAULA R ROMERO**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx0986 | xxxx xxxx | $1,157.09 |
| | xxxxxxxx2628 | xxxx xxxx | $0.00 |

*THIS IS NOT A CHECK*

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|-----|------|-------|-------|-----------|-----|
| HP2 | 202042 | 304000 | C41 | 0000062790 | 1 |

## Earnings   Statement

**✴ Hanger**
*Empowering Human Potential*
HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

Period Beginning:  01/18/2014
Period Ending:  01/31/2014
Pay Date:  02/07/2014

00000002404
**PAULA R ROMERO**
**3260 COWHAND DR**
**COLORADO SPRINGS CO 80922**

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:  9
CO:  9

Social Security Number:  XXX-XX-8011

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular Pay | 15.0000 | 80.00 | 1,200.00 | 3,187.50 |
| Hgr Hlth Cr | | | 5.00 | 15.00 |
| Commissions | | | | 500.00 |
| Holiday Pay | | | | 240.00 |
| Vacation Pay | | | | 472.50 |
| Wellness Cr | | | | 75.00 |
| **Gross Pay** | | | **$1,205.00** | 4,490.00 |

Your federal taxable wages this period are
$1,177.95

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Social Security Tax | -73.03 | 273.35 |
| | Medicare Tax | -17.08 | 63.93 |
| | Federal Income Tax | | 28.57 |
| | CO State Income Tax | | 14.00 |
| | Denver Income Tax | | 5.75 |
| | **Other** | | |
| | Dental Coverage | -7.21* | 21.63 |
| | Hidedhlthpln | -16.93* | 50.79 |
| | Vision | -2.91* | 8.73 |
| | **Net Pay** | **$1,087.84** | |
| | Checking 1 | -987.84 | 3,923.25 |
| | Checking 2 | -100.00 | 100.00 |
| | **Net Check** | **$0.00** | |

**Other Benefits and**
**Information** | this period | total to date |
| Hsa Match Ytd | | 30.00 |
| Hsa Mtc Biwkly | | 10.00 |
| | | |
| Employee Id | | 0118769 |
| Float Bal | | 16.00 |
| Sick Bal | | 13.78 |
| Vac Bal | | 49.22 |

**\* Excluded from federal taxable wages**

Ⓒ 2000 ADP, Inc

**✴ Hanger**
*Empowering Human Potential*
HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX  78758

Advice number:  00000062790
Pay date:  02/07/2014

Deposited to the account of
**PAULA R ROMERO**

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxx0986 | xxxx  xxxx | $987.84 |
| | xxxxxxxx2628 | xxxx  xxxx | $100.00 |



THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 130 |
|-----|------|-------|-------|--------|-----|
| HP2 | 202042 | 304000 | C41 | 0090846797 | 1 |

## Earnings  Statement

**\* Hanger**
*Empowering Human Potential*

HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

ADP®

Period  Beginning:  02/01/2014
Period  Ending:  02/14/2014
Pay  Date:  02/21/2014

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:  9
   CO:  9

**PAULA  R  ROMERO
3260  COWHAND  DR
COLORADO  SPRINGS  CO  80922**

Social  Security  Number:  XXX-XX-8011

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular Pay | 15.0000 | 80.00 | 1,200.00 | 4,387.50 |
| Hgr Hlth Cr | | 5.00 | | 20.00 |
| Commissions | | | | 500.00 |
| Holiday Pay | | | | 240.00 |
| Vacation Pay | | | | 472.50 |
| Wellness Cr | | | | 75.00 |
| **Gross Pay** | | | **$1,205.00** | 5,695.00 |

Your  federal  taxable  wages  this  period  are
$1,177.95

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Social  Security  Tax | -73.03 | 346.38 |
| | Medicare  Tax | -17.08 | 81.01 |
| | Denver  Income  Tax | -5.75 | 11.50 |
| | Federal  Income  Tax | | 28.57 |
| | CO State  Income  Tax | | 14.00 |
| | **Other** | | |
| | Dental  Coverage | -7.21* | 28.84 |
| | Hidedhlthpln | -16.93* | 67.72 |
| | Vision | -2.91* | 11.64 |
| | **Net Pay** | **$1,082.09** | |
| | Checking  2 | -100.00 | 200.00 |
| | Checking  1 | | 3,923.25 |
| | **Net Check** | **$982.09** | |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Hsa Match Ytd | | 40.00 |
| Hsa Mtc Biwkly | | 10.00 |
| Employee Id | | 0118769 |
| Float Bal | | 16.00 |
| Sick Bal | | 15.94 |
| Vac Bal | | 52.30 |

**Deposits**

| Account  No. | xxxxxxxx2586 |
|--------------|--------------|
| Transit/ABA | xxxx  xxxx |
| Pending | |
| Account  No. | xxxxxxxx2628 |
| Transit/ABA | xxxx  xxxx |
| Amount | $100.00 |

**Important  Notes**
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT
DEPOSIT.  IT WILL BEGIN AFTER ACCOUNT  VERIFICATION.

**\* Excluded  from  federal  taxable  wages**

© 2000 ADP  Inc

---

**\* Hanger**
*Empowering Human Potential*

HANGER , INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

HP2
7-163/520

**Payroll check number:  0090846797**
Pay  date:  02/21/2014

Pay to the
order of:  **PAULA  R  ROMERO**

This amount:  **NINE HUNDRED EIGHTY TWO AND 09/100 DOLLARS**

**$982.09**

ISSUED  BY  ADP DYNON—NEGOTIABLE  AVAILABLE  AT  877-423-7243

VOID AFTER 180 DAYS

*THIS IS NOT A CHECK*

*VOID NON—NEGOTIABLE  VOID NON NEGOTIABLE*

Payable at:
**Bank of America**
MARYLAND

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|-----|------|-------|-------|-----------|-----|
| HP2 | 202042 | 304000 | C41 | 0000102782 | 1 |

## Earnings   Statement



**✳ Hanger**
*Empowering Human Potential*   HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

| Period Beginning: | 02/15/2014 |
|---|---|
| Period Ending: | 02/28/2014 |
| Pay Date: | 03/07/2014 |

| Taxable Marital Status: | Married |
|---|---|
| Exemptions/Allowances: | |
| Federal: | 9 |
| CO: | 9 |

00000002398
**PAULA R ROMERO
3260 COWHAND DR
COLORADO SPRINGS CO 80922**

Social Security Number:   XXX-XX-8011

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 15.0000 | 80.00 | 1,200.00 | 5,587.50 |
| Hgr Hlth Cr | | | 5.00 | 25.00 |
| Commissions | | | | 500.00 |
| Holiday Pay | | | | 240.00 |
| Vacation Pay | | | | 472.50 |
| Wellness Cr | | | | 75.00 |
| **Gross Pay** | | | **$1,205.00** | 6,900.00 |

Your federal taxable wages this period are
$1,177.95

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hsa Match Ytd | | 50.00 |
| Hsa Mtc Biwkly | | 10.00 |
| Employee Id | | 0118769 |
| Float Bal | | 16.00 |
| Sick Bal | | 18.10 |
| Vac Bal | | 55.38 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -73.03 | 419.41 |
| | Medicare Tax | -17.08 | 98.09 |
| | Federal Income Tax | | 28.57 |
| | CO State Income Tax | | 14.00 |
| | Denver Income Tax | | 11.50 |
| | **Other** | | |
| | Dental Coverage | -7.21* | 36.05 |
| | Hidedhlthpln | -16.93* | 84.65 |
| | Vision | -2.91* | 14.55 |
| | **Net Pay** | **$1,087.84** | |
| | Checking 1 | -987.84 | 4,911.09 |
| | Checking 2 | -100.00 | 300.00 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

---

**✳ Hanger**
*Empowering Human Potential*   HANGER , INC .
10910 DOMAIN DRIVE
SUITE 300
AUSTIN , TX  78758

| Advice number: | 00000102782 |
|---|---|
| Pay date: | 03/07/2014 |

Deposited to the account of
**PAULA R ROMERO**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx2586 | xxxx  xxxx | $987.84 |
| | xxxxxxxx2628 | xxxx  xxxx | $100.00 |

*THIS IS NOT A CHECK*

## NON-NEGOTIABLE

## Earnings Statement



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|-----|------|-------|-------|-----------|-----|
| HP2 | 202042 | 304000 | C41 | 0000122815 | 1 |

**✳ Hanger**
*Empowering Human Potential*

HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

Period Beginning:    03/01/2014
Period Ending:    03/14/2014
Pay Date:    03/21/2014

Taxable Marital Status:    Married
Exemptions/Allowances:
Federal:    9
CO:    9

00000002439
PAULA R ROMERO
3260 COWHAND DR
COLORADO SPRINGS CO 80922

Social Security Number:    XXX-XX-8011

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular Pay | 15.4950 | 80.00 | 1,239.60 | 6,827.10 |
| Hgr Hlth Cr | | | 5.00 | 30.00 |
| Commissions | | | | 500.00 |
| Holiday Pay | | | | 240.00 |
| Vacation Pay | | | | 472.50 |
| Wellness Cr | | | | 75.00 |
| **Gross Pay** | | | **$1,244.60** | 8,144.60 |

Your federal taxable wages this period are
$1,217.55

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Social Security Tax | -75.49 | 494.90 |
| | Medicare Tax | -17.65 | 115.74 |
| | Denver Income Tax | -5.75 | 17.25 |
| | Federal Income Tax | | 28.57 |
| | CO State Income Tax | | 14.00 |
| | **Other** | | |
| | Dental Coverage | -7.21* | 43.26 |
| | Hidedhlthpln | -16.93* | 101.58 |
| | Vision | -2.91* | 17.46 |
| | **Net Pay** | **$1,118.66** | |
| | Checking 1 | -1,018.66 | 5,929.75 |
| | Checking 2 | -100.00 | 400.00 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Hsa Match Ytd | | 60.00 |
| Hsa Mtc Biwkly | | 10.00 |
| Employee Id | | 0118769 |
| Float Bal | | 16.00 |
| Sick Bal | | 20.26 |
| Vac Bal | | 58.46 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 15.0000 TO 15.4950.

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

---

**✳ Hanger**
*Empowering Human Potential*

HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

Advice number:    00000122815
Pay date:    03/21/2014

THIS IS NOT A CHECK

Deposited to the account of
PAULA R ROMERO

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | xxxxxxxx2586 | xxxx xxxx | $1,018.66 |
| | xxxxxxxx2628 | xxxx xxxx | $100.00 |

**NON-NEGOTIABLE**

**✳ Hanger**
*Empowering Human Potential*

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|-----|------|-------|-------|-----------|-----|
| HP2 | 202042 | 304000 | C41 | 0000143044 | 1 |

## Earnings   Statement



HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

Period  Beginning:     03/15/2014
Period  Ending:        03/28/2014
Pay  Date:             04/04/2014

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:              9
CO:                   9

00000002597
**PAULA  R  ROMERO**
**3260  COWHAND  DR**
**COLORADO  SPRINGS  CO  80922**

Social Security Number:   XXX-XX-8011

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular Pay | 15.4950 | 72.00 | 1,115.64 | 7,942.74 |
| Float Holiday | 15.4950 | 8.00 | 123.96 | 123.96 |
| Hgr Hlth Cr | | | 5.00 | 35.00 |
| Commissions | | | | 500.00 |
| Holiday Pay | | | | 240.00 |
| Vacation Pay | | | | 472.50 |
| Wellness Cr | | | | 75.00 |
| **Gross Pay** | | | **$1,244.60** | 9,389.20 |

Your  federal  taxable  wages  this  period  are
$1,217.12

**Other Benefits and Information**

| | this period | total to date |
|--|-------------|---------------|
| Hsa Match Ytd | | 580.00 |
| Hsa Mtc Biwkly | | 520.00 |
| Employee  Id | | 0118769 |
| Float Bal | | 8.00 |
| Sick Bal | | 22.42 |
| Vac Bal | | 61.54 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social Security Tax | -75.46 | 570.36 |
| | Medicare Tax | -17.65 | 133.39 |
| | Federal Income Tax | | 28.57 |
| | CO State Income Tax | | 14.00 |
| | Denver Income Tax | | 17.25 |
| | **Other** | | |
| | Dental  Coverage | -7.21* | 50.47 |
| | Hidedhlthpln | -17.36* | 118.94 |
| | Vision | -2.91* | 20.37 |
| | **Net Pay** | **$1,124.01** | |
| | Checking  1 | -1,024.01 | 6,953.76 |
| | Checking  2 | -100.00 | 500.00 |
| | **Net Check** | **$0.00** | |

**\* Excluded  from  federal  taxable  wages**

© 2000 ADP, Inc.

---

**✳ Hanger**
*Empowering Human Potential*

HANGER , INC .
10910 DOMAIN DRIVE
SUITE 300
AUSTIN , TX  78758

Advice number:        **00000143044**
Pay date:             04/04/2014

Deposited  to  the  account  of
**PAULA  R  ROMERO**

*THIS IS NOT A CHECK*

| | account number | transit  ABA | amount |
|--|----------------|--------------|--------|
| | xxxxxxxx2586 | xxxx  xxxx | $1,024.01 |
| | xxxxxxxx2628 | xxxx  xxxx | $100.00 |

**NON-NEGOTIABLE**



**Earnings   Statement**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|-----|------|-------|-------|-----------|-----|
| HP2 | 202042 | 304000 | C41 | 0000162798 | 1 |

**✳ Hanger**
*Empowering Human Potential*
HANGER, INC.
10910 DOMAIN DRIVE
SUITE 300
AUSTIN, TX 78758

Period  Beginning:     03/29/2014
Period  Ending:        04/11/2014
Pay  Date:             04/18/2014

00000002402
**PAULA  R  ROMERO**
**3260  COWHAND  DR**
**COLORADO  SPRINGS  CO  80922**

Taxable  Marital  Status:    Married
Exemptions/Allowances:
Federal:               9
CO:                    9

Social  Security  Number:   XXX-XX-8011

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular Pay | 15.4950 | 80.00 | 1,239.60 | 9,182.34 |
| Hgr Hlth Cr | | | 5.00 | 40.00 |
| Commissions | | | | 500.00 |
| Float Holiday | | | | 123.96 |
| Holiday Pay | | | | 240.00 |
| Vacation  Pay | | | | 472.50 |
| Wellness  Cr | | | | 75.00 |
| **Gross Pay** | | | **$1,244.60** | 10,633.80 |

Your  federal  taxable  wages  this  period  are
$1,217.12

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Hsa  Match  Ytd | | 580.00 |
| Employee  Id | | 0118769 |
| Float  Bal | | 8.00 |
| Sick  Bal | | 24.58 |
| Vac  Bal | | 64.62 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social  Security  Tax | -75.47 | 645.83 |
| | Medicare  Tax | -17.65 | 151.04 |
| | Denver  Income  Tax | -5.75 | 23.00 |
| | Federal  Income  Tax | | 28.57 |
| | CO  State  Income  Tax | | 14.00 |
| | **Other** | | |
| | Dental  Coverage | -7.21* | 57.68 |
| | Hidedhlthpln | -17.36* | 136.30 |
| | Vision | -2.91* | 23.28 |
| | **Net Pay** | **$1,118.25** | |
| | Checking  1 | -968.25 | 7,922.01 |
| | Checking  2 | -150.00 | 650.00 |
| | **Net Check** | **$0.00** | |

**\* Excluded  from  federal  taxable  wages**

© 2000 ADP, Inc.

---

**✳ Hanger**
*Empowering Human Potential* HANGER , INC .
10910  DOMAIN  DRIVE
SUITE  300
AUSTIN , TX  78758

**Advice number:**      **00000162798**
Pay  date:             04/18/2014

Deposited  to  the  account  of
**PAULA  R  ROMERO**

| | account number | transit  ABA | amount |
|--|----------------|--------------|--------|
| | xxxxxxxx2586 | xxxx  xxxx | $968.25 |
| | xxxxxxxx2628 | xxxx  xxxx | $150.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**