**United States Bankruptcy Court**
**District of Colorado**

| | |
|---|---|
| IN RE: | Case No. _____ |
| **Romero, Anthony Ray & Romero, Paula Rachele** | Chapter **7** |
| Debtor(s) | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................................. $ **900.00**

   Prior to the filing of this statement I have received ........................................................ $ **900.00**

   Balance Due ............................................................................................. $ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;~~
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]
   **SERVICES INCLUDED:**
   **a. Amendments to Petition of Schedules required due to client error or omission - $75.00 processing/mail fee per amendment;**
   **b. Review/Execution of Reaffirmation Agreement included - $50.00 per agreement if negotiations needed; and**
   **c. Debtors have paid Chapter 7 filing fee of $306.00**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Debtors shall attend the 341 Meeting WITHOUT representation by counsel.**

   **ADDITIONAL SERVICES EXCLUDED:**
   **a) Representation regarding Motions for Relief from Stay, preparation of Objections to Motions for Relief from Stay and/or any hearings related thereto;**
   **b) Defense of U.S. Trustee 707 Motions To Dismiss a case;**
   **c) Defense, Prosecution or any other Representation related to an adversary proceeding, contested evidentiary hearing or any hearing other than representation at the 341 Meeting of Creditors;**
   **d) Representation at any Rule 2004 Examination;**
   **e) Tax representation and/or representation related to any issues/claims/motions presented by the IRS or the Colorado Department of Revenue;**
   **f) Conversion to a Chapter 13;**
   **g) Rule 506 Motion Preparation or Representation at hearings related thereto (Flat Fee of $300.00 per vehicle is required);**
   **h) Extensive Negotiations related to Reaffirmation Agreements**
   **i) Motions to Reopen or Reinstate a closed or dismissed case unless such closure or dismissal is the result of actions/inactions of the Firm;**
   **j) Post-Bankruptcy Credit Repair; and**
   **k) Representation or Preparation of Motions regarding liens or the avoidance thereof.**
   **\* all of the above are billed on a separate Flat Fee or at $200 per hour**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 23, 2014** | **/s/ R. Brian Daniel** |
| Date | R. Brian Daniel 30047 |
| | The Daniel Law Firm |
| | 12900 Stroh Ranch Way, Suite 125 |
| | Parker, CO  80134-0000 |
| | (720) 308-5592  Fax: (877) 530-1855 |
| | brian@thedaniellawfirm.com |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only