```
                              United States Bankruptcy Court
                                   District of Colorado
In re:                                                                Case No. 14-17119-EEB
Anthony Ray Romero                                                    Chapter 7
Paula Rachele Romero
         Debtors
                                     CERTIFICATE OF NOTICE
District/off: 1082-1          User: urband                Page 1 of 4         Date Rcvd: May 27, 2014
                              Form ID: 769                Total Noticed: 166


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2014.
db/db         +Anthony Ray Romero,   Paula Rachele Romero,    3260 Cowhand Drive,
                Colorado Springs, CO 80922-3030
16095022      +AT&T,   8014 Bayberry Rd.,   Jacsonville, FL 32256-7412
16095024      +AVB Bank,   302 South Main Street,   Broken Arrow, OK 74012-4143
16095011      +Academy Bank,   320 Kansas Ave.,   Ft. Leavenworth, KS 66027-1139
16095012      +Accounts Receivable Management,   PO Box 129,   Thorofare, NJ 08086-0129
16095013      +Acs/wells Fargo,   501 Bleecker St,   Utica, NY 13501-2401
16095014      +Advanced Care-Endocrinology & Diab,   PO Box 561425,   Denver, CO 80256-0001
16095015      +Affliated,   PO Box 790001,   Sunrise Beach, MO 65079-9001
16095016      +Allied Coll,   8550 Balboa Blvd Ste 232,   Northridge, CA 91325-5806
16095017      +American Electric Power,   PO Box 1022,   Wixom, MI 48393-1022
16095018      +American Electric Power,   PO Box 2401,   Canton, OH 44720-0401
16095020      +Amon & Gomez,   2401 West Detroit,   Broken Arrown, OK 74012-3631
16095037      +BYL Collection Services LLC,   PO Box 5046,   West Chester, PA 19380-0401
16095025      +Bailey Medical Center,   PO Box 1940,   Melbourne, FL 32902-1940
16095027      +Bank Of America,   Dept. 12421 PO Box 603,   Oaks, PA 19456-0603
16095026      +Bank Of America,   6701 S. Memorial Dr.,   Tulsa, OK 74133-2053
16095029      +Bed, Bath And Beyond,   PO Box 1530, Dept. 010,   Southaven, MS 38671-1530
16095030       Bill Me Later,   PO Box 105658,   Atlanta, GA 30348-5658
16095031      +Bixby Public Works Authority,   PO Box 70,   Bixby, OK 74008-0070
16095032      +Bright Now Dental,   PO Box 52858,   Irvine, CA 92619-2858
16095033      +Broken Arrow Family Practice Center,   817 South Elm Place,   Broken Arrow, OK 74012-5369
16095034      +Broken Arrow Medical Group, LLC,   2403 N. Laurent,   Victoria, TX 77901-4119
16095036      +Broken Arrow Medical Group, LLC,   1501 E. Mockingbird, Ste 425,   Victoria, TX 77904-2157
16095035      +Broken Arrow Medical Group, LLC,   7100 Commerce Way, Ste. 100,   Brentwood, TN 37027-6935
16095048      +CHASE Bank,   Dept. OH1-1272,   PO Box 182223,   Columbus, OH 43218-2223
16095038      +Capital One Bank,   Dept 12421 PO Box 603,   Oaks, PA 19456-0603
16095039      +Cartridge World,   PO Box 470585,   Tulsa, OK 74147-0585
16095040      +Cashco Financial Services, Inc.,   3420 SE Cesar Chavez Blvd.,   Portland, OR 97202-1735
16095041      +Cba Collection Bureau,   25954 Eden Landing Road,   Hayward, CA 94545-3837
16095044       Chapman Financial Services,   PO Box 14693,   Spokane, WA 99214-0693
16095045      +Chapmanfinsr,   Po Box 14693,   Spokane, WA 99214-0693
16095046      +Chase Auto,   Po Box 24696,   Columbus, OH 43224-0696
16095047      +Chase Bank,   10750 Hammerly Blvd., #200,   Houston, TX 77043-2317
16095049      +Check & Go,   1055 Bailey Hill Rd. #C,   Eugene, OR 97402-5443
16095050      +Citi National Bank,   500 Montgomery Street,   Lawton, OK 73501-4690
16095052       Collections Acquisition Co.,   3 Eastern Oval #210,   Columbus, OH 43219
16095053       Colorado Department Of Revenue,   1375 Sherman St,   Colorado Springs, CO 80261
16095055       Colorado Laboratory Services,   PO Box 3420,   Spokane, WA 99220-6000
16095056      +Colorado Springs Health Partners,   2 South Cascade Ave., Suite 140,
                Colorado Springs, CO 80903-1604
16095057      +Colorado Springs Obstetrics And Gynocol,   6705 Rangewood Dr,   Colorado Springs, CO 80918-7300
16095058      +Communication Technologies Group,   17502 East 78th Street North,   Owasso, OK 74055-5813
16095059      +Cottonwood Company,   921 S. 67th,   Springfield, OR 97478-4734
16095060      +Cr. Brandon Credeur,   4155 E Jewell Ave Ste. 814,   Denver, CO 80222-4512
16095061      +Credit One Bank,   PO Box 390846,   Minneapolis, MN 55439-0846
16095063      +Credit Systems Inc,   1485 Garden Of Gods Rd,   Colorado Springs, CO 80907-3305
16095064      +Dept Of Ed/sallie Mae,   11100 Usa Pkwy,   Fishers, IN 46037-9203
16095065      +DirecTv,   PO Box 78929,   Phoenix, AZ 85062-8929
16095066      +Dr. Robert Zoellner,   3 Easton Oval, Ste 210,   Columbus, OH 43219-6011
16095072      +EOS CCA,   700 Longwater,   Norwell, MA 02061-1624
16095076       EXIT Realty Corp. USA,   2345 Argentia Rd., Ste. 200,   Mississauga, ON
16095067      +EasyTEL,   7335 S. Lewis Ave.,   Tulsa, OK 74136-6850
16095068      +El Paso,   1675 Garden Of The Gods Rd.,   Colorado Springs, CO 80907-9444
16095069      +Emerge Mastercard,   Dept. 12421 PO Box 603,   Oaks, PA 19456-0603
16095070      +Emergency Management Assoc. PC,   PO Box 21820 Dept. 1017,   Tulsa, OK 74121-1820
16095073      +Equidata,   724 Thimble Shoals Blvd,   Newport News, VA 23606-2574
16095077      +Extreme Fitness,   11021 S. Memorial Dr.,   Tulsa, OK 74133-7357
16095078      +Face and Body Medical Aesthetics,   9906 Riverside Dr.,   Tulsa, OK 74137-7409
16095081      +First National Collection Bureau, Inc,   PO Box 51660,   Sparks, NV 89435-1660
16095082      +First Premier Bank,   PO Box 1259,   Oaks, PA 19456-1259
16095084       Frost- Arnett Company,   PO Box 19888,   Nashville, TN 37219
16095085      +GC Services LP,   6330 Gulton,   Houston, TX 77081-1198
16095086      +Geico Indemnity Company,   One Geico Center,   Macon, GA 31296-0001
16095087      +Grace Living Center,   711 N. 5th,   Jenks, OK 74037-3343
16095088      +Guide One Insurance,   1111 Ashworth Road,   West Des Moines, IA 50265-3538
16095089      +Hearing Life USA, Inc.,   10324 E. 21st Street,   Tulsa, OK 74129-1606
16095091      +Integrity Solution,   PO Box 1870,   St. Charles, MO 63302-1870
16095094      +K-Mart 03238,   11601 Roosevelt Blvd.,   St. Petersburg, FL 33716-2202
16095095      +Keller Williams Realty,   4745 E. 91st St., Ste. 100,   Tulsa, OK 74137-2832
16095099       LTD Financial,   7322 Southwest Freway Suite 1600,   Houston, TX 77074-2053
16095096      +Lab Medicine of Greater Tulsa,   2738 E. 51st St., Ste. 240,   Tulsa, OK 74105-6271
16095097      +Legacy Sales and Leasing,   12150 East 96th St. North, Ste 200,   Owasso, OK 74055-5340
```

Case:14-17119-EEB    Doc#:5    Filed:05/29/14    Entered:05/29/14 22:44:28    Page2 of 6

```
District/off: 1082-1          User: urband              Page 2 of 4         Date Rcvd: May 27, 2014
                              Form ID: 769              Total Noticed: 166

16095098     +Liberty Mutual,   Two Wells Avenue,   Newton, MA 02459-3208
16095100     +Luis Gorospe, MD,   PO Box 35567,   Tulsa, OK 74153-0567
16095112     +ML Graphics,   10456 South 86th E. Ave.,   Tulsa, OK 74133-7084
16095113     +MRO,   PO Box 61507,   King Of Prussia, PA 19406-0907
16095101     +Marvin Krueger, CPA,   10707 East 76th Street South,   Tulsa, OK 74133-2515
16095102      Marykay,   PO Box 799048,   Dallas, TX  75379-9048
16095103     +Mazzios Pizza,   PO Box 470585,   Tulsa, OK 74147-0585
16095104     +Medicredit Corp,   3620 I 70 Dr Se Ste C,   Columbia, MO 65201-6582
16095105     +Medicredit Inc.,   PO Box 411187,   St. Louis, MO 63141-3187
16095106     +Memorial Health Services,   PO Box 460,   Colorado Springs, CO 80901-0460
16095107     +MetroPath,   PO Box 780,   Longmont, CO 80502-0780
16095108      Michael S. Toole, DDS,   3223n E. 31st St., Ste 108,   Tulsa, OK  74105
16095109     +Midland Credit Management,   PO Box 790001,   Sunrise Beach, MO 65079-9001
16095111     +Misok LLC,   5930 E. 31st St., Ste. 800,   Tulsa, OK 74135-5106
16095114     +Municipal Enforcement Division,   11063 S. Memorial Dr., Suite 460,   Tulsa, OK 74133-7347
16095115     +National Recovery Service,   13401 S. Mur-Len Rd,   Olathe, KS 66062-1430
16095116     +Northland Group, Inc.,   PO Box 390846,   Minneapolis, MN 55439-0846
16095120    ++OKLAHOMA TAX COMMISSION,   120 N ROBINSON,   STE 2000W,   OKLAHOMA CITY OK 73102-7801
               (address filed with court:  Oklahoma Tax Commission,     PO Box 26930,     Oklahoma City, OK   73126)
16095117     +Oak Brook Financial,   10200 SW Eastridge St. Ste. 201,   Portland, OR 97225-5029
16095118     +Obstetrics and Gynecology,   3230 E. Woodman Rd. #100,   Colorado Springs, CO 80920-8502
16095119     +Oklahoma Heart Hospital,   9228 South Mingo Rd., Ste. 200,   Tulsa, OK 74133-5722
16095121     +Oregon Medical Laboratories,   PO Box 55457,   Portland, OR 97238-5457
16095122     +Peacehealth Medical OR,   2892 Crescent Ave.,   Eugene, OR 97408-7397
16095123      Peak Vista Community Health Centers,   340 Printers Parkway,   Colorado Springs, CO  80910-3195
16095126     +Penrose St. Francis Medical Ctr.,   PO Box 711634,   Denver, CO 80271-1634
16095125     +Penrose St. Francis Medical Ctr.,   PO Box 7206,   Columbia, MO 65205-7206
16095127     +Pep Boys,   11601 Roosevelt Blvd.,   St. Petersburg, FL 33716-2202
16095128      Preferred Homecare,   PO Box 40700,   Mesa, AZ  85274-0700
16095129     +Premier Bankcard,   Dept 21377 PO Box 1259,   Oaks, PA 19456-1259
16095130     +Premier Orthopedic,   3920 N. Union Blvd., Suite 330,   Colorado Springs, CO 80907-4950
16095131     +Providian National Bank,   Dept. 12421 PO Box 603,   Oaks, PA 19456-0603
16095132     +Qualia Collection Services,   PO Box 4699,   Petaluma, CA 94955-4699
16095133     +Quest Diagnostics,   PO Box 740131,   Cincinnati, OH 45274-0131
16095134     +Qwest,   404 Brock Drive, PO Box 3427,   Bloomington, IL 61702-3427
16095135     +Rebecca Norton,   7691 South Fulton Ave.,   Tulsa, OK 74136-8200
16095136     +Receivables Performanc,   20816 44th Ave Wes,   Lynnwood, WA 98036-7744
16095138     +Rentoncoll,   Po Box 272,   Renton, WA 98057-0272
16095140     +Rosetta Stone Ltd,   13350 Dallas Pkwy,   Dallas, TX 75240-6671
16095141     +SAFCO,   PO Box 864610,   Orlando, FL 32886-4610
16095142     +Saint Francis System,   6161 South Yale Ave.,   Tulsa, OK 74136-1992
16095144     +Sam’s Club 6342,   5251 Westheimer,   Houston, TX 77056-5412
16095145     +Sam’s Club 8263,   5251 Westheimer,   Houston, TX 77056-5412
16095146     +Sams Club,   PO Box 823,   Fort Mill, SC 29716-0823
16095147     +Security Check LLC,   3 Easton Oval, Ste 210,   Columbus, OH 43219-6011
16095148     +Sound and Spirit Club,   2491 Paxton St.,   Harrisburg, PA 17111-1036
16095149     +Southcrest Medical Group,   Dept. 431 PO Box 3500,   Claremore, OK 74018-3500
16095150     +Southwest Pathology Inc. Clinicals,   PO Box 441508,   Houston, TX 77244-1508
16095151     +Springfield Utilities,   16 McLeland Road,   St. Cloud, MN 56303-2198
16095152     +Springs Waste Systems,   1990 Reliable Circle,   Colorado Springs, CO 80906-1504
16095153     +Sprint,   PO Box 1017,   Hawthorne, NY 10532-7504
16095155     +St. Francis Medical Center,   2 South Cascade Ave., Suite 140,   Colorado Springs, CO 80903-1604
16095156     +St. John’s Physicians, Inc.,   Dept. 334 PO Box 21228,   Tulsa, OK 74121-1228
16095157     +Standley Systems,   PO Box 460,   Chicksha, OK 73023-0460
16095158     +T-Mobile,   PO Box 3427,   Bloomington, IL 61702-3427
16095159     +TnT Security Services, LLC Tulsa,   5147 South Harvard, Ste 101,   Tulsa, OK 74135-3587
16095160     +Total Gym Fitness LLC,   PO Box 101928,   Birmingham, AL 35210-6928
16095161     +Transit Advertising, Inc.,   PO Box 14081,   Tulsa, OK 74159-1081
16095163      Tulsa Adjustment Burea,   1754 Itica Sq.,   Tulsa, OK  74114
16095164     +Tulsa Nursing Center,   10912 E. 14th St.,   Tulsa, OK 74128-4845
16095165     +Tulsa Transit Authority,   PO Box 52488,   Tulsa, OK 74152-0488
16095166     +Tulsa Utilities,   PO Box 16755,   Austin, TX 78761-6755
16095167     +Unknown Creditor,   PO Box 3427,   Bloomington, IL 61702-3427
16095168     +Utica Park Clinic,   BOK Dept. 1100,   Tulsa, OK 74182-0001
16095169      Verizon Wireless,   PO Box 12421,   Oaks, PA  19456
16095170     +Wal-Mart 1597,   PO Box 9163,   Midvale, UT 84047-9163
16095171     +Wal-Mart 3295,   5251 Westheimer,   Houston, TX 77056-5412
16095172     +Wal-Mart 472,   5251 Westheimer,   Houston, TX 77056-5412
16095173     +Wal-Mart 894,   5251 Westheimer,   Houston, TX 77056-5412
16095174     +Warren Clinic, Inc.,   6600 S. Yale Ave. Ste 1400,   Tulsa, OK 74136-3331
16095175     +Whole Foods Tulsa 10304,   PO Box 201387,   Denver, CO 80220-7387
16095176     +Windstream Communications,   610 Waltham Way,   Sparks, NV 89434-6695

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: brian@thedaniellawfirm.com May 27 2014 23:29:35      R. Brian Daniel,
              12900 Stroh Ranch Way,   Ste. 125,   Parker, CO  80134
tr           +EDI: BPGEFREH.COM May 27 2014 23:28:00      Paul Gefreh,    2125 N. Academy,
              Colorado Springs, CO 80909-1507
ust          +E-mail/Text: ustp.region19@usdoj.gov May 27 2014 23:30:10      US Trustee,    999 18th St.,
              Ste. 1551,   Denver, CO 80202-2415
```

```
District/off: 1082-1          User: urband              Page 3 of 4                  Date Rcvd: May 27, 2014
                              Form ID: 769              Total Noticed: 166
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
16095019       +E-mail/Text: bky@americanprofit.net May 27 2014 23:30:56      American Profit Recove,
                 34405 W 12 Mile Rd Ste 3,    Farmington Hills, MI 48331-5608
16095023       +EDI: ATTWIREBK.COM May 27 2014 23:28:00      At&T Credit Management,    PO Box 80701,
                 Charleston, SC 29416-0701
16095028       +EDI: BCSERVICES.COM May 27 2014 23:28:00      Bc Services Inc,    Po Box 1176,
                 Longmont, CO 80502-1176
16095043       +E-mail/Text: bklaw2@centurylink.com May 27 2014 23:30:40      CenturyLink,    PO Box 29040,
                 Pheonix, AZ 85038-9040
16095042       +E-mail/Text: bklaw2@centurylink.com May 27 2014 23:30:40      CenturyLink,    PO Box 29040,
                 Phoenix, AZ 85038-9040
16095051       +E-mail/Text: bk@coastprofessional.com May 27 2014 23:30:29      Coast Professional Inc,
                 214 Exp Circle Ste 7,    West Monroe, LA 71292-9497
16095054       +EDI: CODEPREV.COM May 27 2014 23:28:00      Colorado Department Of Revenue,    1375 Sherman Street,
                 Denver, CO 80261-2200
16095062       +E-mail/Text: cscbk@creditservicecompany.com May 27 2014 23:30:00      Credit Service Co,
                 Pob 1120,   Colorado Sprin, CO 80901-1120
16095075       +EDI: CONVERGENT.COM May 27 2014 23:28:00      ERSolutions, Inc.,    800 SW 39th St,
                 Renton, WA 98057-4975
16095071       +E-mail/Text: bknotice@erccollections.com May 27 2014 23:30:39      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
16095074       +E-mail/Text: bankruptcy@northstargt.com May 27 2014 23:30:55      Equinox Collection Ser,
                 5807 S Garnett Rd Ste L,    Tulsa, OK 74146-6824
16095079       +EDI: CCS.COM May 27 2014 23:28:00      Farmers Insurance Group,    Two Wells Avenue,
                 Newton, MA 02459-3208
16095092        EDI: IRS.COM May 27 2014 23:28:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA  19101-7346
16095093       +EDI: JEFFERSONCAP.COM May 27 2014 23:28:00      Jeffcapsys,    16 Mcleland Rd,
                 Saint Cloud, MN 56303-2198
16095110       +E-mail/PDF: bk@worldacceptance.com May 27 2014 23:31:38      Midwestern Loan,    7745 E 21st St,
                 Tulsa, OK 74129-1216
16095124       +EDI: CENTURA.COM May 27 2014 23:28:00      Penrose Hospital,    Dept 1634,   Denver, CO 80271-0001
16095137       +E-mail/Text: rhoyle@bankregent.com May 27 2014 23:30:28      Regent Bank,    PO Box 432,
                 Nowata, OK 74048-0432
16095139       +EDI: RESURGENT.COM May 27 2014 23:28:00      Resurgent Capital Services,    PO Box 19034,
                 Greenville, SC 29602-9034
16095154        EDI: NEXTEL.COM May 27 2014 23:28:00      Sprint,    PO Box 54977,    Los Angeles, CA  90054
16095143       +EDI: JEFFERSONCAP.COM May 27 2014 23:28:00      Salute Visa Gold,    16 McLeland Road,
                 St. Cloud, MN 56303-2198
16095162       +Fax: 402-934-3741 May 27 2014 23:37:55      TRS Recovery Services,    PO Box 4857,
                 Houston, TX 77210-4857
                                                                                              TOTAL: 24

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16095021       ##+Arrow Safe & Lock, Inc.,    423 N. Main,    Broken Arrow, OK 74012-3944
16095080       ##+Fireside Auto Finance,    PO Box 9080,    Plaesanton, CA 94566-9080
16095083       ##+Fitness Together,    1212 E. Kenosha,    Broken Arrow, OK 74012-2007
16095090       ##+Home Ventures, Inc.,    8516-J East 101st Street,    Tulsa, OK 74133-7035
                                                                                              TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2014                                      Signature:  /s/Joseph Speetjens

```
District/off: 1082-1          User: urband              Page 4 of 4              Date Rcvd: May 27, 2014
                              Form ID: 769              Total Noticed: 166
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2014 at the address(es) listed below:
              Paul   Gefreh    paul.gefreh@earthlink.net,   CO01@ecfcbis.com
              R. Brian Daniel    on behalf of Debtor Anthony Ray Romero brian@thedaniellawfirm.com
              R. Brian Daniel    on behalf of Debtor Paula Rachele Romero brian@thedaniellawfirm.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                         TOTAL: 4
```

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case #769 / b9a_7cna.jsp) (05/13)     Case Number **14−17119−EEB**

**UNITED STATES BANKRUPTCY COURT**
District of Colorado

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/23/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors − Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side for Important Explanations**

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Anthony Ray Romero<br>3260 Cowhand Drive<br>Colorado Springs, CO 80922 | Paula Rachele Romero<br>3260 Cowhand Drive<br>Colorado Springs, CO 80922 |
| Case Number:<br>14−17119−EEB | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−1128<br>xxx−xx−8011 |
| Attorney for Debtor(s) (name and address):<br>R. Brian Daniel<br>12900 Stroh Ranch Way<br>Ste. 125<br>Parker, CO 80134<br>Telephone number: 720−308−5592 | Bankruptcy Trustee (name and address):<br>Paul Gefreh<br>2125 N. Academy<br>Colorado Springs, CO 80909<br>Telephone number: 719−596−9010 |

**Meeting of Creditors**

Date: **June 17, 2014**                                                    Time: **04:00 PM**

Location: **Federal Bldg. & Courthouse, 212 North Wahsatch Ave., Courtroom 101, Colorado Springs, CO 80903**

**Presumption of Abuse under 11 U.S.C. § 707(b)**
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

**Deadlines:**
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/18/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

**Creditor with a Foreign Address:**

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

**Deadline to Provide Documents and Notice of Possible Dismissal:**

Pursuant to 11 U.S.C. §521(e)(2), Federal Bankruptcy Rule 4002 and L.B.R. 1017−2, no later than *seven* court days prior to the original date set for the first meeting of creditors, the debtor shall provide to the case trustee a copy of the Federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least *fourteen* days prior to the meeting of creditors. The failure to comply will result in dismissal of the debtor's case unless the debtor demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor. L.B.R. 1017−2.

Pursuant to Federal Bankruptcy Rule 4002, the debtor shall bring the meeting of creditors: 1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity and evidence of a social security number or a written statement that such documentation does not exist; 2) documents or copies or a written statement that such documentation does not exist of a) current income such as the most recent payment advice, pay stub, or earnings statement; b) statements for each of the debtor's depository (bank, credit union) and investment accounts for the time period that includes the date of the filing of the petition; and 3) documentation of monthly expenses claimed by a debtor as required under 11 U.S.C. §707(b)(2)(A) or (B).

**Pursuant to Local Bankruptcy Rule 1017–3(a), you are hereby notified that if this case was filed as deficient, it is subject to the United States Trustee's Standing Motion to Dismiss and/or the dismissal provisions of 11 U.S.C. § 521(i).**

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508<br>Telephone number: 720–904–7300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>s/ Kenneth S. Gardner |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: 5/27/14 |

# EXPLANATIONS
FORM B9A_7cna (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U. S. Trustee in writing of any rejection within seven days after receipt of notice of selection. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Assets | At the meeting of creditors, the trustee may announce an intention to sell nonexempt tangible property of the estate if the aggregate gross value of all nonexempt property is less than $2,500. Any objections to said announcement must be filed in writing with the clerk and served upon the trustee within 14 days of the meeting. |

–– Refer to Other Side for Important Deadlines and Notices ––