**B6F (Official Form 6F) (12/07)**

**IN RE** Romero, Anthony Ray & Romero, Paula Rachele _____ Case No. _____
         _____
                        Debtor(s)                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the creditor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4427**<br><br>**Academy Bank**<br>**320 Kansas Ave.**<br>**Ft. Leavenworth, KS  66027** | | J | **Past Due Amount** | | | | **230.00** |
| ACCOUNT NO. **6652**<br><br>**Academy Bank**<br>**320 Kansas Ave.**<br>**Ft. Leavenworth, KS  66027** | | J | **Past Due Amount** | | | | **375.85** |
| ACCOUNT NO. **4439**<br><br>**Accounts Receivable Management**<br>**PO Box 129**<br>**Thorofare, NJ  08086** | | J | **Installment Account** | | | | **53.72** |
| ACCOUNT NO. **4364**<br><br>**Accounts Receivable Management**<br>**PO Box 129**<br>**Thorofare, NJ  08086** | | J | **Installment Account** | | | | **76.02** |

_____**36** continuation sheets attached

Subtotal
(Total of this page) $ **735.59**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
          Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4289**<br>**Accounts Receivable Management PO Box 129 Thorofare, NJ  08086** | | J | Installment Account | | | | 395.05 |
| ACCOUNT NO. **4214**<br>**Accounts Receivable Management PO Box 129 Thorofare, NJ  08086** | | J | Installment Account | | | | 129.09 |
| ACCOUNT NO. **4139**<br>**Accounts Receivable Management PO Box 129 Thorofare, NJ  08086** | | J | Installment Account | | | | 62.56 |
| ACCOUNT NO. **4064**<br>**Accounts Receivable Management PO Box 129 Thorofare, NJ  08086** | | J | Installment Account | | | | 106.70 |
| ACCOUNT NO. **3989**<br>**Accounts Receivable Management PO Box 129 Thorofare, NJ  08086** | | J | Installment Account | | | | 772.61 |
| ACCOUNT NO. **4589**<br>**Accounts Receivable Management PO Box 129 Thorofare, NJ  08086** | | J | Installment Account | | | | 81.18 |
| ACCOUNT NO. **4664**<br>**Accounts Receivable Management PO Box 129 Thorofare, NJ  08086** | | J | Installment Account | | | | 42.11 |

Sheet no. _____**1**____ of ____**36**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,589.30**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4514**<br><br>**Accounts Receivable Management**<br>**PO Box 129**<br>**Thorofare, NJ  08086** | | J | Installment Account | | | | 103.05 |
| ACCOUNT NO. **0111**<br><br>**Acs/wells Fargo**<br>**501 Bleecker St**<br>**Utica, NY  13501** | | W | Installment account opened 3/03<br>STUDENT LOANS | | | | 139,147.00 |
| ACCOUNT NO. **6811**<br><br>**Advanced Care-Endocrinology & Diab**<br>**PO Box 561425**<br>**Denver, CO  80256** | | J | Medical | | | | 131.68 |
| ACCOUNT NO. **6921**<br><br>**Advanced Care-Endocrinology & Diab**<br>**PO Box 561425**<br>**Denver, CO  80256** | | J | Medical | | | | 263.80 |
| ACCOUNT NO. **6958**<br><br>**Advanced Care-Endocrinology & Diab**<br>**PO Box 561425**<br>**Denver, CO  80256** | | J | Medical | | | | 263.80 |
| ACCOUNT NO. **3727**<br><br>**Affliated**<br>**PO Box 790001**<br>**Sunrise Beach, MO  65079** | | J | Collection | | | | 681.00 |
| ACCOUNT NO. **3727**<br><br>**Affliated**<br>**PO Box 790001**<br>**Sunrise Beach, MO  65079** | | J | Collection | | | | 1,960.00 |

Sheet no. _____**2**_ of ____**36**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page) $ <b>142,550.33</b>

Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                         Case No. _____
                                    Debtor(s)                                              (If known)

### AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **02n1** <br><br>**Allied Coll** <br>**8550 Balboa Blvd Ste 232** <br>**Northridge, CA  91325** | | W | Collection for Provida Six Week Body Makeover | | | | **184.00** |
| ACCOUNT NO. **4098** <br><br>**American Electric Power** <br>**PO Box 1022** <br>**Wixom, MI  48393** | | J | Utility | | | | **300.86** |
| ACCOUNT NO. **0980** <br><br>**American Electric Power** <br>**PO Box 2401** <br>**Canton, OH  44701** | | J | Utility | | | | **471.94** |
| ACCOUNT NO. **2400** <br><br>**American Medical Response** <br>**PO Box 847199** <br>**Dallas, TX  75284** | | J | Medical | | | | **1,227.11** |
| ACCOUNT NO. **3167** <br><br>**American Profit Recove** <br>**34405 W 12 Mile Rd Ste 3** <br>**Farmington Hills, MI  48331** | | H | Open account opened 8/12 <br>Collection for Associates In Gastroenterology | | | | **60.00** |
| ACCOUNT NO.  **963** <br><br>**Amon & Gomez** <br>**2401 West Detroit** <br>**Broken Arrown, OK  74012** | | J | Past Due Account | | | | **550.00** |
| ACCOUNT NO. **9918** <br><br>**Arrow Safe & Lock, Inc.** <br>**423 N. Main** <br>**Broken Arrow, OK  74012** | | J | Past Due Account | | | | **107.32** |

Sheet no. _____**3**__ of _____**36**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,901.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele _____ Case No. _____
                           Debtor(s)                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3466**<br>**AT&T**<br>**8014 Bayberry Rd.**<br>**Jacsonville, FL  32256** | | J | Telecommunication | | | | **506.00** |
| ACCOUNT NO. **4524**<br>**At&T Credit Management**<br>**PO Box 80701**<br>**Charleston, SC  29416** | | J | Telecommunication | | | | **33.00** |
| ACCOUNT NO. **8555**<br>**AVB Bank**<br>**302 South Main Street**<br>**Broken Arrow, OK  74013** | | J | Insrtallment Account | | | | **589.08** |
| ACCOUNT NO. **0060**<br>**Bailey Medical Center**<br>**PO Box 1940**<br>**Melbourne, FL  32902** | | J | Medical | | | | **100.00** |
| ACCOUNT NO. **5796**<br>**Bank Of America**<br>**6701 S. Memorial Dr.**<br>**Tulsa, OK  74133** | | J | Past Due Account | | | | **1,717.46** |
| ACCOUNT NO. **5760**<br>**Bank Of America**<br>**Dept. 12421 PO Box 603**<br>**Oaks, PA  19456** | | J | VISA<br>Past Due Account | | | | **1,136.58** |
| ACCOUNT NO. **8444**<br>**Bc Services Inc**<br>**Po Box 1176**<br>**Longmont, CO  80502** | | W | Open account opened 3/13<br>Collection for North Springs Surgical Assoc | | | | **1,921.00** |

Sheet no. _____**4** of _____**36** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,003.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Romero, Anthony Ray & Romero, Paula Rachele _____ Case No. _____
          Debtor(s)                                                     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5062** <br><br>**Bc Services Inc** <br>**Po Box 1176** <br>**Longmont, CO  80502** | | H | **Open account opened 5/12** <br>**Collection for Royal Crest Dairy  Inc.** | | | | **165.00** |
| ACCOUNT NO. **4101** <br><br>**Bc Services Inc** <br>**Po Box 1176** <br>**Longmont, CO  80502** | | W | **Open account opened 8/13** <br>**Collection for Centura-penrose Hospital** | | | | **80.00** |
| ACCOUNT NO. **1031** <br><br>**Bed, Bath And Beyond** <br>**PO Box 1530, Dept. 010** <br>**Southaven, MS  38671** | | J | **Past Due Account** | | | | **90.34** |
| ACCOUNT NO. **4006** <br><br>**Bill Me Later** <br>**PO Box 105658** <br>**Atlanta, GA  30348-5658** | | J | **Past Due Account** | | | | **515.81** |
| ACCOUNT NO. **2002** <br><br>**Bixby Public Works Authority** <br>**PO Box 70** <br>**Bixby, OK  74008** | | J | **Utility** | | | | **54.84** |
| ACCOUNT NO. **1347** <br><br>**Bright Now Dental** <br>**PO Box 52858** <br>**Irvine, CA  92619** | | J | **Dental** | | | | **412.05** |
| ACCOUNT NO. **3836** <br><br>**Broken Arrow Family Practice Center** <br>**817 South Elm Place** <br>**Broken Arrow, OK  74012** | | J | **Medical** | | | | **120.00** |

Sheet no. _____ **5** of _____ **36** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **1,438.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Romero, Anthony Ray & Romero, Paula Rachele _____ Case No. _____
_____ Debtor(s) _____ (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2068**<br><br>**Broken Arrow Medical Group, LLC**<br>**2403 N. Laurent**<br>**Victoria, TX 77901** | | J | Medical | | | | 150.00 |
| ACCOUNT NO. **2068**<br><br>**Broken Arrow Medical Group, LLC**<br>**7100 Commerce Way, Ste. 100**<br>**Brentwood, TN 37027** | | J | Medical | | | | 499.10 |
| ACCOUNT NO. **2068**<br><br>**Broken Arrow Medical Group, LLC**<br>**1501 E. Mockingbird, Ste 425**<br>**Victoria, TX 77904** | | J | Medical | | | | 100.00 |
| ACCOUNT NO. **2068**<br><br>**Broken Arrow Medical Group, LLC**<br>**2403 N. Laurent**<br>**Victoria, TX 77901** | | J | Medical | | | | 623.00 |
| ACCOUNT NO. **8742**<br><br>**BYL Collection Services LLC**<br>**PO Box 5046**<br>**West Chester, PA 19380** | | J | Collection | | | | 615.96 |
| ACCOUNT NO. **7990**<br><br>**Capital One Bank**<br>**Dept 12421 PO Box 603**<br>**Oaks, PA 19456** | | J | VISA<br>Past Due Account | | | | 1,403.47 |
| ACCOUNT NO. **590**<br><br>**Cartridge World**<br>**PO Box 470585**<br>**Tulsa, OK 74147** | | J | Past Due Account | | | | 45.58 |

Sheet no. ____**6**___ of ____**36**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,437.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
Debtor(s)                                                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5937**<br><br>**Cashco Financial Services, Inc.**<br>**3420 SE Cesar Chavez Blvd.**<br>**Portland, OR  97201** | | J | **Judgment Lane County Circuit Court - Oregon Case 701125937** | | | | **7,500.00** |
| ACCOUNT NO. **9376**<br><br>**Cba Collection Bureau**<br>**25954 Eden Landing Road**<br>**Hayward, CA  94545** | | W | **Open account opened 8/13 Collection for Ds Waters Of America Inc** | | | | **165.00** |
| ACCOUNT NO. **681R**<br><br>**CenturyLink**<br>**PO Box 29040**<br>**Phoenix, AZ  85038** | | J | **Past Due Account** | | | | **183.31** |
| ACCOUNT NO. **3681**<br><br>**CenturyLink**<br>**PO Box 29040**<br>**Pheonix, AZ  85038** | | J | **Past Due Account** | | | | **123.48** |
| ACCOUNT NO. **5569**<br><br>**Chapman Financial Services**<br>**PO Box 14693**<br>**Spokane, WA  99214-0693** | | J | **Past Due Account** | | | | **36.78** |
| ACCOUNT NO. **4057**<br><br>**Chapman Financial Services**<br>**PO Box 14693**<br>**Spokane, WA  99214-0693** | | J | **Past Due Account** | | | | **36.78** |
| ACCOUNT NO. **0622**<br><br>**Chapman Financial Services**<br>**PO Box 14693**<br>**Spokane, WA  99214-0693** | | J | **Past Due Account** | | | | **415.83** |

Sheet no. _____**7** of _____**36** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,461.18**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele _____ Case No. _____
            Debtor(s)                                                                           (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Chapman Financial Services<br>PO Box 14693<br>Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | 6.34 |
| ACCOUNT NO. **3017**<br><br>**Chapman Financial Services<br>PO Box 14693<br>Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | 12.25 |
| ACCOUNT NO. **0492**<br><br>**Chapman Financial Services<br>PO Box 14693<br>Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | 12.17 |
| ACCOUNT NO. **3434**<br><br>**Chapman Financial Services<br>PO Box 14693<br>Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | 38.24 |
| ACCOUNT NO. **1654**<br><br>**Chapman Financial Services<br>PO Box 14693<br>Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | 38.02 |
| ACCOUNT NO. **0644**<br><br>**Chapman Financial Services<br>PO Box 14693<br>Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | 212.51 |
| ACCOUNT NO. **8285**<br><br>**Chapman Financial Services<br>PO Box 14693<br>Spokane, WA 99214-0693** | | J | **Past Due Account** | | | | 96.30 |

Sheet no. **8** of **36** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 415.83

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele                    Case No. _____
　　　　　　　　　　Debtor(s)                                                         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0644** <br><br> **Chapmanfinsr Po Box 14693 Spokane, WA 99214** | | W | **Collection for Cls Colorado Lab Service Col** | | | | **204.00** |
| ACCOUNT NO. **8285** <br><br> **Chapmanfinsr Po Box 14693 Spokane, WA 99214** | | W | **Collection for Cls Colorado Lab Service Col** | | | | **93.00** |
| ACCOUNT NO. **7000** <br><br> **Chase Bank 10750 Hammerly Blvd., #200 Houston, TX 77043** | | J | **Past Due Account** | | | | **160.34** |
| ACCOUNT NO. **6050** <br><br> **CHASE Bank Dept. OH1-1272 PO Box 182223 Columbus, OH 43218** | | J | **Installment Account** | | | | **1,554.97** |
| ACCOUNT NO. **mero** <br><br> **Check & Go 1055 Bailey Hill Rd. #C Eugene, OR 97402** | | J | **Loan** | | | | **455.00** |
| ACCOUNT NO. **1285** <br><br> **Citi National Bank 500 Montgomery Street Lawton, OK 73501** | | J | **Installment Account** | | | | **366.08** |
| ACCOUNT NO. **5024** <br><br> **Coast Professional Inc 214 Exp Circle Ste 7 West Monroe, LA 71292** | | J | **Open account opened 4/13 Collection for Colorado Christian College** | | | | **940.00** |

Sheet no. ____**9**___ of ___**36**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,773.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**     Case No. _____
Debtor(s)                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7461**<br>**Collections Acquisition Co.**<br>**3 Eastern Oval #210**<br>**Columbus, OH  43219** | | J | Collection Account | | | | **90.34** |
| ACCOUNT NO. **1128**<br>**Colorado Department Of Revenue**<br>**1375 Sherman Street**<br>**Denver, CO  80261** | | J | State Back Taxes Owed<br>File 26872050 | | | | **1.00** |
| ACCOUNT NO. **7019**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | **20.00** |
| ACCOUNT NO. **1672**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | **1,177.00** |
| ACCOUNT NO. **6935**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | **2,959.00** |
| ACCOUNT NO. **1672**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | **595.00** |
| ACCOUNT NO. **9621**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | **970.00** |

Sheet no. ___**10**___ of ___**36**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)   $   <b>5,812.34</b>

Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**     Case No. _____
_____
              Debtor(s)                                                     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1710**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | **674.00** |
| ACCOUNT NO. **A000**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | **25.00** |
| ACCOUNT NO. **5284**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | **6.25** |
| ACCOUNT NO. **5227**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | **293.63** |
| ACCOUNT NO. **5815**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | **163.55** |
| ACCOUNT NO. **7579**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | **128.78** |
| ACCOUNT NO. **2279**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | Medical | | | | **73.54** |

Sheet no. _____**11**____ of _____**36**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **1,364.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele _____   Case No. _____
_____
Debtor(s)                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7578**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **35.77** |
| ACCOUNT NO. **4621**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **42.02** |
| ACCOUNT NO. **5226**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **71.54** |
| ACCOUNT NO. **8927**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **201.62** |
| ACCOUNT NO. **8926**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **126.78** |
| ACCOUNT NO. **7865**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **22.00** |
| ACCOUNT NO. **0751**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | **11.00** |

Sheet no. ____**12**____ of ____**36**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 510.73

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele _____   Case No. _____
                                       Debtor(s)                                               (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0720**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | 10.00 |
| ACCOUNT NO. **2278**<br>**Colorado Laboratory Services**<br>**PO Box 3420**<br>**Spokane, WA  99220-6000** | | J | **Medical** | | | | 5.25 |
| ACCOUNT NO. **3696**<br>**Colorado Springs Health Partners**<br>**2 South Cascade Ave., Suite 140**<br>**Colorado Springs, CO  80903** | | J | **Medical** | | | | 20.00 |
| ACCOUNT NO. **2504**<br>**Colorado Springs Health Partners**<br>**2 South Cascade Ave., Suite 140**<br>**Colorado Springs, CO  80903** | | J | **Medical** | | | | 186.10 |
| ACCOUNT NO. **6252**<br>**Colorado Springs Health Partners**<br>**2 South Cascade Ave., Suite 140**<br>**Colorado Springs, CO  80903** | | J | **Medical** | | | | 30.00 |
| ACCOUNT NO. **9273**<br>**Colorado Springs Obstetrics And Gynocol**<br>**6705 Rangewood Dr**<br>**Colorado Springs, CO  80918** | | J | **Medical** | | | | 13.09 |
| ACCOUNT NO. **8399**<br>**Colorado Springs Radiologist**<br>**PO Box 2989**<br>**Colorado Springs, CO  80901** | | J | **Medical** | | | | 12.80 |

Sheet no. ____**13**____ of ____**36**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 277.24

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
_____Debtor(s)_____ (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4364**<br>**Communication Technologies Group**<br>**17502 East 78th Street North**<br>**Owasso, OK  74055** | | J | **Installment Account** | | | | **1.00** |
| ACCOUNT NO. **4434**<br>**Communication Technologies Group**<br>**17502 East 78th Street North**<br>**Owasso, OK  74055** | | J | **Installment Account** | | | | **1.00** |
| ACCOUNT NO. **4462**<br>**Communication Technologies Group**<br>**17502 East 78th Street North**<br>**Owasso, OK  74055** | | J | **Installment Account** | | | | **1.00** |
| ACCOUNT NO. **C405**<br>**Communication Technologies Group**<br>**17502 East 78th Street North**<br>**Owasso, OK  74055** | | J | **Communications Invoicing** | | | | **4,733.55** |
| ACCOUNT NO. **6153**<br>**Comprehensive Womens Care**<br>**265 Parkside Drive, Suite 110**<br>**Colorado Springs, CO  80910** | | J | **Medical** | | | | **75.56** |
| ACCOUNT NO. **1148**<br>**Cottonwood Company**<br>**921 S. 67th**<br>**Springfield, OR  97478** | | J | **Installment Account** | | | | **1,105.00** |
| ACCOUNT NO. **1302**<br>**Cr. Brandon Credeur**<br>**4155 E Jewell Ave Ste. 814**<br>**Denver, CO  80222** | | J | **Medical** | | | | **1,314.16** |

Sheet no. _____**14** of _____**36** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,231.27**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                    Case No. _____
_____
Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6368**<br><br>**Credit One Bank**<br>**PO Box 390846**<br>**Minneapolis, MN  55439** | | J | **Installment Account** | | | | **1,105.00** |
| ACCOUNT NO. **3457**<br><br>**Credit Service Co**<br>**Pob 1120**<br>**Colorado Sprin, CO  80901** | | W | **Open account opened 12/10**<br>**Collection for Mri Specialists Of Tulsa** | | | | **1,559.00** |
| ACCOUNT NO. **5684**<br><br>**Credit Service Co**<br>**Pob 1120**<br>**Colorado Sprin, CO  80901** | | W | **Open account opened 11/13**<br>**Collection for Penrad Imaging** | | | | **109.00** |
| ACCOUNT NO. **1634**<br><br>**Credit Systems Inc**<br>**1485 Garden Of Gods Rd**<br>**Colorado Springs, CO  80907** | | W | **Open account opened 8/13**<br>**Collection for Tan Your Hide** | | | | **311.00** |
| ACCOUNT NO. **7695**<br><br>**Credit Systems Inc**<br>**1485 Garden Of Gods Rd**<br>**Colorado Springs, CO  80907** | | J | **Open account opened 7/13**<br>**Collection for Alliance Family Dentistry** | | | | **177.00** |
| ACCOUNT NO. **1010**<br><br>**Dept Of Ed/sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN  46037** | | H | **Installment account opened 10/11** | | | | **719.00** |
| ACCOUNT NO. **7490**<br><br>**DirecTv**<br>**PO Box 78929**<br>**Phoenix, AZ  85062-8626** | | J | **Satelite TV** | | | | **400.00** |

Sheet no. _____**15** of _____**36** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $    **4,380.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
Debtor(s)                                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1090**<br>**Dr. Robert Zoellner**<br>**3 Easton Oval, Ste 210**<br>**Columbus, OH  43219** | | J | **Medical** | | | | **150.00** |
| ACCOUNT NO. **8137**<br>**EasyTEL**<br>**7335 S. Lewis Ave.**<br>**Tulsa, OK  74136** | | J | **Past Due Account** | | | | **549.79** |
| ACCOUNT NO. **8661**<br>**El Paso**<br>**1675 Garden Of The Gods Rd.**<br>**Colorado Springs, CO  80907** | | J | **Past Due Account** | | | | **64.00** |
| ACCOUNT NO. **3140**<br>**Emerge Mastercard**<br>**Dept. 12421 PO Box 603**<br>**Oaks, PA  19456** | | J | **Past Due Account** | | | | **2,341.48** |
| ACCOUNT NO. **9621**<br>**Emergency Management Assoc. PC**<br>**PO Box 21820 Dept. 1017**<br>**Tulsa, OK  74121** | | J | **Medical** | | | | **970.00** |
| ACCOUNT NO. **0716**<br>**Enhanced Recovery Co L**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL  32256** | | H | **Open account opened 2/14**<br>**Collection for Comcast Cable Communications** | | | | **457.00** |
| ACCOUNT NO. **3681**<br>**EOS CCA**<br>**700 Longwater**<br>**Norwell, MA  02061-2026** | | J | **Past Due Account** | | | | **123.48** |

Sheet no. _____ **16** of _____ **36** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,655.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
_____Debtor(s)_____ _____(If known)_____

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5616**<br>**Equidata**<br>**724 Thimble Shoals Blvd**<br>**Newport News, VA  23606** | | W | **Open account opened 6/11**<br>**Collection for Cox Cable Tulsa** | | | | **243.00** |
| ACCOUNT NO. **8966**<br>**Equinox Collection Ser**<br>**5807 S Garnett Rd Ste L**<br>**Tulsa, OK  74146** | | W | **Open account opened 1/11**<br>**Collection for The Platinum Center** | | | | **1,704.00** |
| ACCOUNT NO. **1176**<br>**ERSolutions, Inc.**<br>**800 SW 39th St**<br>**Renton, WA  98055** | | J | **Medical** | | | | **300.86** |
| ACCOUNT NO. **9891**<br>**ERSolutions, Inc.**<br>**800 SW 39th St**<br>**Renton, WA  98055** | | J | **Medical** | | | | **160.34** |
| ACCOUNT NO.<br>**EXIT Realty Corp. USA**<br>**2345 Argentia Rd., Ste. 200**<br>**Mississauga, ON** | | J | **Installment Account** | | | | **1,095.00** |
| ACCOUNT NO.<br>**Extreme Fitness**<br>**11021 S. Memorial Dr.**<br>**Tulsa, OK  74133** | | J | **Installment Account** | | | | **4,354.00** |
| ACCOUNT NO.<br>**Face and Body Medical Aesthetics**<br>**9906 Riverside Dr.**<br>**Tulsa, OK  74137** | | J | **Installment Account** | | | | **199.50** |

Sheet no. _____**17**____ of _____**36**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,056.70**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele _____ Case No. _____

 Debtor(s)                                                                                 (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8488** <br><br> **Farmers Insurance Group** <br> **Two Wells Avenue** <br> **Newton, MA  02459** | | J | Installment Account | | | | **252.66** |
| ACCOUNT NO. **0786** <br><br> **Fireside Auto Finance** <br> **PO Box 9080** <br> **Plaesanton, CA  94566** | | J | AUTO LOAN <br> VECHICLE RETURNED in 2000 | | | | **12,615.65** |
| ACCOUNT NO. **5532** <br><br> **First National Collection Bureau, Inc** <br> **PO Box 51660** <br> **Sparks, NV  89435** | | J | Installment Account | | | | **440.79** |
| ACCOUNT NO. **7060** <br><br> **First Premier Bank** <br> **PO Box 1259** <br> **Oaks, PA  19456** | | J | Revolving account opened 8/07 | | | | **504.00** |
| ACCOUNT NO. **106** <br><br> **Fitness Together** <br> **1212 E. Kenosha** <br> **Broken Arrow, OK  74012** | | J | Installment Account | | | | **1,186.40** |
| ACCOUNT NO. **9236** <br><br> **Fourth Judicial District Attorney** <br> **PO Box 1029** <br> **Colorado Springs, CO  80901** | | J | Debt Owed | | | | **846.66** |
| ACCOUNT NO. **4872** <br><br> **Fourth Judicial District Attorney** <br> **PO Box 1029** <br> **Colorado Springs, CO  80901** | | J | Debt Owed | | | | **1,035.50** |

Sheet no. _____**18**_____ of _____**36**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **16,881.66**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele                                    Case No.
_____                            _____
                        Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2326** <br><br> **Front Range Emergency** <br> **6880 W. Snowville Rd., #210** <br> **Brecksville, OH  44141** | | J | **Medical** | | | | **79.80** |
| ACCOUNT NO. **8787** <br><br> **Front Range Family Medicine** <br> **3260 E. Woodman Rd., Ste 210** <br> **Colorado Springs, CO  80920** | | J | **Medical** | | | | **41.98** |
| ACCOUNT NO. **P269** <br><br> **Frost- Arnett Company** <br> **PO Box 19888** <br> **Nashville, TN  37219** | | J | **Installment Account** | | | | **359.35** |
| ACCOUNT NO. **6893** <br><br> **GC Services LP** <br> **6330 Gulton** <br> **Houston, TX  77081** | | J | **Installment Account** | | | | **185.47** |
| ACCOUNT NO. **5047** <br><br> **GC Services LP** <br> **6330 Gulton** <br> **Houston, TX  77081** | | J | **Installment Account** | | | | **1,705.62** |
| ACCOUNT NO. **5421** <br><br> **Geico Indemnity Company** <br> **One Geico Center** <br> **Macon, GA  31296** | | J | **Installment Account** | | | | **190.44** |
| ACCOUNT NO. **2272** <br><br> **Grace Living Center** <br> **711 N. 5th** <br> **Jenks, OK  74037** | | J | **Installment Accunt** | | | | **5,685.00** |

Sheet no. ____**19** of ____**36** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,247.66**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
                             Debtor(s)                                             (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6009**<br>**Guide One Insurance**<br>**1111 Ashworth Road**<br>**West Des Moines, IA  50265** | | J | Installment Account | | | | 177.57 |
| ACCOUNT NO.<br>**Hearing Life USA, Inc.**<br>**10324 E. 21st Street**<br>**Tulsa, OK  74129** | | J | Installment Account | | | | 300.00 |
| ACCOUNT NO. **5669**<br>**Home Ventures, Inc.**<br>**8516-J East 101st Street**<br>**Tulsa, OK  74133** | | J | Unpaid Office Rent for failed Real Estate Business Office Space | | | | 52,997.75 |
| ACCOUNT NO. **8776**<br>**Integrity Solution**<br>**PO Box 1870**<br>**St. Charles, MO  63302** | | J | Installment Account | | | | 230.00 |
| ACCOUNT NO. **2154**<br>**Integrity Solution**<br>**PO Box 1870**<br>**St. Charles, MO  63302** | | J | Installment Account | | | | 375.85 |
| ACCOUNT NO. **1128**<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA  19101-7346** | | J | Federal Back Tazes owed | | | | 1.00 |
| ACCOUNT NO. **5003**<br>**Jeffcapsys**<br>**16 Mcleland Rd**<br>**Saint Cloud, MN  56303** | | W | Collection for Tribute Mastercard | | | | 643.00 |

Sheet no. _____**20**_ of _____**36**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **54,725.17**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele                    Case No. _____
_____                                      (If known)
          Debtor(s)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **106** <br> **K-Mart 03238** <br> **11601 Roosevelt Blvd.** <br> **St. Petersburg, FL  33716** | | J | Installment Account | | | | **1,307.43** |
| ACCOUNT NO. **5880** <br> **Keller Williams Realty** <br> **4745 E. 91st St., Ste. 100** <br> **Tulsa, OK  74137** | | J | Installment Account | | | | **99.70** |
| ACCOUNT NO. **1710** <br> **Lab Medicine of Greater Tulsa** <br> **2738 E. 51st St., Ste. 240** <br> **Tulsa, OK  74105** | | J | Installment Account | | | | **674.00** |
| ACCOUNT NO. <br> **Legacy Sales and Leasing** <br> **12150 East 96th St. North, Ste 200** <br> **Owasso, OK  74005** | | J | Installment Account | | | | **3,437.00** |
| ACCOUNT NO. **4012** <br> **Liberty Mutual** <br> **Two Wells Avenue** <br> **Newton, MA  02459** | | J | Inatallment Account | | | | **36.00** |
| ACCOUNT NO. **7539** <br> **LTD Financial** <br> **7322 Southwest Freway Suite 1600** <br> **Houston, TX  77074-2053** | | J | Installment Account | | | | **1,554.97** |
| ACCOUNT NO. **A000** <br> **Luis Gorospe, MD** <br> **PO Box 35567** <br> **Tulsa, OK  74153** | | J | Medical | | | | **25.00** |

Sheet no. _____ **21** of _____ **36** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,134.10**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1832**<br>**Marvin Krueger, CPA**<br>**10707 East 76th Street South**<br>**Tulsa, OK  74133** | | J | **Professional Fees** | | | | **312.63** |
| ACCOUNT NO. **MB60**<br>**Marykay**<br>**PO Box 799048**<br>**Dallas, TX  75379-9048** | | J | **Installment Account** | | | | **193.23** |
| ACCOUNT NO.<br>**Mazzios Pizza**<br>**PO Box 470585**<br>**Tulsa, OK  74147** | | J | **Good Purchased** | | | | **51.86** |
| ACCOUNT NO.<br>**Mazzios Pizza**<br>**PO Box 470585**<br>**Tulsa, OK  74147** | | J | **Goods Purchased** | | | | **35.00** |
| ACCOUNT NO. **0694**<br>**Medicredit Corp**<br>**3620 I 70 Dr Se Ste C**<br>**Columbia, MO  65201** | | W | **Open account opened 7/13**<br>**Collection for Advanced Care In Endocrinology** | | | | **132.00** |
| ACCOUNT NO. **2721**<br>**Medicredit Corp**<br>**3620 I 70 Dr Se Ste C**<br>**Columbia, MO  65201** | | W | **Open account opened 10/13**<br>**Collection for Advanced Care In Endocrinology** | | | | **131.00** |
| ACCOUNT NO. **0697**<br>**Medicredit Corp**<br>**3620 I 70 Dr Se Ste C**<br>**Columbia, MO  65201** | | W | **Open account opened 7/13**<br>**Collection for Advanced Care In Endocrinology** | | | | **131.00** |

Sheet no. ____**22**___ of ___**36**___ continuation sheets attached to                 Subtotal          $        **986.72**
Schedule of Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

                                                                                      Total
                              (Use only on last page of the completed Schedule F. Report also on
                              the Summary of Schedules, and if applicable, on the Statistical
                              Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
                                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0091** <br><br> **Medicredit Inc.** <br> **PO Box 411187** <br> **St. Louis, MO  63141** | | J | Medical | | | | **60.00** |
| ACCOUNT NO. **8518** <br><br> **Medicredit Inc.** <br> **PO Box 411187** <br> **St. Louis, MO  63141** | | J | Medical | | | | **423.80** |
| ACCOUNT NO. **0578** <br><br> **Memorial Health Services** <br> **PO Box 460** <br> **Colorado Springs, CO  80901** | | J | Medical | | | | **7.00** |
| ACCOUNT NO. **9389** <br><br> **MetroPath** <br> **PO Box 780** <br> **Longmont, CO  80502** | | J | Installment Account | | | | **33.25** |
| ACCOUNT NO. **5041** <br><br> **Michael S. Toole, DDS** <br> **3223n E. 31st St., Ste 108** <br> **Tulsa, OK  74105** | | J | Dental | | | | **186.10** |
| ACCOUNT NO. **8526** <br><br> **Midland Credit Management** <br> **PO Box 790001** <br> **Sunrise Beach, MO  65079** | | J | Installment Account | | | | **1,846.00** |
| ACCOUNT NO. **9555** <br><br> **Midland Credit Management** <br> **PO Box 790001** <br> **Sunrise Beach, MO  65079** | | J | Installment Account | | | | **1,136.58** |

Sheet no. ____**23**__ of ____**36**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,692.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
                                            Debtor(s)                                               (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8384** <br> **Midland Credit Management** <br> **PO Box 790001** <br> **Sunrise Beach, MO  65079** | | J | Installment Account | | | | 1,403.47 |
| ACCOUNT NO. **3140** <br> **Midland Credit Management** <br> **PO Box 790001** <br> **Sunrise Beach, MO  65079** | | J | Installment Account | | | | 2,341.48 |
| ACCOUNT NO. **6201** <br> **Midwestern Loan** <br> **7745 E 21st St** <br> **Tulsa, OK  74129** | | H | Installment account opened 8/10 | | | | 1,360.00 |
| ACCOUNT NO. **0174** <br> **Misok LLC** <br> **5930 E. 31st St., Ste. 800** <br> **Tulsa, OK  74135** | | J | Installment Account | | | | 30.00 |
| ACCOUNT NO. **0003** <br> **ML Graphics** <br> **10456 South 86th E. Ave.** <br> **Tulsa, OK  74133** | | J | Services Rendered | | | | 75.00 |
| ACCOUNT NO. **0004** <br> **ML Graphics** <br> **10456 South 86th E. Ave.** <br> **Tulsa, OK  74133** | | J | Services Rendered | | | | 25.00 |
| ACCOUNT NO. **0005** <br> **ML Graphics** <br> **10456 South 86th E. Ave.** <br> **Tulsa, OK  74133** | | J | Services Rendered | | | | 110.00 |

Sheet no. _____**24**__ of _____**36**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,344.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                    Case No. _____
_____
Debtor(s)                                                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7012** <br><br> **MRO** <br> **PO Box 61507** <br> **King Of Prussia, PA  19406** | | J | Installment Account | | | | **63.27** |
| ACCOUNT NO. **1674** <br><br> **Municipal Enforcement Division** <br> **11063 S. Memorial Dr., Suite 460** <br> **Tulsa, OK  74133** | | J | Citation | | | | **110.47** |
| ACCOUNT NO. <br><br> **National Recovery Service** <br> **13401 S. Mur-Len Rd** <br> **Olathe, KS  66062** | | J | Collection Account | | | | **45.00** |
| ACCOUNT NO. **8225** <br><br> **Northland Group, Inc.** <br> **PO Box 390846** <br> **Minneapolis, MN  55439** | | J | Installment Account | | | | **940.69** |
| ACCOUNT NO. <br><br> **Oak Brook Financial** <br> **10200 SW Eastridge St. Ste. 201** <br> **Portland, OR  97225** | | J | Installment Account | | | | **1,678.72** |
| ACCOUNT NO. **0730** <br><br> **Obstetrics and Gynecology** <br> **3230 E. Woodman Rd. #100** <br> **Colorado Springs, CO  80918** | | J | Medical | | | | **123.38** |
| ACCOUNT NO. **6252** <br><br> **Oklahoma Heart Hospital** <br> **9228 South Mingo Rd., Ste. 200** <br> **Tulsa, OK  74133** | | J | Medical | | | | **30.00** |

Sheet no. ___**25**___ of ___**36**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **2,991.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
                                    Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1128**<br>**Oklahoma Tax Commission**<br>**PO Box 26930**<br>**Oklahoma City, OK  73126** | | J | **Back Taxes Owed for 2010 and 2011 Acct 5191** | | | | **40.30** |
| ACCOUNT NO. **5109**<br>**Oregon Medical Laboratories**<br>**PO Box 55457**<br>**Portland, OR  97238** | | J | **Medical** | | | | **90.00** |
| ACCOUNT NO.  **218**<br>**Peacehealth Medical OR**<br>**2892 Crescent Ave.**<br>**Eugene, OR  97408** | | J | **Medical** | | | | **177.00** |
| ACCOUNT NO. **2393**<br>**Peak Vista Community Health Centers**<br>**340 Printers Parkway**<br>**Colorado Springs, CO 80910-3195** | | J | **Medical** | | | | **45.00** |
| ACCOUNT NO. **5053**<br>**Penrose Hospital**<br>**Dept 1634**<br>**Denver, CO  80271** | | J | **Medical** | | | | **30.00** |
| ACCOUNT NO. **7489**<br>**Penrose Hospital**<br>**Dept 1634**<br>**Denver, CO  80271** | | J | **Medical** | | | | **30.00** |
| ACCOUNT NO. **2050**<br>**Penrose Hospital**<br>**Dept 1634**<br>**Denver, CO  80271** | | J | **Medical** | | | | **155.00** |

Sheet no. ____**26**____ of ____**36**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **567.30**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ ____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
                                    Debtor(s)                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2131** <br> **Penrose St. Frances Medical Ctr** <br> **PO Box 561425** <br> **Denver, CO  80256** | | J | Medical | | | | 2,060.48 |
| ACCOUNT NO. **0085** <br> **Penrose St. Francis Medical Ctr.** <br> **PO Box 7206** <br> **Columbia, MO  65205** | | J | Medical | | | | 60.00 |
| ACCOUNT NO. **4479** <br> **Penrose St. Francis Medical Ctr.** <br> **PO Box 711634** <br> **Denver, CO  80271** | | J | Medical | | | | 80.00 |
| ACCOUNT NO. **1549** <br> **Pep Boys** <br> **11601 Roosevelt Blvd.** <br> **St. Petersburg, FL  33716** | | J | Installment Account | | | | 616.66 |
| ACCOUNT NO. **0228** <br> **Preferred Homecare** <br> **PO Box 40700** <br> **Mesa, AZ  85274-0700** | | J | Medical | | | | 350.17 |
| ACCOUNT NO. **0984** <br> **Premier Bankcard** <br> **Dept 21377 PO Box 1259** <br> **Oaks, PA  19456** | | J | Installment Account | | | | 440.79 |
| ACCOUNT NO. **4888** <br> **Premier Orthopedic** <br> **3920 N. Union Blvd., Suite 330** <br> **Colorado Springs, CO  80907** | | J | Medical | | | | 972.53 |

Sheet no. _____**27**_____ of _____**36**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,580.63**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele**                     Case No. _____
_____
            Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3380**<br><br>**Providian National Bank**<br>**Dept. 12421 PO Box 603**<br>**Oaks, PA 19456** | | J | **MasterCard** | | | | 2,413.08 |
| ACCOUNT NO. **0987**<br><br>**Qualia Collection Services**<br>**PO Box 4699**<br>**Petaluma, CA 94955** | | J | **Installment Account** | | | | 329.13 |
| ACCOUNT NO. **7045**<br><br>**Quest Diagnostics**<br>**PO Box 740131**<br>**Cincinnati, OH 45274** | | J | **Medical** | | | | 5.10 |
| ACCOUNT NO.<br><br>**Qwest**<br>**404 Brock Drive, PO Box 3427**<br>**Bloomington, IL 61702** | | J | **Telecommunications** | | | | 450.00 |
| ACCOUNT NO. **2008**<br><br>**Rebecca Norton**<br>**7691 South Fulton Ave.**<br>**Tulsa, OK 74136** | | J | **Installment Account** | | | | 150.00 |
| ACCOUNT NO. **8459**<br><br>**Receivables Performanc**<br>**20816 44th Ave Wes**<br>**Lynnwood, WA 98036** | | H | **Open account opened 10/13 Collection for Dish** | | | | 122.00 |
| ACCOUNT NO. **5193**<br><br>**Regent Bank**<br>**PO Box 432**<br>**Nowata, OK 74048** | | J | **Personal Loan** | | | | 24,143.47 |

Sheet no. _____ **28** of _____ **36** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | $ 27,612.78 |
|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
_____ Debtor(s)       (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0096** <br> **Rentoncoll <br> Po Box 272 <br> Renton, WA 98057** | | W | Collection for Diagnos Techs Inc | | | | **203.00** |
| ACCOUNT NO. **3390** <br> **Resurgent Capital Services <br> PO Box 19034 <br> Greenville, SC 29602** | | J | Installment Account | | | | **647.79** |
| ACCOUNT NO. **0987** <br> **Rosetta Stone Ltd <br> 13350 Dallas Pkwy <br> Dallas, TX 75240** | | J | Installment Account | | | | **329.13** |
| ACCOUNT NO. **0304** <br> **SAFCO <br> PO Box 864610 <br> Orlando, FL 32886** | | J | Past Due Account | | | | **7,020.16** |
| ACCOUNT NO. **9158** <br> **Saint Francis System <br> 6161 South Yale Ave. <br> Tulsa, OK 74136** | | J | Medical | | | | **15,720.05** |
| ACCOUNT NO. **7830** <br> **Salute Visa Gold <br> 16 McLeland Road <br> St. Cloud, MN 56303** | | J | VISA | | | | **559.23** |
| ACCOUNT NO. **6069** <br> **Sam's Club 6342 <br> 5251 Westheimer <br> Houston, TX 77056** | | J | Installment Account | | | | **800.50** |

Sheet no. ____ **29** of ____ **36** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    $ **25,279.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
       Debtor(s)                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sam's Club 6342**<br>**5251 Westheimer**<br>**Houston, TX 77056** | | J | Installment Account | | | | 240.88 |
| ACCOUNT NO.<br>**Sam's Club 6342**<br>**5251 Westheimer**<br>**Houston, TX 77056** | | J | Installment Account | | | | 72.05 |
| ACCOUNT NO. **5105**<br>**Sam's Club 8263**<br>**5251 Westheimer**<br>**Houston, TX 77056** | | J | Installment Account | | | | 282.96 |
| ACCOUNT NO. **1077**<br>**Sams Club**<br>**PO Box 823**<br>**Fort Mill, SC 29716** | | J | Past Due Account | | | | 208.20 |
| ACCOUNT NO. **441B**<br>**Security Check LLC**<br>**3 Easton Oval, Ste 210**<br>**Columbus, OH 43219** | | J | Loan | | | | 150.00 |
| ACCOUNT NO. **9998**<br>**Smile Brands Finance, Inc**<br>**PO Box 841950**<br>**Dallas, TX** | | J | Installment Account | | | | 1,322.52 |
| ACCOUNT NO.<br>**Sound and Spirit Club**<br>**2491 Paxton St.**<br>**Harrisburg, PA 17111** | | J | Installment Account | | | | 45.00 |

Sheet no. ____**30**____ of ____**36**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **2,321.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele                           Case No. _____
                          Debtor(s)                                                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5866**<br><br>**Southcrest Medical Group**<br>**Dept. 431 PO Box 3500**<br>**Claremore, OK 74018** | | J | **Medical** | | | | **60.00** |
| ACCOUNT NO. **5890**<br><br>**Southcrest Medical Group**<br>**Dept. 431 PO Box 3500**<br>**Claremore, OK 74018** | | J | **Medical** | | | | **313.00** |
| ACCOUNT NO. **2801**<br><br>**Southwest Pathology Inc. Clinicals**<br>**PO Box 441508**<br>**Houston, TX 77244** | | J | **Medical** | | | | **183.00** |
| ACCOUNT NO. **2254**<br><br>**Spartan Storage**<br>**12113 South Memorial Drive**<br>**Tulsa, OK** | | J | **Storage Fees** | | | | **590.00** |
| ACCOUNT NO. **2220**<br><br>**Springfield Utilities**<br>**16 McLeland Road**<br>**St. Cloud, MN 56303** | | J | **Utilities Due** | | | | **451.00** |
| ACCOUNT NO. **0482**<br><br>**Springs Waste Systems**<br>**1990 Reliable Circle**<br>**Colorado Springs, CO 80906** | | J | **Utilities Due** | | | | **162.50** |
| ACCOUNT NO. **4735**<br><br>**Sprint**<br>**PO Box 1017**<br>**Hawthorne, NY 10532** | | J | **Past Due Phone Bills** | | | | **319.08** |

Sheet no. ____**31**____ of ____**36**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **2,078.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
                                    Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6516** <br> **Sprint** <br> **PO Box 54977** <br> **Los Angeles, CA 90054** | | J | Past Due Phone Bills | | | | 1,705.62 |
| ACCOUNT NO. **1112** <br> **St. Francis Medical Center** <br> **2 South Cascade Ave., Suite 140** <br> **Colorado Springs, CO 80903** | | J | Medical | | | | 105.00 |
| ACCOUNT NO. **1032** <br> **St. John's Physicians, Inc.** <br> **Dept. 334 PO Box 21228** <br> **Tulsa, OK 74021** | | J | Medical | | | | 348.00 |
| ACCOUNT NO. **ER01** <br> **Standley Systems** <br> **PO Box 460** <br> **Chicksha, OK 73023** | | J | Medical | | | | 1,023.37 |
| ACCOUNT NO. **2050** <br> **State Of Colorado** <br> **1375 Sherman Street** <br> **Denver, CO 80261** | | J | Debt | | | | 1,065.00 |
| ACCOUNT NO. **7987** <br> **T-Mobile** <br> **PO Box 3427** <br> **Bloomington, IL 61702** | | J | Phone | | | | 108.31 |
| ACCOUNT NO. **5120** <br> **TnT Security Services, LLC Tulsa** <br> **5147 South Harvard, Ste 101** <br> **Tulsa, OK 74135** | | J | Security Service | | | | 519.74 |

Sheet no. _____**32**__ of ____**36**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,875.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele                    Case No. _____
_____
                          Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3071**<br>**Total Gym Fitness LLC**<br>**PO Box 101928**<br>**Birmingham, AL  35210** | | J | Installment Account | | | | **615.96** |
| ACCOUNT NO. **1643**<br>**Transit Advertising, Inc.**<br>**PO Box 14081**<br>**Tulsa, OK  74159** | | J | Installment Account | | | | **672.00** |
| ACCOUNT NO. **7932**<br>**TRS Recovery Services**<br>**PO Box 4857**<br>**Houston, TX  77210** | | J | Collection Account | | | | **201.86** |
| ACCOUNT NO. **7393**<br>**TRS Recovery Services**<br>**PO Box 4857**<br>**Houston, TX  77210** | | J | Collection Account | | | | **360.44** |
| ACCOUNT NO. **3845**<br>**TRS Recovery Services**<br>**PO Box 4857**<br>**Houston, TX  77210** | | J | Collection Account | | | | **80.47** |
| ACCOUNT NO. **5682**<br>**TRS Recovery Services**<br>**PO Box 4857**<br>**Houston, TX  77210** | | J | Collection Account | | | | **109.99** |
| ACCOUNT NO. **6069**<br>**TRS Recovery Services**<br>**PO Box 4857**<br>**Houston, TX  77210** | | J | Collection Account | | | | **800.50** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ___**33**___ of ___**36**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,841.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele _____ Case No. _____
                Debtor(s)                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1266**<br>**Tulsa Adjustment Burea**<br>**1754 Itica Sq.**<br>**Tulsa, OK  74114** | | H | **Unknown account opened 6/11**<br>**Collection for Radiology Consultants** | | | | 26.00 |
| ACCOUNT NO. **0509**<br>**Tulsa County District Attorney**<br>**201 W. 5th St., Ste 450**<br>**Tulsa, OK  74103** | | J | **Restitution Owed** | | | | 4,075.61 |
| ACCOUNT NO. **rans**<br>**Tulsa Nursing Center**<br>**10912 E. 14th St.**<br>**Tulsa, OK  74128** | | J | **Medical** | | | | 6,516.00 |
| ACCOUNT NO. **1161**<br>**Tulsa Transit Authority**<br>**PO Box 52488**<br>**Tulsa, OK  74152** | | J | **Past Due Account** | | | | 2,800.00 |
| ACCOUNT NO. **3298**<br>**Tulsa Utilities**<br>**PO Box 16755**<br>**Austin, TX  78761** | | J | **Utilities** | | | | 197.73 |
| ACCOUNT NO. **1116**<br>**Unknown Creditor**<br>**PO Box 3427**<br>**Bloomington, IL  61702** | | J | **Past Due Amount** | | | | 254.00 |
| ACCOUNT NO. **5146**<br>**Unknown Creditor**<br>**PO Box 3427**<br>**Bloomington, IL  61702** | | J | **Past Due Amount** | | | | 352.00 |

Sheet no. ____ **34** of ____ **36** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,221.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Romero, Anthony Ray & Romero, Paula Rachele** _____ Case No. _____
                                        Debtor(s)                                         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4602**<br>**Utica Park Clinic**<br>**BOK Dept. 1100**<br>**Tulsa, OK  74182** | | J | Past Due Account | | | | 30.00 |
| ACCOUNT NO. **0000**<br>**Verizon Wireless**<br>**PO Box 12421**<br>**Oaks, PA  19456** | | J | Phone | | | | 1,845.89 |
| ACCOUNT NO. **1078**<br>**Wal-Mart 1597**<br>**PO Box 9163**<br>**Midvale, UT  84047** | | J | Past Due Amount | | | | 201.86 |
| ACCOUNT NO.<br>**Wal-Mart 3295**<br>**5251 Westheimer**<br>**Houston, TX  77056** | | J | Past Due Invoice | | | | 360.44 |
| ACCOUNT NO. **585**<br>**Wal-Mart 472**<br>**5251 Westheimer**<br>**Houston, TX  77056** | | J | Past Due Invoice | | | | 80.47 |
| ACCOUNT NO. **593**<br>**Wal-Mart 472**<br>**5251 Westheimer**<br>**Houston, TX  77056** | | J | Past Due Invoice | | | | 109.99 |
| ACCOUNT NO. **594**<br>**Wal-Mart 472**<br>**5251 Westheimer**<br>**Houston, TX  77056** | | J | Past Due Invoice | | | | 693.33 |

Sheet no. ___**35**___ of ___**36**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,321.98**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Romero, Anthony Ray & Romero, Paula Rachele                Case No. _____
_____
             Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **596**<br>**Wal-Mart 894**<br>**5251 Westheimer**<br>**Houston, TX 77056** | | J | **Past Due Invoice** | | | | **149.86** |
| ACCOUNT NO. **2489**<br>**Warren Clinic, Inc.**<br>**6600 S. Yale Ave. Ste 1400**<br>**Tulsa, OK 74136** | | J | **Medical** | | | | **30.00** |
| ACCOUNT NO. **5079**<br>**Warren Clinic, Inc.**<br>**6600 S. Yale Ave. Ste 1400**<br>**Tulsa, OK 74136** | | J | **Medical** | | | | **812.00** |
| ACCOUNT NO. **1011**<br>**Whole Foods Tulsa 10304**<br>**PO Box 201387**<br>**Denver, CO 80220** | | J | **Past Due Invoice** | | | | **355.64** |
| ACCOUNT NO. **8376**<br>**Windstream Communications**<br>**610 Waltham Way**<br>**Sparks, NV 89434** | | J | **Installment Account** | | | | **806.45** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**36**___ of ___**36**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,153.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **393,452.71**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only