# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| ANTHONY RAY ROMERO | ) | 14-17119 EEB |
| and | ) | |
| PAULA RACHELE ROMERO | ) | |
| Debtors. | ) | Chapter 7 |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the initial **NOTICE OF § 341 MEETING OF CREDITORS**, dated 5/23/2014, at docket no. 4, was served via United States Mail, first class postage pre-paid, this 12th day of June, 2014, on all newly added creditors and parties requesting notice, as follows:

US Trustee
999 18th Street, Ste. 1551
Denver, CO 80202-2415

Fourth Judicial District Attorney
PO Box 1029
Colorado Springs, CO  80901

State Of Colorado
1375 Sherman Street
Denver, CO  80261

American Medical Response
PO Box 847199
Dallas, TX  75284

Front Range Emergency6880 W.
Snowville Rd., #210
Brecksville, OH  44141

Tulsa County District Attorney
201 W. 5th St., Ste 450
Tulsa, OK  74103

Colorado Springs Radiologist
PO Box 2989
Colorado Springs, CO  80901

Front Range Family Medicine
3260 E. Woodman Rd., Ste 210
Colorado Springs, CO  80920

Comprehensive Womens Care
265 Parkside Drive, Suite 110
Colorado Springs, CO  80910

Penrose St. Francis Medical Ctr.
PO Box 711634
Denver, CO  80271

Dated this 12th day of June, 2014

THE DANIEL LAW FIRM, LLC

_____/S/_____
By: R. Brian Daniel, #30047
12900 Stroh Ranch Way, Suite 125
Parker, CO 80134
Telephone:  303.951.0233; Facsimile:  877.530.1855
Email: brian@thedaniellawfirm.com