Certificate Number: 14912-CO-DE-023813733

Bankruptcy Case Number: 14-17119



14912-CO-DE-023813733

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 16, 2014</u>, at <u>1:38</u> o'clock <u>PM EDT</u>, <u>Anthony Romero</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Colorado</u>.

Date: <u>July 16, 2014</u>

By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>