Certificate Number: 14912-CO-DE-023813735

Bankruptcy Case Number: 14-17119



14912-CO-DE-023813735

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2014, at 1:38 o'clock PM EDT, Paula Romero completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date: July 16, 2014

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor