United States Bankruptcy Court
District of Colorado

In re:  
Anthony Ray Romero  
Paula Rachele Romero  
      Debtors

Case No. 14-17119-EEB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: roneyp     Page 1 of 1     Date Rcvd: Aug 01, 2014  
                          Form ID: 218     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2014.  
db/db        #+Anthony Ray Romero,    Paula Rachele Romero,    3260 Cowhand Drive,    Colorado Springs, CO 80922-3030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2014 at the address(es) listed below:  
         Paul Gefreh    paul.gefreh@earthlink.net, CO01@ecfcbis.com  
         R. Brian Daniel    on behalf of Debtor Anthony Ray Romero brian@thedaniellawfirm.com  
         R. Brian Daniel    on behalf of Debtor Paula Rachele Romero brian@thedaniellawfirm.com  
         US Trustee    USTPRegion19.DV.ECF@usdoj.gov  
                                                                                                TOTAL: 4

(COB #218 voNORStmtPFM)(11/10)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Elizabeth E. Brown

In re:

    Anthony Ray Romero
    Paula Rachele Romero

Debtor(s)

Case No.:     14−17119−EEB
Chapter:      7

SSN/TID
Nos.    xxx−xx−1128
       xxx−xx−8011

### NOTICE OF REQUIREMENT TO FILE A
### STATEMENT OF COMPLETION OF COURSE IN
### PERSONAL FINANCIAL MANAGEMENT

    Notice is hereby given that, subject to extremely limited exceptions, a debtor must complete an instructional course in personal financial management and file Official Form 23, "Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management," *as evidence of course completion before a discharge can enter* under chapter 7 (11 U.S.C. §727) . This course is *different from* and *in addition to* the credit counseling course that the debtor(s) must complete prior to filing for bankruptcy relief. Official Form 23 is available on the U.S. Court's website at www.uscourts.gov/bkforms/bankruptcy_forms.html on the Form's page or may be picked up from the Clerk's Office at 721 19th St., Denver, Colorado.

    Debtor(s) and/or debtor(s)' attorney is/are hereby notified that **the Debtors** should have filed Official Form 23 within 60 days after the first date set for the meeting of creditors under Section 341. Debtor(s) will now be allowed additional time, until 9/9/14 to file the completed Official Form 23 containing the financial management certificate number. In the event the certification is not filed on or before 9/9/14, the case will be closed *without an entry of discharge*.

    If the case is closed because of failing to file Official Form 23, *the case cannot be reopened without full payment of the reopening fee*. If the debtor(s) want a discharge, they must first ask the Court to reopen the case by filing a Motion to Reopen the case accompanied by the payment of the filing fee which is *$260* for motions to reopen filed on and after January 1, 2007. After the case is reopened, the debtor(s) must then file Official Form 23 evidencing completion of an instructional course concerning personal financial management in order to receive a discharge. If the debtor(s) fail(s) to file Official Form 23 within 30 days after the case is reopened, then the case will again be closed without the entry of a discharge.

Dated:  8/1/14

FOR THE COURT:
KENNETH S. GARDNER, Clerk

By: s/ par
Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202−2508