```
                              United States Bankruptcy Court
                                   District of Colorado
In re:                                                                      Case No. 14-17119-EEB
Anthony Ray Romero                                                          Chapter 7
Paula Rachele Romero
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 1082-1          User: urband                Page 1 of 4                   Date Rcvd: Aug 25, 2014
                              Form ID: 177                Total Noticed: 172


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2014.
db/db         #+Anthony Ray Romero,   Paula Rachele Romero,    3260 Cowhand Drive,
                 Colorado Springs, CO 80922-3030
16095022       +AT&T,   8014 Bayberry Rd.,   Jacsonville, FL 32256-7412
16095024       +AVB Bank,   302 South Main Street,   Broken Arrow, OK 74012-4143
16095011       +Academy Bank,   320 Kansas Ave.,   Ft. Leavenworth, KS 66027-1139
16095012       +Accounts Receivable Management,   PO Box 129,    Thorofare, NJ 08086-0129
16095013       +Acs/wells Fargo,   501 Bleecker St,   Utica, NY 13501-2401
16095014       +Advanced Care-Endocrinology & Diab,   PO Box 561425,   Denver, CO 80256-0001
16095015       +Affliated,   PO Box 790001,   Sunrise Beach, MO 65079-9001
16095016       +Allied Coll,   8550 Balboa Blvd Ste 232,   Northridge, CA 91325-5806
16095017       +American Electric Power,   PO Box 1022,   Wixom, MI 48393-1022
16095018       +American Electric Power,   PO Box 2401,   Canton, OH 44720-0401
16138544       +American Medical Response,   PO Box 847199,   Dallas, TX 75284-7199
16095020       +Amon & Gomez,   2401 West Detroit,   Broken Arrown, OK 74012-3631
16095037       +BYL Collection Services LLC,   PO Box 5046,   West Chester, PA 19380-0401
16095025       +Bailey Medical Center,   PO Box 1940,   Melbourne, FL 32902-1940
16095027       +Bank Of America,   Dept. 12421 PO Box 603,   Oaks, PA 19456-0603
16095026       +Bank Of America,   6701 S. Memorial Dr.,   Tulsa, OK 74133-2053
16095029       +Bed, Bath And Beyond,   PO Box 1530, Dept. 010,   Southaven, MS 38671-1530
16095030        Bill Me Later,   PO Box 105658,   Atlanta, GA 30348-5658
16095031       +Bixby Public Works Authority,   PO Box 70,   Bixby, OK 74008-0070
16095032       +Bright Now Dental,   PO Box 52858,   Irvine, CA 92619-2858
16095033       +Broken Arrow Family Practice Center,   817 South Elm Place,   Broken Arrow, OK 74012-5369
16095034       +Broken Arrow Medical Group, LLC,   2403 N. Laurent,   Victoria, TX 77901-4119
16095036       +Broken Arrow Medical Group, LLC,   1501 E. Mockingbird, Ste 425,   Victoria, TX 77904-2157
16095035       +Broken Arrow Medical Group, LLC,   7100 Commerce Way, Ste. 100,   Brentwood, TN 37027-6935
16095048       +CHASE Bank,   Dept. OH1-1272,   PO Box 182223,   Columbus, OH 43218-2223
16095038       +Capital One Bank,   Dept 12421 PO Box 603,   Oaks, PA 19456-0603
16095039       +Cartridge World,   PO Box 470585,   Tulsa, OK 74147-0585
16095040       +Cashco Financial Services, Inc.,   3420 SE Cesar Chavez Blvd.,   Portland, OR 97202-1735
16095041       +Cba Collection Bureau,   25954 Eden Landing Road,   Hayward, CA 94545-3837
16095044        Chapman Financial Services,   PO Box 14693,   Spokane, WA  99214-0693
16095045       +Chapmanfinsr,   Po Box 14693,   Spokane, WA 99214-0693
16095046       +Chase Auto,   Po Box 24696,   Columbus, OH 43224-0696
16095047       +Chase Bank,   10750 Hammerly Blvd., #200,   Houston, TX 77043-2317
16095049       +Check & Go,   1055 Bailey Hill Rd. #C,   Eugene, OR 97402-5443
16095050       +Citi National Bank,   500 Montgomery Street,   Lawton, OK 73501-4690
16095052        Collections Acquisition Co.,   3 Eastern Oval #210,   Columbus, OH  43219
16095053        Colorado Department Of Revenue,   1375 Sherman St,   Colorado Springs, CO  80261
16095055        Colorado Laboratory Services,   PO Box 3420,   Spokane, WA  99220-6000
16095056       +Colorado Springs Health Partners,   2 South Cascade Ave., Suite 140,
                 Colorado Springs, CO 80903-1604
16095057       +Colorado Springs Obstetrics And Gynocol,   6705 Rangewood Dr,   Colorado Springs, CO 80918-7300
16138545       +Colorado Springs Radiologist,   PO Box 2989,   Colorado Springs, CO 80901-2989
16095058       +Communication Technologies Group,   17502 East 78th Street North,   Owasso, OK 74055-5813
16138546       +Comprehensive Womens Care,   265 Parkside Drive, Suite 110,   Colorado Springs, CO 80910-3140
16095059       +Cottonwood Company,   921 S. 67th,   Springfield, OR 97478-4734
16095060       +Cr. Brandon Credeur,   4155 E Jewell Ave Ste. 814,   Denver, CO 80222-4512
16095061       +Credit One Bank,   PO Box 390846,   Minneapolis, MN 55439-0846
16095063       +Credit Systems Inc,   1485 Garden Of Gods Rd,   Colorado Springs, CO 80907-3305
16095064       +Dept Of Ed/sallie Mae,   11100 Usa Pkwy,   Fishers, IN 46037-9203
16095065       +DirecTv,   PO Box 78929,   Phoenix, AZ 85062-8929
16095066       +Dr. Robert Zoellner,   3 Easton Oval, Ste 210,   Columbus, OH 43219-6011
16095072       +EOS CCA,   700 Longwater,   Norwell, MA 02061-1624
16095076        EXIT Realty Corp. USA,   2345 Argentia Rd., Ste. 200,   Mississauga, ON
16095067       +EasyTEL,   7335 S. Lewis Ave.,   Tulsa, OK 74136-6850
16095068       +El Paso,   1675 Garden Of The Gods Rd.,   Colorado Springs, CO 80907-9444
16095069       +Emerge Mastercard,   Dept. 12421 PO Box 603,   Oaks, PA 19456-0603
16095070       +Emergency Management Assoc. PC,   PO Box 21820 Dept. 1017,   Tulsa, OK 74121-1820
16095073       +Equidata,   724 Thimble Shoals Blvd,   Newport News, VA 23606-2574
16095077       +Extreme Fitness,   11021 S. Memorial Dr.,   Tulsa, OK 74133-7357
16095078       +Face and Body Medical Aesthetics,   9906 Riverside Dr.,   Tulsa, OK 74137-7409
16095081       +First National Collection Bureau, Inc,   PO Box 51660,   Sparks, NV 89435-1660
16095082       +First Premier Bank,   PO Box 1259,   Oaks, PA 19456-1259
16138547       +Fourth Judicial District Attorney,   PO Box 1029,   Colorado Springs, CO 80901-1029
16138548       +Front Range Emergency,   6880 W. Snowville Rd., #210,   Brecksville, OH 44141-3255
16138549       +Front Range Family Medicine,   3260 E. Woodman Rd., Ste 210,   Colorado Springs, CO 80920-3587
16095084        Frost- Arnett Company,   PO Box 19888,   Nashville, TN  37219
16095085       +GC Services LP,   6330 Gulton,   Houston, TX 77081-1198
16095086       +Geico Indemnity Company,   One Geico Center,   Macon, GA 31296-0001
16095087       +Grace Living Center,   711 N. 5th,   Jenks, OK 74037-3343
16095088       +Guide One Insurance,   1111 Ashworth Road,   West Des Moines, IA 50265-3538
16095089       +Hearing Life USA, Inc.,   10324 E. 21st Street,   Tulsa, OK 74129-1606
```

```
16095091      +Integrity Solution,    PO Box 1870,    St. Charles, MO 63302-1870
16095094      +K-Mart 03238,    11601 Roosevelt Blvd.,    St. Petersburg, FL 33716-2202
16095095      +Keller Williams Realty,    4745 E. 91st St., Ste. 100,    Tulsa, OK 74137-2832
16095099       LTD Financial,    7322 Southwest Freway Suite 1600,    Houston, TX  77074-2053
16095096      +Lab Medicine of Greater Tulsa,    2738 E. 51st St., Ste. 240,    Tulsa, OK 74105-6271
16095097      +Legacy Sales and Leasing,    12150 East 96th St. North, Ste 200,    Owasso, OK 74055-5340
16095098      +Liberty Mutual,    Two Wells Avenue,    Newton, MA 02459-3225
16095100      +Luis Gorospe, MD,    PO Box 35567,    Tulsa, OK 74153-0567
16095112      +ML Graphics,    10456 South 86th E. Ave.,    Tulsa, OK 74133-7084
16095113      +MRO,    PO Box 61507,    King Of Prussia, PA 19406-0907
16095101      +Marvin Krueger, CPA,    10707 East 76th Street South,    Tulsa, OK 74133-2515
16095102       Marykay,    PO Box 799048,    Dallas, TX  75379-9048
16095103      +Mazzios Pizza,    PO Box 470585,    Tulsa, OK 74147-0585
16095104      +Medicredit Corp,    3620 I 70 Dr Se Ste C,    Columbia, MO 65201-6582
16095105      +Medicredit Inc.,    PO Box 411187,    St. Louis, MO 63141-3187
16095106      +Memorial Health Services,    PO Box 460,    Colorado Springs, CO 80901-0460
16095107      +MetroPath,    PO Box 780,    Longmont, CO 80502-0780
16095108       Michael S. Toole, DDS,    3223n E. 31st St., Ste 108,    Tulsa, OK  74105
16095109      +Midland Credit Management,    PO Box 790001,    Sunrise Beach, MO 65079-9001
16095111      +Misok LLC,    5930 E. 31st St., Ste. 800,    Tulsa, OK 74135-5106
16095114      +Municipal Enforcement Division,    11063 S. Memorial Dr., Suite 460,    Tulsa, OK 74133-7347
16095115      +National Recovery Service,    13401 S. Mur-Len Rd,    Olathe, KS 66062-1430
16095116      +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
16095120     ++OKLAHOMA TAX COMMISSION,    120 N ROBINSON,    STE 2000W,    OKLAHOMA CITY OK 73102-7801
               (address filed with court: Oklahoma Tax Commission,      PO Box 26930,    Oklahoma City, OK  73126)
16095117      +Oak Brook Financial,    10200 SW Eastridge St. Ste. 201,    Portland, OR 97225-5029
16095118      +Obstetrics and Gynecology,    3230 E. Woodman Rd. #100,    Colorado Springs, CO 80920-8502
16095119      +Oklahoma Heart Hospital,    9228 South Mingo Rd., Ste. 200,    Tulsa, OK 74133-5722
16095121      +Oregon Medical Laboratories,    PO Box 55457,    Portland, OR 97238-5457
16095122      +Peacehealth Medical OR,    2892 Crescent Ave.,    Eugene, OR 97408-7397
16095123       Peak Vista Community Health Centers,    340 Printers Parkway,    Colorado Springs, CO  80910-3195
16095126      +Penrose St. Francis Medical Ctr.,    PO Box 711634,    Denver, CO 80271-1634
16095125      +Penrose St. Francis Medical Ctr.,    PO Box 7206,    Columbia, MO 65205-7206
16095127      +Pep Boys,    11601 Roosevelt Blvd.,    St. Petersburg, FL 33716-2202
16095128       Preferred Homecare,    PO Box 40700,    Mesa, AZ  85274-0700
16095129      +Premier Bankcard,    Dept 21377 PO Box 1259,    Oaks, PA 19456-1259
16095130      +Premier Orthopedic,    3920 N. Union Blvd., Suite 330,    Colorado Springs, CO 80907-4950
16095131      +Providian National Bank,    Dept. 12421 PO Box 603,    Oaks, PA 19456-0603
16095132      +Qualia Collection Services,    PO Box 4699,    Petaluma, CA 94955-4699
16095133      +Quest Diagnostics,    PO Box 740131,    Cincinnati, OH 45274-0131
16095134      +Qwest,    404 Brock Drive, PO Box 3427,    Bloomington, IL 61702-3427
16095135      +Rebecca Norton,    7691 South Fulton Ave.,    Tulsa, OK 74136-8200
16095136      +Receivables Performanc,    20816 44th Ave Wes,    Lynnwood, WA 98036-7744
16095138      +Rentoncoll,    Po Box 272,    Renton, WA 98057-0272
16095140      +Rosetta Stone Ltd,    13350 Dallas Pkwy,    Dallas, TX 75240-6671
16095141      +SAFCO,    PO Box 864610,    Orlando, FL 32886-4610
16095142      +Saint Francis System,    6161 South Yale Ave.,    Tulsa, OK 74136-1992
16095144      +Sam’s Club 6342,    5251 Westheimer,    Houston, TX 77056-5412
16095145      +Sam’s Club 8263,    5251 Westheimer,    Houston, TX 77056-5412
16095146      +Sams Club,    PO Box 823,    Fort Mill, SC 29716-0823
16095147      +Security Check LLC,    3 Easton Oval, Ste 210,    Columbus, OH 43219-6011
16095148      +Sound and Spirit Club,    2491 Paxton St.,    Harrisburg, PA 17111-1036
16095149      +Southcrest Medical Group,    Dept. 431 PO Box 3500,    Claremore, OK 74018-3500
16095150      +Southwest Pathology Inc. Clinicals,    PO Box 441508,    Houston, TX 77244-1508
16095151      +Springfield Utilities,    16 McLeland Road,    St. Cloud, MN 56303-2198
16095152      +Springs Waste Systems,    1990 Reliable Circle,    Colorado Springs, CO 80906-1504
16095153      +Sprint,    PO Box 1017,    Hawthorne, NY 10532-7504
16095155      +St. Francis Medical Center,    2 South Cascade Ave., Suite 140,    Colorado Springs, CO 80903-1604
16095156      +St. John’s Physicians, Inc.,    Dept. 334 PO Box 21228,    Tulsa, OK 74121-1228
16095157      +Standley Systems,    PO Box 460,    Chicksha, OK 73023-0460
16095158      +T-Mobile,    PO Box 3427,    Bloomington, IL 61702-3427
16095159      +TnT Security Services, LLC Tulsa,    5147 South Harvard, Ste 101,    Tulsa, OK 74135-3587
16095160      +Total Gym Fitness LLC,    PO Box 101928,    Birmingham, AL 35210-6928
16095161      +Transit Advertising, Inc.,    PO Box 14081,    Tulsa, OK 74159-1081
16095163       Tulsa Adjustment Burea,    1754 Itica Sq.,    Tulsa, OK  74114
16138552      +Tulsa County District Attorney,    201 W. 5th St., Ste 450,    Tulsa, OK 74103-4200
16095164      +Tulsa Nursing Center,    10912 E. 14th St.,    Tulsa, OK 74128-4845
16095165      +Tulsa Transit Authority,    PO Box 52488,    Tulsa, OK 74152-0488
16095166      +Tulsa Utilities,    PO Box 16755,    Austin, TX 78761-6755
16095167      +Unknown Creditor,    PO Box 3427,    Bloomington, IL 61702-3427
16095168      +Utica Park Clinic,    BOK Dept. 1100,    Tulsa, OK 74182-0001
16095169       Verizon Wireless,    PO Box 12421,    Oaks, PA  19456
16095170      +Wal-Mart 1597,    PO Box 9163,    Midvale, UT 84047-9163
16095171      +Wal-Mart 3295,    5251 Westheimer,    Houston, TX 77056-5412
16095172      +Wal-Mart 472,    5251 Westheimer,    Houston, TX 77056-5412
16095173      +Wal-Mart 894,    5251 Westheimer,    Houston, TX 77056-5412
16095174      +Warren Clinic, Inc.,    6600 S. Yale Ave. Ste 1400,    Tulsa, OK 74136-3331
16095175      +Whole Foods Tulsa 10304,    PO Box 201387,    Denver, CO 80220-7387
16095176      +Windstream Communications,    610 Waltham Way,    Sparks, NV 89434-6695
```

```
District/off: 1082-1          User: urband                 Page 3 of 4                  Date Rcvd: Aug 25, 2014
                              Form ID: 177                 Total Noticed: 172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16095019       +E-mail/Text: bky@americanprofit.net Aug 26 2014 00:04:50      American Profit Recove,
                 34405 W 12 Mile Rd Ste 3,    Farmington Hills, MI 48331-5608
16095023       +EDI: ATTWIREBK.COM Aug 25 2014 23:53:00      At&T Credit Management,    PO Box 80701,
                 Charleston, SC 29416-0701
16158913       +EDI: ATLASACQU.COM Aug 25 2014 23:53:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
16095028       +EDI: BCSERVICES.COM Aug 25 2014 23:58:00      Bc Services Inc,    Po Box 1176,
                 Longmont, CO 80502-1176
16095043       +E-mail/Text: bklaw2@centurylink.com Aug 26 2014 00:04:24      CenturyLink,    PO Box 29040,
                 Pheonix, AZ 85038-9040
16095042       +E-mail/Text: bklaw2@centurylink.com Aug 26 2014 00:04:24      CenturyLink,    PO Box 29040,
                 Phoenix, AZ 85038-9040
16095051       +E-mail/Text: bk@coastprofessional.com Aug 26 2014 00:04:13      Coast Professional Inc,
                 214 Exp Circle Ste 7,    West Monroe, LA 71292-9497
16095054       +EDI: CODEPREV.COM Aug 25 2014 23:53:00      Colorado Department Of Revenue,    1375 Sherman Street,
                 Denver, CO 80261-2200
16095062       +E-mail/Text: cscbk@creditservicecompany.com Aug 26 2014 00:03:37      Credit Service Co,
                 Pob 1120,    Colorado Sprin, CO 80901-1120
16095075       +EDI: CONVERGENT.COM Aug 25 2014 23:58:00      ERSolutions, Inc.,    800 SW 39th St,
                 Renton, WA 98057-4976
16095071       +E-mail/Text: bknotice@erccollections.com Aug 26 2014 00:04:23      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
16095074       +E-mail/Text: bankruptcy@northstargt.com Aug 26 2014 00:04:50      Equinox Collection Ser,
                 5807 S Garnett Rd Ste L,    Tulsa, OK 74146-6824
16095079       +EDI: CCS.COM Aug 25 2014 23:58:00      Farmers Insurance Group,    Two Wells Avenue,
                 Newton, MA 02459-3225
16095092        EDI: IRS.COM Aug 25 2014 23:53:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
16095093       +EDI: JEFFERSONCAP.COM Aug 25 2014 23:58:00      Jeffcapsys,    16 Mcleland Rd,
                 Saint Cloud, MN 56303-2198
16095110       +E-mail/PDF: bk@worldacceptance.com Aug 26 2014 00:07:47      Midwestern Loan,    7745 E 21st St,
                 Tulsa, OK 74129-1216
16095124       +EDI: CENTURA.COM Aug 25 2014 23:53:00      Penrose Hospital,    Dept 1634,    Denver, CO 80271-0001
16095137       +E-mail/Text: rhoyle@bankregent.com Aug 26 2014 00:04:08      Regent Bank,    PO Box 432,
                 Nowata, OK 74048-0432
16095139       +EDI: RESURGENT.COM Aug 25 2014 23:58:00      Resurgent Capital Services,    PO Box 19034,
                 Greenville, SC 29602-9034
16095154        EDI: NEXTEL.COM Aug 25 2014 23:58:00      Sprint,    PO Box 54977,    Los Angeles, CA 90054
16095143       +EDI: JEFFERSONCAP.COM Aug 25 2014 23:58:00      Salute Visa Gold,    16 McLeland Road,
                 St. Cloud, MN 56303-2198
16138551       +EDI: CODEPREV.COM Aug 25 2014 23:53:00      State Of Colorado,    1375 Sherman Street,
                 Denver, CO 80261-3000
16095162       +Fax: 402-934-3741 Aug 26 2014 00:18:24      TRS Recovery Services,    PO Box 4857,
                 Houston, TX 77210-4857
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16138550*      +Penrose St. Francis Medical Ctr.,    PO Box 7206,    Columbia, MO 65205-7206
16095021      ##+Arrow Safe & Lock, Inc.,    423 N. Main,    Broken Arrow, OK 74012-3944
16095080      ##+Fireside Auto Finance,    PO Box 9080,    Plaesanton, CA 94566-9080
16095083      ##+Fitness Together,    1212 E. Kenosha,    Broken Arrow, OK 74012-2007
16095090      ##+Home Ventures, Inc.,    8516-J East 101st Street,    Tulsa, OK 74133-7035
                                                                                               TOTALS: 0, * 1, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 1082-1          User: urband              Page 4 of 4              Date Rcvd: Aug 25, 2014
                              Form ID: 177              Total Noticed: 172
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2014                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2014 at the address(es) listed below:
              Paul   Gefreh    paul.gefreh@earthlink.net,  CO01@ecfcbis.com
              R. Brian Daniel    on behalf of Debtor Anthony Ray Romero brian@thedaniellawfirm.com
              R. Brian Daniel    on behalf of Debtor Paula Rachele Romero brian@thedaniellawfirm.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                        TOTAL: 4
```

Form B18_7 (Official Form 18 / COB Form 177)(12/07)

# United States Bankruptcy Court

District of Colorado
Case No. <u>14−17119−EEB</u>
Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony Ray Romero
aka(s), if any will be listed on the last page.
3260 Cowhand Drive
Colorado Springs, CO 80922

Paula Rachele Romero
aka(s), if any will be listed on the last page.
3260 Cowhand Drive
Colorado Springs, CO 80922

Social Security No.:
xxx−xx−1128                                                                 xxx−xx−8011

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>8/25/14</u>                                      s/ Elizabeth E. Brown
                                                                      United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18_7 continued (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**Aliases Page**

**Debtor aka(s):**
No Aliases for Debtor

**Joint Debtor aka(s):**
No Aliases for Joint Debtor